# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI

REGINALD BYRON CLEMONS #990102 )
(full name)          (Register No).  )
STEVEN STAFFORD     #365963   )
WENDELL HARRIS      #1272204  )
                              )
         Plaintiff(s).        )   Case No. _____
                              )
v.                            )   (Jury Trial Demanded)
                              )
                              )
                              )
MICHELLE BASHAM               )
(Full name)                   )   Defendants are sued in their (check one):
CARL HART                     )   ✓ Individual Capacity
MIKE MILLER                   )   ✓ Official Capacity
         Defendant(s).        )   ✓ Both

## COMPLAINT UNDER THE CIVIL RIGHTS ACT OF 42 U.S.C. § 1983

I. Place of present confinement of plaintiff(s): Jefferson City Correctional Center, 8200 No More Victims Road, Jefferson City, Missouri 65102

II. Parties to this civil action:
Please give your commitment name and any another name(s) you have used while incarcerated.

A. Plaintiff REGINALD BYRON CLEMONS   Register No. 990102
Address Jefferson City Correctional Center, 8200 No More Victims Road, Jefferson City, Missouri 65102

B. Defendant MICHELLE BASHAM, Being sued in both her individual and official capacity
Is employed as Lieutenant and was the shift commander on February 28, 2021 the night of the initial incident at issue.

For additional plaintiffs or defendants, provide above information in same format on a separate page.

1

III. Do your claims involve medical treatment?    Yes ✓    No ___

IV. Do you request a jury trial?    Yes ✓    No ___

V. Do you request money damages?    Yes ✓    No ___

State the amount claimed?    $10,000.00 / 1 Million (actual/punitive)

VI. Are the wrongs alleged in your complaint continuing to occur?  Yes ✓ No ___

VII. Grievance procedures:

A. Does your institution have an administrative or grievance procedure?
    Yes ✓    No ___

B. Have the claims in this case been presented through an administrative or grievance procedure within the institution?    Yes ✓    No ___

C. If a grievance was filed, state the date your claims were presented, how they were presented, and the result of that procedure. (Attach a copy of the final result.)
On March 15, 2021, I initiated a grievance, Mo. Dep't. of Cort. has refused to timely process to exhaustion within 120 Days. On November 8, 2021 I complained about denial of access to grievance procedure. (Complaints Attached Herewith)

D. If you have not filed a grievance, state the reasons.
I have initiated a grievance, but as a part of the administrative retaliation they have transfered me and been trying to delay and deter me from exhausting this complaint. (Complaint No. ERDCC 21-1744)

VIII. Previous civil actions:

A. Have you begun other cases in state or federal courts dealing with the same facts involved in this case?    Yes ___    No ✓

B. Have you begun other cases in state or federal courts relating to the conditions of or treatment while incarcerated?    Yes ___    No ✓

C. If your answer is "Yes," to either of the above questions, provide the following information for each case.

(1) Style: _____N/A_____
            (Plaintiff)             (Defendant)
(2) Date filed: ___N/A___

2

(3) Court where filed: _N/A_

(4) Case Number and citation: _N/A_

(5) Basic claim made: _N/A_

(6) Date of disposition: _N/A_

(7) Disposition: _N/A_
   (Pending) (on appeal) (resolved)

(8) If resolved, state whether for: _N/A_
   (Plaintiff or Defendant)

For additional cases, provide the above information in the same format on a separate page.

IX. Statement of claim:

A. State here as briefly as possible the facts of your claim. Describe how each named defendant is involved. Include the names of other persons involved, dates and places. Describe specifically the injuries incurred. Do not give legal arguments or cite cases or statutes. You may do that in Item "B" below. If you allege related claims, number and set forth each claim in a separate paragraph. Use as much space as you need to state the facts. Attach extra sheets, if necessary. Unrelated separate claims should be raised in a separate civil action.

Corrections' Officer Michelle Basham and Carl Hart actions violated the Const. First Amendment Right to freely practice our religion and Eighth Amendment Right against cruel and unusual punishment. When named defendants attacked me and those praying with me for praying while we were praying, by using chemical force and mechanical restraints, for none security reasons. While in the middle of conducting a five minute prayer called salat, I was threatened and placed in fear of serious physical harm, sprayed with OC pepper spray, placed in restraints, walked sockfooted thru mud, placed in a strip cell for 16 hours without shower or medical treatment. (See Attach Complaint No. ERDCC2)-801: 56 Pages)

B. State briefly your legal theory or cite appropriate authority:

I have a FIRST Amend right to freely practice my religion under the Institutionalized Persons Religious Land Use Act, the penological interest or security concerns do not override individual's right to pray, as prayer is never a security concern/threat requiring the use of chemical force and mechanical restraint. Defendants are in violation of criminal and civil rights laws under State, Federal and International Law, against Hate Crimes, Religious Persecution and assault. Defendant's retaliation is intended to hinder and cool legal action.

3

X. Relief: State briefly exactly what you want the court to do for you. Make no legal arguments.
Injunctive Relief that Muslims have a First Amendment right to pray; Corrections Officers have to wear body cameras, Order disclosure of all the video footage of incident at issue, Order appointment of counsel and damages

XI. Counsel:

A. If someone other than a lawyer is assisting you in preparing this case, state the person's name. There is no one helping me litigate other than the Most High

B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?   Yes ✓  No ___

If your answer is "Yes," state the names(s) and address(es) of each lawyer contacted.
Nimrod Chapel (816) 309-5009, P.O. Box 1963, Jefferson City Missouri 65102. He said he was ready and willing to represent this complaint but I have not heard from him. ~~~~~~~~~~ R.C.

C. Have you previously had a lawyer representing you in a civil action in this court?   Yes ___  No ✓

If your answer is "Yes," state the name and address of the lawyer.
N/A

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed (signed) this ___3rd___ day of __January__ 20__22__.

x Reynold Clemmons
Signature(s) of Plaintiff(s)

4



Return address (handwritten):
Reginald Clemons #1001104
Jefferson City Correctional
8200 No More Victims Road
Jefferson City, Missouri 65102

Addressee (handwritten):
Clerks Office
United States District Court
Western District of Missouri
Whittaker Courthouse
400 E. Ninth Street
Kansas City, MO 64106

USPS Priority Mail 2-Day label:
US POSTAGE PAID $0.00
Origin: 65109
01/06/22
2841590109-16
1 Lb 4.40 Oz
1004
C015
EXPECTED DELIVERY DAY: 01/10/22
SHIP TO:
400 E 9TH ST
KANSAS CITY MO 64106-2607
USPS TRACKING #
9505 5137 0933 2006 0256 29

THIS CORRESPONDENCE IS FROM AN INMATE IN THE CUSTODY OF THE MISSOURI DEPARTMENT OF CORRECTION. THE DEPARTMENT IS NOT RESPONSIBLE FOR THE CONTENTS OF THIS CORRESPONDENCE. FOR INFORMATION ABOUT THE OFFENDER OR TO VERIFY INFORMATION ABOUT THE DEPARTMENT, PLEASE VISIT OUR WEBSITE AT WWW.DOC.MO.GOV