Attachment Index
42 USC § 1983 Civil Action
Reginald Byron Clemons
v.
Michelle Basham, et al.

| Name Of Document: | Attachment Pages: |
|---|---|
| 42 USC § 1983 Civil Action Complaint Form | 1 - 4 |
| Grievance Complaint No. ERDCC21-1749 | |
| Denial Of Access To Grievance Procedure | 5 - 9 |
| Conduct Violation For Use Of Force | 10 |
| Disciplinary: Corrective Action Report | 11 - 12 |
| Inter Office Communication About Prayer Being Allowed | 13 - 14 |
| Grievance Complaint No. ERDCC21-801 | |
| DRAFT Of 42 USC § 1983 Filed in its entirety | 15 - 72 |
| Grievance Complaint No. ERDCC21-373 | |
| Against Being Assaulted, etc. For Praying And For Videos | |
| Evidence To Be Retained | 73 - 76 |
| Grievance Complaint No. ERDCC21-374 | |
| Request That Conduct Violation Be Dismissed For Lack | |
| Of Evidence Of Aggression or Resistance By Those Praying | 77 - 81 |
| Grievance Complaint No. ERDCC21-455 | |
| Secondary Attack Upon Prayer | 82 - 85 |
| Grievance Complaint No. ERDCC21-666 | |
| Retaliatory Action By Staff For Filing Complaint | 86 - 89 |
| Statement By: Reginald Clemans | |
| Grievance Complaint No. ERDCC21-922 | |
| Denial Of Access To Grievance Procedure | 97 - 99 |
| Preliminary Witness List | 100 |
| Stamped Certified Inmate Account Statement | |
| Of Reginald Clemans | 1 - 10 |

STATE OF MISSOURI
**DEPARTMENT OF CORRECTIONS**
**OFFENDER GRIEVANCE**

RECEIVED ORIGINAL

| | GRIEVANCE NUMBER | IRR NUMBER | DATE FILED |
|---|---|---|---|
| HO ~~SCC 21-1619~~ | NOV 24 2021 | | NOV 15 2021 |

| INSTITUTION USE ONLY | | ERDCC21-1749 ERDCC GRIEVANCE OFFICE | | | |
|---|---|---|---|---|---|
| OFFENDER LAST NAME | FIRST | DOC NUMBER | HOUSING UNIT | UNIT | INSTITUTION |
| Clemons | Reginald | 990102 | 3 | D-212 | ERDCC |

**OFFENDER GRIEVANCE/REQUEST**

I, Reginald Clemons have been deprived of the protections afforded to me by reddress of grievance or complaint as a form of administrative reprisal and retaliation. Through a pattern and practice that attempts to redefine complaints to a weaker legal standard and while also using intimidation tactics to prevent criminal and civil complaints from reaching the courts for prosecution.

This is the second time this year of 2021 that I have been forced to complain about advancing these complaints listed herein to be move to the next level/stage of the grievance D5-3.2 Offender Grievance Policy. ERDCC21-373; ERDCC21-374; ERDCC21-455; ERDCC21-666; ERDCC21-801; ERDCC21-922; ERDCC21-923, See Attached 4 of 4 Pages
Continue an attached 4 of 4 Pages

| OFFENDER SIGNATURE | DATE |
|---|---|
| *Reginald Clemons* | Nov. 8, 2021 |

**SUPERINTENDENT RESPONSE**

Mr. Clemons, I am in receipt of your grievance dated November 24, 2021 regarding your allegation that you are not being allowed to advance your complaints via the grievance process.

Having reviewed your Grievance and other pertinent information available to me I found that complaint ERDCC 21-373 is at the grievance level, ERDCC 21-374 is currently at the Appeal level, ERDCC 21-455 is at the Appeal level, ERDCC 21-666 is at the grievance level, ERDCC 21-801 is at the Appeal level, ERDCC 21-922 you signed as satisfied at the IRR level, and ERDCC 21-923 is at the Appeal level. I could find no evidence, nor have you provided any, to substantiate your allegation. Therefore, I find your complaint resolved.

OFFENDER ATTACHMENT

RECEIVED
DEC 16 2021
ERDCC
GRIEVANCE OFFICE

| SUPERINTENDENT/SECTION HEAD | DATE 12/13/21 |
|---|---|

You have the right to appeal this decision to a division director. You must file an appeal form with the grievance officer within seven (7) days from the day you receive this decision. Failure to submit an appeal within this time frame constitutes abandonment of the grievance.

☐ I ACCEPT THIS DECISION          ☐ I APPEAL THIS DECISION

| OFFENDER SIGNATURE | | DATE |
|---|---|---|

MO 931-3377 (12-04)

(Attachment: Page 5)

بِسْمِ اللهِ الرَّحْمَنِ الرَّحِيمِ

IRR / Grievance Complaint No. ERDCC 21-1749

Individual Complaining: Reginald Clemons Reg. No. 990102
Date Of Issue Complained Of: March 15 - October 7, 2021
Location Of Incident: Case Manager's Offices
                      In Housing Unit 4 and Housing
                      Unit 3.
Individuals Being Complained Of: John / Jane Doe are
                      all the staff members that
                      have signed off on the lised
                      complaint No.s below and
                      any related documents. Including
                      Grievance Officers Downs, Ashley
                      and Dunn, Function Unit Manager
                      Turner, Case Manager Miller, Mike
                      Case Manager Patterson.
Constitutional Rights Being Violated:
                      FIRST Amendment right to be
                      free from repisa reprisal or retaliation
                      for petitioning the government
                      for reddress of grievance,
                      FOURTEENTH Amendment right
                      to due process under equal
                      protection of the law. FOURTH
                      Amendment right not to be
                      subject to unlawful search
                      and seizure without due process,
                      Missouri Department Of Corrections
                      Policy D5-3.2 Offender Grievance.

                      (Attachment: Page 6)

Grievance Complaints At Issue:

| | | |
|---|---|---|
| ERDCC21-373 | Excessive Force | 3-15-2021 |
| EADCC21-374 | Due Process | 3-15-2021 |
| ERDCC21-455 | Activities-Religion | 3-25-2021 |
| ERDCC21-666 | Harassment | 5-3-2021 |
| ERDCC21-801 | Activities-Religion | 5-24-2021 |
| ERDCC21-922 | Other-Grievance Comp. | 8-09-2021 |
| ERDCC21-923 | Other-Other Comp. | 9-14-2021 |

Issue Being Complained Of

I, Reginald Clemons, have been deprived of the protections afforded to me for reddress of grievance or complaint as a form of administrative reprisal and retaliation. Through a pattern and practice that attempts to redefine complaints to a weaker legal standing and while also using intimidation tactics to prevent criminal and civil complaints from reaching the court for prosecution.

This is the second time in this complaint process that I have been forced to complain about advancing the complaint to the next stage. I want and need for an investigation to be launched into the pattern and practice of the Eastern Reception Diagnostic Correctional Center for obstruction of justice and repression of criminal and civil complaints.

I have mentioned to several other prisoners that the case managers and grievance officers under Msr. Ashley Dawns have been failing or refusing to process my IRR/Grievance complaints. I have had several prisoners tell me that Bonne Terre's grievance officers and case workers always lose

(Attachment: Page 7)

people complaints, and retaliate if they think you are going to sue.

For a preliminary investigative review to be conducted here, simply requires one to evaluate what percentage of complaints are ever processed on grievance appeal. If there is an abnormal amount of complaints that do not reach the grievance appeal stage, then a detailed investigation from an outside investigator, who is not working for the department of corrections is necessary. The complaint log numbers of all the IRR/Grievances that have been appealed to central office and the complaint log number for the last known grievance for the past four years, is all that is necessary for a preliminary investigation to be accurately assessed and audited.

The last known complaint log number will make it known how many complaints were raised. The number of complaints filed for appeal or grievances appealed in the Missouri Department of Corrections Central Office records do not require obtainin records from Eastern Reception Diagnostic Correctional Center.

The staff here at this institution have fought against processing all of the above listed complaints. I want all the above listed complaints to be advanced to the next level / stage of the complaint process. I also want to see a pattern and practice investigation by an investigation team independant of all Missouri Department Of Corrections staffing authority.

None of my grievance or IRR Complaints are titled according to the complaint I filed. None of the titles or catagories to the grievance process in the Missouri Department Of Corrections are criminal in the above listed titled catagories.

(Attachment: Page 8)

The patterns and practices of these grievance procedures is intended to avoid triggering a criminal investigation by the federal authorities, as to what has happened here. This is because the complaints of ~~Religious~~ Religious Persecution, Hate Crimes, Criminal Assault, and Failure To Report A Criminal Offense could lead to serious consequences and possibly criminal convictions.

### Relief Requested

I am requesting an independent investigation into the pattern and practice of retaliation and grievance process repression against myself and individuals simularly situated, in response to the filing of grievance, petition, or complaints.

For a complete report to be generated from the findings and provided to my attorney of record and made available to the media for public consumption.

For the above listed IRR/Grievance complaints to be advanced to the next level or stage of the complaint process.

(Attachment: Page 9)

State of Missouri
**Department of Corrections**
**Conduct Violation Report**

| NAME OF INSTITUTION | DATE |
|---|---|
| ERDCC | 02/28/2021 |

| OFFENDER NAME | DOC NUMBER | ASSIGNMENT | H.U. |
|---|---|---|---|
| CLEMONS, REGINALD, B | 990102 | (E33)003-03B-0B202 | 004-04B-0B218-002 |

| PRIMARY RULE VIOLATION NUMBER & DEFINITION | SECONDARY RULE VIOLATION NUMBER(S) |
|---|---|
| 9.4- THREE+ OFF/ACTS OF ORG. DISOBEDIENCE | 20.1 |

| VICTIM(S) | NAMES AND EMPLOYEE OR DOC NUMBERS(S) |
|---|---|
| ☐ YES ☑ NO | n/a |

## Violation Occurred At:

| TIME | DAY | DATE | BUILDING, COMPLEX, ROOM | TRACKING NO. |
|---|---|---|---|---|
| 9:13 ☐ AM ☒ PM | Sunday | 02/28/2021 | 004-04B-0B119 (DAY) DAYROOM | ERDCC21-01615 |

THE FOLLOWING EVENTS OCCURRED

On the above date and approximate time, I was called to HU4 B-wing for a group of offenders who were praying and refusing to disperse from the immediate area. At this time, I issued offender Clemons, Reginald #990102 several directives to submit to wrist restraints to which he refused. I then gave the offender a final warning that if he failed to submit to restraints further action would be taken. The offender continued to refuse and I applied a short burst of O/C pepper spray to the facial region of the offender. At this time, other staff entered and assisted with placing him in restraints escorted him from the wing. By the offenders own actions this places him in violation of rule 9.4 Organized Disobedience and 20.1 Disobeying an Order.


NOTE: This action took place with 7 total offenders who refused to disperse and other offenders on recreation in the wing.

THIS RESULTED IN A SPONTANEOUS USE OF FORCE.

| REPORTING EMPLOYEE SIGNATURE | REPORTING EMPLOYEE NAME | |
|---|---|---|
| | HART, CARL | |
| | TITLE | EMPLOYEE ID NO. |
| | CORRECTIONAL SECURITY SER | E0124214 |

1. You have the right to written notice of the alleged violation prior to a hearing.
2. You have the right to a hearing.
3. You may be allowed to present documentary evidence at the hearing.
4. Witnesses may be allowed.
5. You have the right to written findings & decision.
6. You have the right to appeal the decision as set forth in D5-3.2 Offender Grievance Procedure.

| REPORT OF JOINT INTERVIEW BY INTERVIEWING STAFF | TIME | DATE |
|---|---|---|
| | 2:18 ☒ AM ☐ PM | 3-1-21 |

States "All I was doing was Praying and God will Justify my right to Praise him

refer to AHC

| WITNESS REQUESTED IF "YES" COMPLETE WITNESS | INFORMAL SANCTIONS |
|---|---|
| ☐ Yes ☒ No    REQUEST (MO 931-0259) | ☐ Yes ☒ No |

I UNDERSTAND MY RIGHTS AND HAVE RECEIVED A COPY OF THIS CONDUCT VIOLATION REPORT.

| OFFENDER SIGNATURE | OFFENDER REFUSED TO SIGN | DOC NUMBER |
|---|---|---|
| X Reginald Clemons | ☐ YES ☒ NO | 990102 |

| OFFENDER PLEAD GUILTY AT INTERVIEW AND WAIVED RIGHT TO HEARING |
|---|
| ☐ Yes ☒ No |

| OFFENDER SIGNATURE | DATE | REPORTING EMPLOYEE SIGNATURE | DATE |
|---|---|---|---|
| X Reginald Clemons | 3-1-21 | | 3-1-21 |

| INTERVIEWING EMPLOYEE NAME | INTERVIEWING EMPLOYEE SIGNATURE | |
|---|---|---|
| TITLE | | |
| COII Anthony Armijo | | (Attachment: Page 10) |
| EMPLOYEE ID NO. 145329 | | |

MO 931-0396(11-05)

**STATE OF MISSOURI**
**DEPARTMENT OF CORRECTIONS**
**CORRECTIVE ACTION REPORT**

| INSTITUTION | HOUSING UNIT | CUSTODY LEVEL | RULE VIOLATION | TRACKING NO. |
|---|---|---|---|---|
| ERDCC | 1A118 | C5 | #9.4 | ERDCC21-1615 |

| OFFENDER NAME | DOC NUMBER | ASSIGNMENT |
|---|---|---|
| [redacted] | 990102 | |

REFERRED TO ADJUSTMENT BOARD: ☒   REASON: Major Violation

| DATE REFERRED | TIME REFERRED | REFERRING STAFF MEMBER'S NAME | STAFF MEMBER ID NUMBER |
|---|---|---|---|
| 3/9/2021 | 4:00 ☐ AM ☒ PM | Alex Patterson | E0137819 |

**INTERVIEW:** Offender plead guilty at interview and waived right to hearing: ☐ YES ☒ NO

**HEARING:** Offender plead guilty at hearing and waived right to hearing: ☐ YES ☒ NO   TIME: 8:32 ☒ AM ☐ PM   HEARING DATE: 3/10/2021

| OFFENDER SIGNATURE | DATE | WITNESS SIGNATURE | DATE |
|---|---|---|---|
| | | | |

**FINDINGS AND EVIDENCE RELIED ON** (Field will expand for amount of text entered.)
(Include evidence supporting decisions, specific statements of evidence from conduct violation report, confidential evidence, etc.)

Offender can communicate in English. Offender signed a waiver to allow a statement. Offender understands his due process rights. Offender requests no witnesses. Corrective Action Report read.

Offender statement: "I have not had access to the grievance procedure. I would like to retain the use of force video for civil litigation."

Evidence:   COII Carl Hart's statement that he was called to HU 4 B-wing for a group of offenders who were praying and refusing to disperse from the immediate area. COII Hart issued offender Clemons several directives to submit to wrist restraints to which he refused. He then gave offender Clemons a final warning that if he failed to submit to restraints, further action would be taken. Offender Clemons continued to refuse, and COII Hart applied a short burst of O/C pepper spray to the facial region of offender Clemons. Other staff then entered and assisted with placing offender Howard in restraints and escorted him from the wing.

Findings: Guilty based on the evidence

**RECOMMENDATION** (Include recommended sanctions. Field will expand for amount of text entered.)

Amend to #19.1 to better suit the violation
10 days diseg credit time served

| HEARING STAFF MEMBER SIGNATURE(S) AND ID NUMBER(S) | DATE |
|---|---|
| [signatures] 5053 | 3-10-21 |

**I HAVE BEEN INFORMED OF THE EVIDENCE RELIED ON AND THE FINDINGS AND RECOMMENDATIONS.**

| OFFENDER SIGNATURE | DOC NUMBER | DATE | REFUSED TO SIGN |
|---|---|---|---|
| Zerrald Clemons | 990102 | 3-10-21 | ☐ |

**RECOMMENDED ACTION OF THE DEPUTY WARDEN OR FUNCTIONAL UNIT MANAGER**

☐ RECOMMENDED AS SUBMITTED   ☒ RECOMMENDED MODIFICATIONS   ☐ PREA EVENT

RETAIN #1
MODIFY #2 10-DAYS DIS/SEG BEGIN: 3-1-21 END: 3-10-21 CREDIT TIME SERVED

ENTERED

| SIGNATURE | DATE |
|---|---|
| Jerry Bryles, AW EOMY | 3-10-21 |

MAR 18 2021

MO 931-0086 (5-19)   DISTRIBUTION: CLASSIFICATION FILE VIA DATA ENTRY OPERATOR;   OFFENDER   HOUSING UNIT #1   PAGE 1

| | OFFENDER NAME | | RULE VIOLATION: #9.4 | | TRACKING NO. ERDCC21-1615 | |
|---|---|---|---|---|---|---|
| ERDCC | Clemons, Reginald | | DOC NUMBER 990102 | ASSIGNMENT | CUSTODY LEVEL C5 | HOUSING UNIT 1A118 |

**ACTION OF WARDEN OR DESIGNEE**

☐ APPROVED AS SUBMITTED      ☑ APPROVED AS MODIFIED           ☐ OTHER

SIGNATURE _____   DATE

(Attachment: Page 12)

PAGE 2

# POTENTIAL I.O.C.

**Effective Immediately**, Offenders may individually or assemble together to offer prayer within the Wing Common Area unless the religious practice poses a threat to the safety and security of the institution. Offenders participating in prayer must adhere to the following guidelines:

1. Offenders may not block the entry to cell doors or disrupt the normal flow of traffic for other Offenders or Correctional Officers conducting wing checks.

2. Offenders must conduct their religious activities in a respectful manner and peacefully disassemble if asked by a Correctional Officer with respect for various circumstances that may arise.

3. Offenders who feel that their religious activities were disrupted unjustly are encouraged to file a grievance which __WILL__ be reviewed by the Deputy Warden.

4. Offenders residing in General Population must follow normal 9 cell rotation rules and conduct group religious activities during their in-house recreation periods.

(Attachment: Page 13)



Missouri Department of Corrections
Division of Adult Institutions
**ERDCC Chapel**
Bonne Terre, MO

# OFFENDER CORRESPONDENCE

**DATE:**  Monday, March 15, 2021
**TO:**  Mr. Matt Raymond - Deputy Warden
**FROM:**  Mr. Stacy Shelton  - Al Islam Facilitator
**RE:**  Permission To Pray In Housing Units

It has recently come to my attention that on Saturday, March 13, 2021, Muslims attempted to pray again in 4 House.  However, several Correctional Officers told them that they were not allowed to pray in the Common Area.  During our Al-Islam / Staff meeting, you stated that prayer would be allowed in the Wings.

Our religious community would like to comply with the rules and regulations of the institution.  In our effort to assist your office with this issue, we have developed a potential I.O.C. that addresses this miscommunication.

If you have any questions or concerns, please contact me.  Thank You in advance for all of your assistance.

Mr. Stacy Shelton

*#165852*
*(LC-202)*

(Attachment: Page 14)



## INFORMAL RESOLUTION REQUEST RESPONSE

**OFFENDER NAME:**    **Clemons, Reginald #990102**

**HOUSING UNIT:**    **3-D-212**

**IRR LOG NUMBER:**    **ERDCC21-801**

**NATURE OF COMPLAINT:**
I'm in receipt of your IRR and have reviewed your complaint. In your complaint you allege that you were assaulted and abused due to an excessive use of force during what you claim to be a hate crime. You are requesting the videos of the use of force be kept as evidence, a restraining order and institutional order to prevent COIII Basham and COII Hart from Supervising any housing unit you are assigned to, and CCM M. Miller to take a truth verification exam.

**FINDINGS:**
I have investigated your complaint and reviewed all of the pertinent paperwork. You allege a hate crime was committed against you and the other offenders that participated in prayer in the wing. Due to the seriousness of your claim of the actions taken by staff against you, I have submitted your IRR for investigation. This should resolve your IRR at this time.

**RECOMMENDATION:**
**No further action needed. Your IRR should be resolved.**

*(Attachment: Page 15)*

*Religious Persecution*
*O.R.D.D.O.*

STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
**INFORMAL RESOLUTION REQUEST**

| INSTITUTION USE ONLY | ☐ EMERGENCY COMPLAINT |

| OFFENDER NAME | DOC NUMBER |
|---|---|
| Clemons Reginald | 990#102 |

| DATE STAFF MEMBER RECEIVED IRR | COMPLAINT NUMBER | CATEGORY | HOUSING UNIT |
|---|---|---|---|
| 05/24/2021 | ERDCC21-801 | 2 (F) | 3#D-212 |

**STATE YOUR COMPLAINT/PROBLEM BRIEFLY- ONE ISSUE - BE SPECIFIC**

Hate Crime
Abuse, Assault,
Excessive Use Of Force
Religious Persecution
Retaliation
Temporary Restraining Order
(SEE Attached)

**ACTION REQUESTED: STATE REMEDIES YOU ARE SEEKING**

(See Attached)

| OFFENDER SIGNATURE | DATE May 29, 2021 |
|---|---|
| Reginald Clemons | 990102 |

**STAFF USE ONLY**

**DISCUSSION OF COMPLAINT (SUMMARIZE RESULTS OF MEETING)**

Not Resolved, offender requests all video footage retained for evidence.

| ☐ IRR RESOLVED BY DISCUSSION/WITHDRAWN | ☒ IRR NOT RESOLVED BY DISCUSSION |
|---|---|

| OFFENDER SIGNATURE | DATE | STAFF SIGNATURE | DATE |
|---|---|---|---|
| X Reginald Clemons | May 24, 2021 | #28730 | 5/24/21 |

**STAFF FINDINGS/RESPONSE**

Not Resolved

RECEIVED

AUG 10 2021

ERDCC
ASSISTANT WARDEN

| INVESTIGATING STAFF SIGNATURE #28730 | DATE 8/9/21 | RESPONDENT SIGNATURE | DATE 8-9-21 |
|---|---|---|---|
| REVIEWER SIGNATURE AW'EM4 | DATE 8-10-21 | RESULTS ☐ SATISFACTORY ☒ UNSATISFACTORY | |

YOU HAVE THE RIGHT TO FILE A FORMAL GRIEVANCE. YOU MUST FILE A GRIEVANCE FORM WITH THE DESIGNATED STAFF WITHIN SEVEN (7) DAYS FROM THE DATE YOU RECEIVE THIS RESPONSE. FAILURE TO SUBMIT A GRIEVANCE WITHIN THIS TIME FRAME CONSTITUTES ABANDONMENT.

| OFFENDER SIGNATURE | DATE |
|---|---|
| X Reginald Clemons | 8-11-2021 |

MO 930-2951 (6-17)

(Attachment: Page 16)

*Use of force Activities*

**STATE OF MISSOURI**
**DEPARTMENT OF CORRECTIONS**
**OFFENDER GRIEVANCE**

RECEIVED

AUG 3 0 2021

ERDCC
GRIEVANCE OFFICE

| GRIEVANCE NUMBER | IRR NUMBER | DATE FILED |
|---|---|---|
| | ERDCC21-801 | |

ORIGINA

**INSTITUTION USE ONLY**

| OFFENDER LAST NAME | FIRST | DOC NUMBER | HOUSING UNIT | UNIT | INSTITUTION |
|---|---|---|---|---|---|
| CLEMONS, | REGINALD | 990102 | 3D-212 | D Wing | ERDCC |

**OFFENDER GRIEVANCE/REQUEST**

It is not clear to what extent an investigation will be conducted and if the video digital recordings will be preserved and maintained as part of the investigation.

I want the investigation report to be submitted to the Department Of Justice and the F.B.I. with a copy of all re evidence reviewed and a reviewable audit or written record of all witnesses to be maintained.

I am asking that the investigation covers this enclosed accompanying complaint in its entirety.

All related documents and evidence incorporated contemporaneously and are to be preserved for criminal and civil litigation.

**OFFENDER SIGNATURE**

*Reginald Clemons*

**DATE**

August 23, 2021

**SUPERINTENDENT RESPONSE**

Mr. Clemons, I am in receipt of your grievance dated August 30, 2021 regarding your allegation that on 2/28/21 COI Hart used excessive force.

Having reviewed your IRR, Grievance, and other pertinent information available to me I found that the Use of Force utilized on 2/28/21 was reviewed by the Use of Force Committee. SOP17-1.1 states that offenders may individually engage in private religious practice in their living quarters unless the practice poses a threat to the safety and security of the institution. I could find no evidence, nor have you provided any, to substantiate your allegation. Therefore, I find your complaint resolved

OFFENDER ATTACHMENT

RECEIVED

OCT 2 9 2021

ERDCC
GRIEVANCE OFFICE

**SUPERINTENDENT/SECTION HEAD**

**DATE**

10-27-21

You have the right to appeal this decision to a division director. You must file an appeal form with the grievance officer within seven (7) days from the day you receive this decision. Failure to submit an appeal within this time frame constitutes abandonment of the grievance.

☐ I ACCEPT THIS DECISION

**OFFENDER SIGNATURE**

☐ I APPEAL THIS DECISION

**DATE**

IO 031-3377 (12-04)

*(Attachment: Page 17)*

STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
**INFORMAL RESOLUTION REQUEST**

INSTITUTION USE ONLY ☐ EMERGENCY COMPLAINT

| OFFENDER NAME Clemons Reginald | DOC NUMBER 9906102 |
|---|---|

| DATE STAFF MEMBER RECEIVED IRR 05/24/2021 | COMPLAINT NUMBER ERDCC21-801 | CATEGORY 2 (F) | HOUSING UNIT 3AB-212 |
|---|---|---|---|

**STATE YOUR COMPLAINT/PROBLEM BRIEFLY- ONE ISSUE - BE SPECIFIC**

Hate Crime
Abuse, Assault,
Excessive Use Of Force
Religious Persecution
Retaliation
Temporary Restraining Order
(SEE Attached)

**ACTION REQUESTED: STATE REMEDIES YOU ARE SEEKING**

(See Attached)

| OFFENDER SIGNATURE Reginald Clemons | DATE May 20, 2021 9906102 |
|---|---|

**STAFF USE ONLY**

**DISCUSSION OF COMPLAINT (SUMMARIZE RESULTS OF MEETING)**

Not Resolved, offender requests all video footage retained for evidence.

☐ IRR RESOLVED BY DISCUSSION/WITHDRAWN   ☒ IRR NOT RESOLVED BY DISCUSSION

| OFFENDER SIGNATURE x Reginald Clemons | DATE May 24, 2021 | STAFF SIGNATURE 728130 | DATE 5/24/21 |
|---|---|---|---|

**STAFF FINDINGS/RESPONSE**

| INVESTIGATING STAFF SIGNATURE | DATE | RESPONDENT SIGNATURE | DATE |
|---|---|---|---|
| REVIEWER SIGNATURE | DATE | RESULTS ☐ SATISFACTORY   ☐ UNSATISFACTORY | |

**YOU HAVE THE RIGHT TO FILE A FORMAL GRIEVANCE. YOU MUST FILE A GRIEVANCE FORM WITH THE DESIGNATED STAFF WITHIN SEVEN (7) DAYS FROM THE DATE YOU RECEIVE THIS RESPONSE. FAILURE TO SUBMIT A GRIEVANCE WITHIN THIS TIME FRAME CONSTITUTES ABANDONMENT.**

| OFFENDER SIGNATURE | DATE |
|---|---|

MO 931-3376 (9-17)

(Attachment: Page 18)

Grievance No.
ERDCC 21 - 801

IN THE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

REGINALD CLEMONS,               )
            Plaintiff,          )
    V.                          )   Case No. _____
MICHELLE BASHAM,                )
(Lieutenant),                   )   (Jury Trial Demanded)
CARL HART,                      )
(Sergeant),                     )   (Seeking Class Action
Mike Miller                     )
(Case Manager),                 )   As Class Members To
NURSE JANE DOE,                 )
(Corizon Medical Service),      )   Be Certified)
DOUGLAS MONTGOMERY              )
(Function Unit Manage),         )
JOHN DOE (Mr. Wagoner),         )
(Investigator),                 )
JOHN/JANE DOE                   )
(Use Of Force Reviewing         )
Staff Investigators),           )
THOMAS REAGAN                   )
(Chaplain),                     )
JOHN /JANE DOE No. 1            )
(Officer Applying               )
Restraints),                    )
JOHN JANE DOE(s)                )
[No. 1-15, Signing              )
Justifiable Use Of              )
Force Report Summery),          )

(Attachment: Page 19)

Grievance No. ERDCC21-801

JOHN/JANE DOE (Major/
Shift Commander),
            Defendant(s).

PRISONER CIVIL RIGHTS COMPLAINT UNDER 42 U.S.C. §1983

NOTICE:

1. The Parties To This Complaint:
    Reginald Clemans #990102
    Steven Stafford #365963
    Wendell Harris #1272204
    Vincent Hood #1254167
    Mantrel Moore #1215629
    Marcus Howard #1353254
    Mark Halliman #501976

Are seeking class certification as class members by order

of the court.

A. Plaintiff

NAME: REGINALD BYRON CLEMONS

Other names you have used: Reginald (Qadir Walid) Clemons

Prisoner Register Number: #990102

Current Istitutian: Eastern Reception Diagnastic Correctional
        Center, 2727 Highway K (Klu Klux Klan)
        Bonne Terre, Missouri 63628    (Attachment: Page 20)

2

Grievance No. ERD2C21-801

Indicate your prisoner status: _____

☐ Pretrial detainee ☐
☐ Immigrant detainee ☐
☐ Civil committed detainee ☐

B. The Defendant(s)

Defendant 1
Name: Michelle Basham

Job or Title: Lieutenant Of The Missouri Department Of Corrections

Badge/Shield Number: N/A

Employer: Missouri Department Of Corrections

Address: Eastern Reception Diagnostic Correctional Center
2727 Highway K (Klu Klux Klan)
Bonne Terre, Missouri 63628

_x_ Individual Capacity    _x_ Official Capacity

Defendant 2

Name: Carl Hart

Job or Title: Correctional Security Sargeant

Badge/Shield Number: E0124214

Employer: Missouri Department Of Corrections

3                    (Attachment: Page 21)

Grievance No. ERDCC21-801

Address: Eastern Reception Diagnostic Correctional Center
2727 Highway K (Klu Klux Klan)
Bonne Terre, Missouri 63628

X Individual Capacity  X Official Capacity
Defendant 3
Name: Mike Miller

Job or Title: Case Manager

Badge/Shield Number: N/A

Employeer: Missouri Department Of Corrections

Address: Eastern Reception Diagnostic Correctional Center
2727 Highway K (Klu Klux Klan)
Bonne Terre, Missouri 63628

X Individual Capacity   X Official Capacity

Defendant 4
Name: Carizon Medical Services, Nurse Jane Doe

Job or Title: Medical Practicianer, Care Giver

Badge/Shield Number: N/A

Employer: Corizon

Address: Eastern Reception Diagnostic Correctional Center
2727 Highway K (Klu Klux Klan)
Bonne Terre, Missouri 63628

(Attachment: Page 22)

4

Grievance No. ERDEC21-801

Bonne Terre, Missouri 63628

X Individual Capacity    X Official Capacity

Defendant 5
Name: Douglas Montgomery

Job or Title: Function Unit Manager

Badge/shield Number: N/A

Employer: Missouri Department Of Correctional Center

Address: Eastern Reception Diagnostic Correctional Center
2727 Highway K (Klu Klux Klan)
Bonne Terre, Missouri 63628

X Individual Capacity    X Official Capacity

Defendant 6
Name: John/Jane Doe (Mr. Wagner), Investigator

Job or Title: Case Manager

Badge/shield Number: N/A

Employer: Missouri Department Of Corrections

Address: Eastern Reception Diagnostic Correctional Center
2727 Highway K (Klu Klux Klan)
Bonne Terre, Missouri 63628
(Attachment: Page 23)

5

X Individual Capacity    X Official Capacity

Grievance No. ERDCC21-801

Defendant 7
Name: John/Jane Doe, Use Of force Reviewing Staff
         Investigators
Job or Title: Director, Warden, Function Unit Manager,
         Case Manager
Badge/Shield Number: N/A

Employer: Missouri Department Of Corrections

Address: Eastern Reception Diagnostic Correctional Center
         2727 Highway K (Klu Klux Klan)
         Bonne Terre, Missouri 63628

X Individual Capacity    X Official Capacity

Defendant 8
Name: Thomas Reg Reagan, Chaplain

Job or Title: Chaplain, Prisons

Badge/Shield Number: N/A

Employer: Missouri Department Of Corrections

Address: Eastern Reception Diagnostic Correction Center
         2727 Highway K (Klu Klux Klan)
         Bonne Terre, Missouri 63660

X Individual Capacity    X Official Capacity
                              (Attachment: Page 24)

6

Grievance No. ERDCC21-801

Defendant 9

Name: John/Jane Doe No. 9 Officer Applying Restraints

Job or Title: Corrections Officer, Corrections Emergency
              Response Team (CERT)
Badge/Shield Number: N/A

Employer: Missouri Department Of Corrections

Address: Eastern Reception Diagnostic Correctional Center
         2727 Highway K (Klu Klux Klan)
         Bonne Terre, Missouri 63628

__X__ Individual Capacity   __X__ Official Capacity

Defendant 10

Name: John/Jane Does No. 1-15 Signing Justifiable
      Use Of Force Report Summery
Job or Title: Corrections Officer, Corrections Emergency
              Response Team ~~CERT~~ (CERT)
Badge/Shield Number: N/A

Employer: Missouri Department Of Corrections

Address: Eastern Reception Diagnostic Correctional Center
         2727 Highway K (Klu Klux Klan)
         Bonne Terre, Missouri 63660

__X__ Individual Capacity   __X__ Official Capacity

(Attachment: Page 25)

7

Grievance No. ERD2C21-801

Defendant 11
Name: John/Jane Doe, Major/Shift Commander

Job or Title:   Captian /Lieutenant

Badge/Shiedd Number: N/A

Employer: Missouri Department Of Corrections

Address: Eastern Reception Diagnastic Correctional Center
            2727 Highway K (Klu Klux Klan)
            Bonne Terre, Missouri 63628

    X Individual Capacity    x Official Capacity

Defendant 12
Name: John/Jane Doe, COI Miskel

Job or Title: Correctian Officer I

Badge/Shield Number: N/A

Employer: Missouri Department Of Corrections

Address: Eastern Receptian Diagnostic Correctional Center
            2727 Highway K
            Bonne Terre, Missouri 63628

    __ Individual Capacity  __ Official Capacity

                        (Attachment:Page 26)

8

II. Statement Of Claim

Grievance No. ERDCC21-801

## STATEMENT OF THE CLAIM

This complaint is against the religious deprivations, abuse of force, official misconduct, and persecution caused by the following official misconduct and abuse of authority under the color of law and badge of authority, as follows:

1. On the 28th day of February 28, 2021, at around 9:10 pm, I got off the telephone with my fiancé (soon to be wife), Petra Smith, before going to perform abolution before praying.

2. On the 28th day of February 2021, between the time of 9:10 pm and 9:30 pm, I was sprayed with O/c pepper spray, while I was praying with nine other Muslims prisoners, because we were praying in the back of the Housing Unit 4-B Wing Honor dorm,
(Attachment: Page 27)

9

during in-house open wing scheduled activities.

Grievance No. ERDCC21-801

3. On the 28th day of February 2021, at around 9:25 pm Corrections Officer Lieutenant Michelle Basham came and ordered Steven Stafford, ~~the person~~ person leading the prayer, to remove his religious head gear, to which he did comply. Next, Lt. Basham issued an order for us to stop praying, saying that there is no praying allowed outside of the chapel.

4. Before the short five minute prayer could have any chance of being completed, Lt. Basham radioed in an "officer in duress" code 10.5 emergency call order. This brought Correction Officer Sergeant Carl Hart to respond to me and the rest of us praying, as if he were responding to a riot. Violating our and my FIRST Amendment Right to the United States Constitution to freely practice our

(Attachment: Page 28)

10

Grievance No. ERDCC21-801

and my religious beliefs, and Assault under Missouri State Statutes §§ 217.410 and 217.405, RSMo, violating our and my EIGHTH Amendment Right of protection against cruel and unusual punishment by applying an Excessive Use Of Force.

5. Sergeant Carl Hart upon arrival immediately initiated the process of a use of force, by ordering me and those praying with me, to submit to restraints or be sprayed with o/c pepper spray. No one was there behind me to place me in restraints and at no time did I physically resist or verbally refuse to submit to the process of being placed in mechanical restraints. There was no chance to submit to restraints, before Sergeant Carl Hart applied a use of force, by spraying everyone with o/c Pepper spray and had emptied the WD40 sized can on us. This was witnessed by everyone that was in Housing Unit
(Attachments Page 2a)

11

Grievance No. ERDCC21-801

4-B Wing Honor Dorm Recreational Day room area. Violating

our and my FOURTEENTH Amendment right to be free from

unequal application of the law and due process, where

everyone in the Intensive Therapeutic Community program,

pray in the wing all day, every day with raising a single

penalogical security concern. (Exhibit: A)

6.    After being maced first and then placed in restraints

while being escorted out the front door of Housing Unit

four (4), I could not see, but I could hear someone

who sounded like Steven Stafford, being tussled with.

He was screaming things like, "Why are you trying to

hurt me", "get off me", "I can't breath".

b. I definitely heard one of the officers say, "If you

can talk you can breathe". I knew I was listening to

an assault, but that statement and act of cruel and

unusual punishment made me believe I was witnessing

(Attachment: Page 30)

12

Grievance No. ERDZC21-801

another murder by Missouri Department of Corrections staff.

7. While covered in mace, wearing only my socks to cover my feet, we were escorted from housing unit 4B wing B to medical, to only have our names and prison numbers taken with no physical examination or medical treatment for the mace that was burning our ears, eyes, nose, throat and skin. I was only in medical for about ten seconds and was immediately turned around and escorted out. We and I were denied medical treatment to relieve our wantonly inflicted pain and suffering caused by being maced.

8. I was escorted from medical across a freezing cold muddy field, that was approximately one hundred and fifty (150) yards long. We were forced and dragged across the softball field, instead of being able to use the sidewalk, to get to housing unit 1A wing. As a form of

(Attachment: Page 31)

13

Grievance No. ERDCC21-801

wantonly cruel and unusual & punishment that is meant to demean and cause a person to suffer the debasement that is dehuminizing and degrading enough to cause mental anguish and trauma. Especially when considering that there is a concrete sidewalk running along side the softball field that also leads to Housing Unit 1, in a more dignified and humane manner.

9. When I arrived at Housing Unit 1-A Wing, at approximately 9:45 pm, before the regularly scheduled 10:00 pm name and number prisoner head count time, I was placed in Housing Unit 1 cell #118 and locked in that cell with absolutely no amenities other the a working sink and toilet. (The evidence that establishes this time line is: My phone records with Petra Smith will show that I, Reginald Clemons, got off the phone at 9:10 pm; count log will show that we were counted over in Housing Unit 1-A
(Attachment: Page 32)

14

Grievance No. ERDCC 21-801

Wing during 10:00 pm head count; the prison control tower or control shack movement logs; and the prison cameras from in front of the medical area called the medication pass runner; camera video from in front of Housing Unit 1 A Wing; the prison camera view from inside Housing Unit 4-B Wing; the camera view from in front of Housing Unit 4).

10. We, the individuals that were maced for praying, received cruel treatment by being forced to sit in those cells for 4 hours with only our mace covered clothes to wear and nothing else. There were no matresses in the cells, only steel bunks beds, a stainless steel sink and toilet, with a vent blowing cold air as I sat in my ~~~~~~ boxers, mace covered t-shirt, and mud soaked socks. Under these wantonly cruel and unusual conditions that violated our and my 8th Amendment Rights of

(Attachment: Page 33)

15

Grievance No. ERDCC21-801

pratection to the United States Constitution, against cruel and unusual punishment.

11. I, Reginald Clemons, along with those that were praying, I sat in those cells with everyone else for 16 hours without having our eyes rinsed out or having been provided a shower, or any means by which to stop these chemical irratants from continuing to burn my eyes, ears, nose, throat, mouth and skin, as they are designed to do.

12. We did not receive matresses, hygene items, clothing, linen, etc. (a.k.a. Temperary Administrative Segregation Confinement TASC property) until after 2:00 am in the early morning hours of the 1st day of March 2021. We were not provided our TASC property until after we were to receive our conduct violations. Our and my task property can be seen on the video for 1-A sitting on the table
(Attachment: Page 34)

16

Grievance No. ERDCC21-801

for hours as they refuse to provide use adequate amineties. I did not receive my conduct violation until 2:18 am on the 1st day of March 2021, which reads as follows:

a). "On the above date and time I was called to HU4-B Wing for a group of offenders who were praying and refusing to disperse from the immediate area. At this time, I issued offender Clemons, Reginald #990102 several directives to submit to wrist restraints to which he refused. I then gave the offender a final warning that if he failed to submit to restraints further action would be taken. The offender continued to refuse and I applied a short burst of % pepper spray to the facial ~~area~~ region of the offender. At this time, other staff entered and assisted with placing him in restraints escorting him from the wing. At this time, other staff entered and assisted with

(Attachment: Page 35)

17

Grievance No. ERDCC21-801

placing him in restraints escorting him from the wing.
By the offenders own actions this places him in violation
of rule 9.4 Organized Disobedience and 20.1 Disobeying
an Order.

NOTE: This action took place with 7 total offenders
who refused to disperse and other offenders on
recreation in the wing.

THE RESULTED IN A SPONTANEOUS USE OF FORCE."

b). My statement on the conduct violation was, "All
I was doing was praying and God will justify my right to
praise Him." After the conduct violations were issued
to all seven of us. Then we were provided matresses and the
most meager of resources. Not until at least 16 hours
later, on the next day, on the 1st day of March 2021, we
and I were finally provided showers to wash the mace
off of my face and body. I still find it hard to believe
(Attachment: Page 36)

18

that this actually happened to me for praying. Grievance No. ERDCC21-801

(Exhibit: A)

13.    The next day on the 1st day of March 2021, at around 8:00 a.m., we started hearing, by word of mouth from inmate/offender workers and staff members, that the Deputy Warden, Mathew Raymand, called all the Muslims to the Chapel to discuss what happened during the incident from the night before. Deputy Warden Raymand told the assembly of incarcerated Muslims who had gathered in the chapel, that he, the Chaplain and security staff wanted to find a way to resolve this matter and make ~~right~~ it right. From what he had heard, no one that was praying had shown any signs of aggression and he would order that ~~gangoutataforce~~ ~~attorm~~ Gang Task Force Officer Matthew Downs provide him with a video tape. Muslim offender Saudi (Attachment: Page ~~3808~~ 37)

14

Grievance No. ERDCC21-801

Brown, Register No. 1263342, asked the Deputy Warden have they (the Muslims that were maced for praying) had any showers or medical attention. Deputy Warden Raymond said that he would have Gang Task Officer Downs check into that and if showers had not been provided, he would make sure that the Muslims that were maced while praying would receive medical attention attention and showers. Deputy Warden A Raymond stated that if after he reviews the video for himself, the video shows that the people praying showed no signs of aggression, he would have the violations reduced from an organized disobedience, to a rule 19 creating A Disturbance. Then when the offenders file their IRR/Grievances to have the Conduct Violations dismissed and expunged, he would dismiss and expunge the violations whenever they reach him in the

(Attachment: Page 38)

20

Grievance No. ERDCC21-801

grievanc procedure. The Deputy Warden Raymand also said that he would order that the affenders who were praying have their honor status reinstated. This was all suppose to take place as soon as ~~poss~~ possible, to resolve the matter.

14. On the 1st day of March 2021, at around 10:00 am, Gang Task Officer Matthew Downs came to Housing Unit 1-A Wing, to speak to us about the events that had taken place during the ~~street~~ chapel meeting, as they referred to us being maced, while we were praying the night before. (The video and audio recording recordings of the chapel meeting that took place in the early morning hours of March 1, 2021, between the times of 7:30 am and 10:00 am, recording the improm impramptu meeting ~~explaintion~~ explained in paragraph 13 above, needs to be preserved as evidence for both

(Attachment: Page 39)

21

Grievance No. ERDCC21-801

criminal and civil judicial proceedings, as not to abstruct the ends and means of justice.)

15. While the Housing Unit 1-A Wing, Gang Task Force Officer Mathew Douns explained that, he would personally be taking the video up to the Deputy Warden Matthew Raymand right after he leaves here, i.e. Housing Unit 1. The Deputy Warden Raymand stated that if he reviews the video and those that were praying, showed no signs of aggression when we were maced, he would make this right. Gang Task officer Downs further explained that we would be getting out of the lockup ad. seg. the following week, as soon as it is possible for everything to be reviewed and processed. All the individuals that were praying would be released from solitary Administrative Segregation (Ad. Seg.)
(Attachment: Page 40)

22

Grievance No. ERDCC21-801

confinement, placed back into the cells we came from in the Honor Dorm and have our honor status reinstated and restored.

16. On the 1st day of March 2021, at around 10:30 am, we, the individuals that were maced while praying, were provided showers and the Corizan nurse came around to check our vital signs and pass out Health Service Request Forms, over 16 hours after we had been maced the night before.

17. On the 10th day of March 2021, the Adjustment Board came to Housing Unit 1 to review the reporting officer's statement as evidence, interview me, and make a recommendation on this major conduct violation, which reads in relevant part as follows:

a) Offender Statement: "I have not had access to the grievance procedure. I would like to retain the use

(Attachment: Page 41)

23

of force video for civil litigation."   Grievance No. ERDCC21-801

   b) Evidence: COII Carl Hart's statement that he was called to HU 4 B-wing for a group of offenders who were praying and refusing to disperse from the immediate area. COII Carl Hart issued offender Clemons several directives to submit to restraints to which he refused. He then gave offender Clemons a final warning that if he failed to submit to restaints, further action would be taken. Offender Clemons continued to refuse, and COII Hart applied a short burst of 9% pepper spray to the facial region of offender Clemons. Other staff then entered and assisted with placing offender Howard in restraints and escorted him from the wing.

   c) Findings: GUILTY Based on the Evidence

   d) Signed By: Heather Crews Employee No. 56536

   RECOMMENDED ACTION OF DEPUTY WARDEN OR FUNCTION UNIT MANAGER          (Attachment: Page 42)

24

Grievance No. ERDCC21-801

( ) RECOMMENDED AS SUBMITTED    (X) RECOMMENDED MODIFICATIONS

( ) PREA

Retain #1

Retain #2  10-Days  ~~DOC~~ Dis/seg  Begin: 3-1-21 End: 3-10-21

Credit Time Served

Signed: Jerry Bingham, Asst. Warden  DATE: 3-10-21

18. Upon being released from the HU1-A Wing ad. seg./dis.seg. confinement, I along with those who were maced while praying, filed numerous IRR/Grievances complaints with the classification staff for: Assault; Religious Persecution; Hate Crimes; and for the Use of Force video to be retained as evidence and for formal charges to be filed for criminal and civil litigation complaints, against COII Carl Hart and COIII Lieutenant Michelle Basham.

(Attachment: Page 43)

25

Grievance No. ERDCC21-801

19. On the 11th day of March 2021, at around 10:00 a.m,

Steven Stafford spoke directly with Deputy Warden Matt

Raymond, while they were on the sidewalk near the

Captain's Shack, Canteen, and Food Service entrances.

The Deputy Warden Matt Raymond told Steven Stafford

that there is no rule against praying in the wings

and that the Muslims are allowed to pray in the wing.

a❸).

Bismillahir Rahmanir Rakhiym
(Please Feel Free To Post and Publisize This True Story)

Reginald Clemans 990102
Eastern Reception Diagnostic Correctional Center
2727 Highway K
Bonne Terre, Missouri 63660

March 18, 2021

Warden And Chief Of Security
ERDCC
Front Offices

In re: Religious Persecution, Threats And Assault
(Attachment: Page 44)

26

Grievance No. ERDCC21-801

Dear Warden:

b).    Hello! How are you doing today on Gods green Earth? In the water colors of life, we find a fragile beauty of creation unfolded before us.

c)..  On Saturday, March 13, 2021, we were praying and once again were interrupted under threat of serious physical harm. Officer Miskel came in the wing and locked down the housing unit 4B, because we were praying in the wing.

d).  After we locked down, Steven Stafford was escorted to the back offices of Housing Unit 4. Where he was threatened that if we were seen praying again, we would have the same treatment as the first time, on February 28, 2021.

e).  Officer Carl Hart came to Housing Unit 4 after the wing was reopened and went to the back offices of Housing Unit 4. Lt. Renk told Steven Stafford that he and his officers don't care what the Warden said, if its not in writing, then It does not exist.

f).  So I'm asking that the Warden issue an Inter Office Communication, that we can pray in the wing and wear Kufis.

20.  I, along with those who were maced while praying, were threatened that if we were to continue praying in the wing, we would be attacked the same way we were the first time.

(Attachment: Page 45)

27

Grievance No. ERDCC21-801

21. On the 15th day of May 2021, after hearing ~~that~~ what happened to the Muslims attempting to pray on February 28, 2021, had ~~happened~~ happened again on March 13, 2021, with the Deputy Warden's expressed permission, Chaplain Thomas Reagen hand delivered this proposed documentation to the Deputy Warden Matthew Raymond. Which ~~read~~ read as follows:

a).

OFFENDER
CORRESPONDENCE

DATE: Monday, March 15, 2021
TO: Mr. Matt Raymond - Deputy Warden
FROM: Mr. Stacy Shelton - Al Islam Facilitator
RE: Permission To Pray In Housing Unit

It has recently come to my attention that on Saturday, March 13, 2021, Muslims attempted to pray again in Housing Unit 4. However, several Corrections Officers told them that they are not allowed to pray in the Common Area. During our Al-Islam/staff meeting, you stated that prayer would be allowed in the Wings.

Our religious community would like to comply with the regulations of the institution. In our effort to assist your

28                    (Attachment: Page 46)

Grievance No. ERDCC21-801

office with this issue, we have developed a potential I.O.C. that addresses this miscommunication.

If you have any questions or concerns, please contact me. Thank You in advance for all of your assistance.

Mr. Stacy Shelton

b).

## POTENTIAL I.O.C.

Effectively Immediately, Offenders may individually or assemble together to offer prayer within the Wing Common Area unless the religious practice poses a threat to the safety and security of the institution. Offenders participating in prayer must adhere to the following guidelines:

1. Offenders may not block the entry to cell doors or disrupt the normal flow of traffic for other Offenders or Correctional Officers conducting Wing checks.

2. Offenders must conduct their religious activities in a respectful manner and peacefully disassemble if asked by Correctional Officer with respect for various circumstances that may arise.

3. Offenders who feel that their religious activities were disrupted unjustly are ~~encoury~~ encouraged to File a grievance which WILL be reviewed by the Deputy Warden.

4. Offenders residing in General Population must follow normal 9 cell rotation rules and conduct group religious activities during their in-house recreation periods.

(Attachment: Page 47)

29

Grievance No. ERDCC21-801

22. On the 16th Day of April 2021, I, Reginald Clemons, filed a retaliation complaint against COII Carl Hart for him trying to have me removed from the Honor Dorm under false pretenses, by the Case Manager Mike Miller,. (Exhibit: C), which reads as follows:

IRR/Grievance Complaint No. _____

Complaint By: Reginald Clemons 990102
Location: Housing Unit 4 Back Office
Individuals Involved: Carl Hart, Mike Miller
                      Douglas Montgomery
Date of Incident: April 13, 2021, Time: 8:00am
Constitutional Right Being Violated:
                FIRST Amendment Right to
                be free from retaliation
                and FOURTEENTH Amendment
                Right to Due Process

            EVENTS AT ISSUE
    On April 13, 2021, at around 8:00 am, case manager

Mike Miller had me called to the back office, via the bubble officer COI Ricks. Upon arriving in his office, he told me, "I have some good news and some bad news
                        (Attachment: Page 48)
                    30

Grievance No. ERDCC21-801

"Which one do you want to hear first?" I ~g~ replied, "The bad news!"

Miller said, "Okay, today I am the acting FUM and the FUM has told me to remove you from the honor dorm while he is gone. Because the conduct violation you received on the 28th of February was a Dis. Seg. and not an Ad. Seg. confinement violation, for at least one year.. You can not be in the Honor Dorm for at least one year."

I responded, "Well, that violation is the first one that I have had in five years and plus its going to be dismissed and expunged. So why move me out for a conduct violation thats going to be dismissed and expunged?"

Mike Miller explained, "Well the FUM said I have to move you while he's gone today and until the violation
(Attachment: Page 49)

31

Grievance No. ERDCC21-801

is expunged, I have to follow procedure, because you no longer qualify for the honor dorm."

I said, "The deputy warden is the one that ordered that we be moved back into the honor dorm, so why would..., better yet, I am going to go pack my stuff and wait to be moved."

While I was gone, Mike Miller got on the phone and called the deputy warden Jerry Bingham after I left his office to call an attorney organization about this retaliation and harassment, ~~being~~

I took this position, because it dawned on me that Sgt. Carl Hart was in housing unit 4, for the past three days, on the 7:00 pm to 7:00 am shif on April 11, 12, 13, 2021. Which means that Sargeant Carl Hart was here the same day that Mike Miller is trying to move me out of the honor dorm. This happened the
(Attachment: Page 50)

32

Grievance No. ERDCC21-801

next day after Sgt. Hart tried to have Steven Stafford removed from his food service job, by having food service cook La Marsh fire him. She said that security staff no longer wanted him working in food service, but without any other justification or valid grounds.

I believe these two incidents are connected by the common thread that is Sgt. Hart, because both Steven Stafford and I have complained against Sgt. Carl Hart for hate crimes, Religious Persecution, excessive use of force, and criminal assaulting us and attacking us while we were praying together on February 28, 2021, at around 9:15 pm.

We were left in the hole for 16 hrs. plus, covered in mace and never provided medical treatment for the mace, nor given showers. After being let out of the seditary confinement on March 10, 2021. We all filed grievances
(Attachment: Page 51)

33

Grievance No. ERDCC21-801

against Lt. Michelle Basham and Sgt. Carl Hart and I believe that this is a part of the follow-up attacks to retaliate against us for filing complaints. Which actions make me fear that the video of the February 28, 2021 attack has been destroyed.

I am afraid of Lt. Basham and Sgt. Hart taking further retaliatory action against me and other Muslims and I would like a restraining order and institutional order preventing Sgt. Hart and Lt. Basham from working or supervising others in the housing unit to which I am assigned.

For Mike Miller to take a voice stress analysis truth verification test, to establish the truth behind the motivation of his actions and for Lt. Basham and Sgt. Hart to take the same truth verification examination stress test as Mike Miller.

(Attachment: Page 52)

34

Grievance No. ERDZC21-801

The individuals that were attacked and had their rights violated while they were praying in this complaint:

The Person Leading The Prayer:

Steven Stafford   #365963

Lined Up From Left To Right:

Reginald Clemons    # 990102
Wendell Harris      # 1272204
Vincent Hood        # 1254167
Montrel Moore       # 1215629
Marcus Howard       # 1353254
Mark Holliman       # 501976

Amendment [ 1791 ]

Congress shall make no law respecting an establishment of religian, or ~~prohibition~~ prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peacebly to assemble, and to petition the government for a redress of grievances.

(Attachment: Page 53)

35

Grievance No. ERDcc21-801

Amendment IV    [1791]

The right of the people to be secure in their persons, houses, papers, and affects, against unreasonable search and seizure, shall not be violated, and no warrants shall issue, but upon probable cause, supported by oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.

Amendment V   [1791]

No person shall be held to answer for a capital, or otherwise infamous crime, unless as a presentment or indictment of a grand jury, except in cases arising in the land or naval forces, or in the military, when in ~~on~~ actual service in time of war or public danger, nor shall any person be subject for the same offense ~~twice~~ to be twice put in

(Attachment: Page 54)

36

Grievance No. ERDCC21-801

jeorpardy ar life or limb; nor shall be compelled in any criminal case to be a witness against himself; nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without ~~comp~~ just compensation.

Amendment VI  [1791]

In all criminal prosecutions, the accused shall enjoy the right to a speedy trial, by an impartial jury of the state and district shall have been previously ascertained by law, and to be uninformed of the nature and cause of the accusation; to be confronted with the witness against him; to have compulsory process for obtaining witnesses in his ~~foo~~ favor, and to have the assistance of counsel for his defense.

(Attachment: Page 55)

37

Grievance No. ERDCC21-801

Amendment VIII   [ 1791 ]

Excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishment inflicted.

Amendment XIV   [ 1868 ]

Section 1. All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside. No state shall make or enforce any law which shall abridge the privilege or immunities of citizens of the United States; nor shall any state deprive any person of life, liberty, or property, without due process of law; nor deny any person within its jurisdiction the equal protect of the laws.

Section 2. Representatives shall be apportioned among
(Attachment: Page 56)

38

Grievance No. ERDCC21-801

the several states according to their representative

number, counting the whole number ~~som~~ of the

persons in each state, ~~excou~~ excluding Indians not

taxed. But when the right to vote at any election

for the choice of electors for ~~to~~ President and Vice

President of the United States, Representatives

in Congress, the executive and judicial officers

of a state, or the members of the legislature

thereof, is denied to any of the male inhabitants

of ~~soll~~ such state, being twenty-one years of age,

and citizens of the United States, or in any

way abridged, except for participation in rebellion,

or other crime, the basis of representation

therein shall be reduced in the proportion

which the number of such male citizen shall

bear to the whole number of male citizens

(Attachment: Page 57)

39

Grievance No. ERDCC21-801

twenty-one years of age in such state.

Section 3. No person shall be a Senator or Representative in Congress, or elector of President and Vice President, or hold any state, who, having previously taken an oath, as a ~~nom~~ member of Congress, or as an officer of the United States, or as a member of any state legislature, or as an executive or judicial officer of any state, to support the ~~Congress~~ Constitution of the United States, shall have engaged in insurrection or ~~reb~~ rebellion against the same, or given aid or comfort to the enemies thereof. But Congress may by a vote of two-third of each House, removes such disability.

Section 4. The validity of the public debt of the United States, authorized by law, including debts (Attachment: Page 58)

Grievance No. ERDCC21-801

incurred for payment of pensions and bounties

for services in suppressing insurrection or rebellion,

shall not be questioned, but neither the United

States nor any state shall assume or pay any

debt or obligation incurred in aid of insurrection

or rebellion against the United States, or

any claim for the loss or emancipation of any

slave; but all such debt, obligations and claims

shall be held illegal and void.

Section 5. The Congress shall have power to enforce,

by appropriate legislation, the provisions of this

article.

Your statement of claim must include all of the following

information:

1. What happened to you?

For the act of engaging in prayer to peaceably

(Attachment: Page 59)

41

Grievance No. ERDcc21-801

absorve my faith and beliefs, I was douses with
%c pepper spray, assaulted, denied medical treatment
for 16+ hours, dragged through the mud in sock
feet, denied an oppertunity to shower for 16+hours,
placed in a bear bones strip-cell(s), for wantonly
atypical punishment and persecution for praying.

2. When did it happen?

Between the times of the 28th day of February
2021, at 9:10 pm and the 1st day of March 2021, at 12:30
pm.

3. Where did it happen?

Missouri Department of Corrections - EASTERN
RECEPTION DIAGNOSTIC CORRECTIONAL CENTER,
Housing Unit 4-B Wing, Housing Unit 4 Front Door porch,
Corizon Medication Pass Front Door a.k.a. Medical
Runner, Housing Unit 1-A Wing, Chaple Main Assembly Room,
(Attachment: Page 60)

42

Grievance No. ERDCC21-801

for chapel services.

   4. What injuries did you suffer?

   Chemically burned eyes, ears, nose, mouth, throat, and skin, mental trauma, lost right to practice my religious belief, assaulted by application of physical restraints, forced to walk in bear socked feet of footed through cold wet mud risking hypothermia, victimized by hate crime, religious persecution, retaliation for filing a formal complaint.

   5. What did each defendant personally do, to harm you?
1. Lt. Michelle Basham initiated the excessive use of force attack by standing over us, me and the other class members, while we were praying and then ordering me and the other Muslims to stop praying before calling in orders requiring an aggressive use of force response.

(Attachment: Page 61)

43

Grievance No. ERDCC21-801

2. Sgt. Carl Hart attacked me and those that were praying along with me and maced us for praying, and destroyed someone's fledgeling faith, causing them to revert back to drug use, in their hopeless state of mind.

3. Unknown John/Jane Doe officers placed me and those that were praying, along with me, in mechanical restraints for praying and took me and those praying with me, to the administrative solitary seditary confinement cells.

4. Mike Miller, and Carl Hart have taken retaliatory action against me and Steven Stafford for filing related complaints against Sgt. Carl Hart. The retaliatory actions have no justifiable basis in fact, policy or reasonable circumstances

(Attachment: Page 62)

44

Grievance No. ERDCC21-801

to be seen as motivated by any other reason than in response to our complaints of hate crimes, religious persecution, excessive use of force, assault, unlawful restraint, etc..

III. Injuries

Lost of opportunity to participate in college program's courses and classes, ~~loss loss~~ loss of privileges to have access to personal property, chemical burns on skin, eyes, ears, nose, throat, lungs, and mouth for 16+ hours, & abuse under excessive use of force, traumatic fear induced upon family, significant other and loved ones, denial of opportunity to equally practice my Islamic faith while incarcerated and as practiced prior to February 28, 2021, suffering retaliation and intimidation for attempting to pray and/or file complaints, etc..

(Attachment: Page 63)

45

Grievance No. ERDCC21-801

IV. Relief

Prohibitive injunction against Michelle Basham
and Carl Hart being within 500 yards of the
plaintiffs until the conclusion of this law suit,
Mandatory Injunction Requiring Safe Passage to
Pray in the wings of housing units or at prison
work sites, punitive damages of $1,000,000.00 to
each plaintiff, nominal damages of $1.00,
Mandatory Injunctive relief requiring ~~there~~ that
there be a Muslim faith based chaplain when
the predominant faith of prisoners is AL-ISLAM,
$10,000.00 for each missing video that has
been requested herein but ~~whoever~~ failure to
disclose within 30 days of any court order to
compel disclosure, Mandatory injunctive relief
requiring that all ~~pro~~ previsions to practice the
(Attachment: Page 64)

46

Grievance No. EADCC21-801

Islamic faith be provided by the inmate canteen fund without the exclusion of donations or individual's ability to personally purchase items from Islamic venders: such as prayer oil; prayer beeds; prayer rugs; thob prayer garments; dried dates fruits; refrigerator in chapel to store religious food items (to prevent theft of religious items in the prison kitchen storage) 2,000 caleries a day diet during the Holy Month of Rahmadthan; Cuffies; Qurans, Court cost and attorney fees to be paid by defendants, Injunctive order to release video of use of force at issue herein for public consumption in an order for disclosure and discovery, actual damages of $ 100,000.00 for each plaintiff, permanent injunction for prison staff to wear video audio

(Attachment: Page 65)

47

Grievance No. ERDCC21-801

body cameras, injunctive relief for institutional videos to be available for use in duly due process in prisoners defense for challenging both major and miner conduct violations, and any other relief the court deems just proper and equittable.

V. Exhaustion of Administrative Remedies/Administrative Procedures

Several Informal Resolution Request have presently been filed for assault, religious persecution, excessive use of force, hate crimes, under the state administrative grievance procedure, but the state administrative grievance procedure is inadequate to resolve the immediate threat and maintaining of its continuous harm or protection against denial

(Attachment: Page 66)

48

Grievance No. ERDCC21-801

of the right to pray or destruction of evidence.

Injunctive relief is required to protect against

retaliation and Further religious persecution

or repression of rights to pray and practice

my religious faith as a class member.

The Prisoner Litigation Reform Act

A. Did your claim(s) arise while you were

confined in a jail, prison, or other correctional

facility?

[X] Yes        [ ] No

If yes, name the jail, Prison or ther correctional

Facility where you were confined at the time of

the event giving rise to your claim(s):

St. Louis City Justice Center

[X] Yes        [ ] No

(Attachment: Page 67)

49

Grievance No. ERDCC21-801

B. Does the jail, prison or ther correctional Facilities where your claim(s) arose have a grievance procedure?

[X] Yes          [ ] No

C. If yes, does the grievance procedure at the jail, prison or other correctional Facility where your claim(s) arose ~~other~~ cover some or all of your claims? Same

[X] Yes          [ ] No

If yes, which claim?

Wrongful disciplinary confinement and requested review of video evidence to illustrate that the Conduct violation report was based an false and fabricated evidence.

D. Did you file a grievance in the jail, prison, or other correctional facility where your

(Attachment: Page 68)

50

Grievance No. ERDCC21-801

claim(s) arose concerning the facts relating to this complaint?

[x] Yes                [ ] No

If no, did you file a grievance about the events you describe in this complaint at ~~at~~ any other jail, prison, or ~~p~~ other correctional facility?

[x] Yes            [ ] No

E. If ~~two~~ you did file a grievance:

1. Where ~~go~~ did you file the grievance?

On the 5th floor of the St. Louis City Justice Center, with case manager Falita Baines, in ~~#~~ 2016 and 2017.

2. What did you claim in your grievance? (Attach a copy of your grievance if available)

I was sitting quietly saying nothing and
(Attachment: Page 69)

51

Grievance No. ERDCC21-801

doing nothing when the reporting officer claimed that I was inciting a riot and screaming and yelling in his face and making threatening statements.

3. What was the result, if any? (Attach a copy of any written response to your grievance, if available)

The conduct violation was dismissed and expunged, and superintendent Adrian Barnes ordered that I receive a formal apology. Officer Nesbitt reviewed the video and observed that I was not involved in any of the disruptive activity.

4. What steps if any, did you take to appeal that decision? Is the grievance proced procedure p completed? If not, explain why not.
(Attachment: Page 70)

52

Grievance No. ERDCC21-801

(Describe all efforts to appeal to the highest

level of the grievance process.)

I took no further action because my

attorney Charles Moreland and the law firm

Aikin, Gump, and Straus said that it was

not important enough for them to get involved

with, because they were criminal attorneys

and not civil attorneys.

F. If you did not file a grievance:

   N/A

1. If there are any reasons why you did

not file a grievance, state them here.

   N/A

2. If you did not file a grievance about your

complaints, did you inform officials of your

(Attachment: Page 71)

53

Grievance No. ERDCC21-801

claim, state who you informed, when and
how, and their response, if any:

~~Superinte~~ Superintendent Adrian Barnes

Case Worker Falita Baines.

Grievance Officer

Emergy Response Officer Nesbit (John/Jane Doe.)

G. Please set forth any additional information
~~ad~~ that is relevant to the ~~exxxxxx~~ exhaustion
of your ~~xxxxx~~ administrative remedies.

(Note: You may attach as exhibits to this
complaint any documents related to the exhaustion
of your administrative remedies.)

(Attachment: Page 72)

54

### INFORMAL RESOLUTION RESPONSE

**OFFENDER NAME AND NUMBER:** Clemons, Reginald #990102

**IRR LOG NUMBER:** ERDCC-21-373

**HOUSING UNIT:** 4B-212

**NATURE OF COMPLAINT:** Your complaint as I understand it is that you feel that on 02/28/2021 you were assaulted, maced and attacked with mechanical restraints. You state that you were doing nothing wrong and were praying in the wing. You feel that this is a hate crime, religious persecution, assault and a civil rights violation. Your requested remedy is to receive compensation for damages, file criminal charges against officers involved and retrain them from further abuse.

**FINDINGS:** I have reviewed your IRR and supporting documentation and have found that on 02/28/2021 you and a group of other offenders participated in a group prayer in the housing unit wing. This was done among in-house recreation. Staff gave directives for you and the others to disperse and you failed to follow the directives. A spontaneous use of force was utilized to gain your compliance. It should be noted that according to policy, *SOP17-1.1-all meeting and activities of a religious or spiritual nature shall be scheduled through the chaplain and shall be held in the chapel or other designated areas under the control and supervision of the chaplain or designee.* *Offender may individually engage in private religious practice in their living quarters unless the practice poses a threat to the safety and security of the institution. Staff members shall not be challenged or hindered by offenders in the performance of their duties relative to monitoring services or other essential functions. "* To say that you were doing nothing wrong is clearly a misstatement. You and the other offenders participating in this group prayer were violating policy as stated above. You were asked to stop what you were doing but you refused. Staff attempted to gain your voluntary compliance, but you refused to follow their directives. It should be noted that on 06/23/2021 you received a grievance form since this response exceeded the time frame. I encourage you to continue with your grievance process.

**RECOMMENDATION:** Based on my findings I cannot support your IRR, therefore your IRR is denied.

(Attachment: Page 73)

**ORIGINAL**

**STATE OF MISSOURI**
**DEPARTMENT OF CORRECTIONS**
**OFFENDER GRIEVANCE**

RECEIVED
JUL 19 2021
ERDCC GRIEVANCE OFFICE

| GRIEVANCE NUMBER | IRR NUMBER | DATE FILED |
|---|---|---|
| | ERDCC 21-373 | |

Force
06/23/21 (MO)

| INSTITUTION USE ONLY | | | | | | |
|---|---|---|---|---|---|---|
| OFFENDER LAST NAME | FIRST | DOC NUMBER | HOUSING UNIT | UNIT | INSTITUTION | |
| Clemons, Reginald | | 990102 | 3B | 212 | ERDCC | |

**OFFENDER GRIEVANCE/REQUEST**

See Attached - Previously
Filed I.R.R. On File

OFFENDER SIGNATURE: *Reginald Clemons*     DATE: July 12, 2021

**SUPERINTENDENT RESPONSE**

Mr. Clemons, I am in receipt of your grievance dated July 19, 2021 regarding your allegation that COII Hart used excessive force on 2/28/21.

Having reviewed your IRR, Grievance, and other pertinent information available to me I found that the Use of Force on 2/28/21 was reviewed by the Use Of Force Committee. The force employed was that minimally necessary to control the incident and maintain good order and security. CDV ERDCC21-01615 was dismissed and expunged. Therefore, I find your complaint resolved.

OFFENDER
ATTACHMENT

RECEIVED
NOV 18 2021
ERDCC GRIEVANCE OFFICE

SUPERINTENDENT/SECTION HEAD     DATE: 11/17/21

You have the right to appeal this decision to a division director. You must file an appeal form with the grievance officer within seven (7) days from the day you receive this decision. Failure to submit an appeal within this time frame constitutes abandonment of the grievance.

☐ I ACCEPT THIS DECISION     ☑ I APPEAL THIS DECISION   (Attachment: Page 74)

OFFENDER SIGNATURE     DATE

931-3377 (12-04)

STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
**INFORMAL RESOLUTION REQUEST**

INSTITUTION USE ONLY ☐ EMERGENCY COMPLAINT

| OFFENDER NAME | DOC NUMBER |
|---|---|
| Clemons Reginald | 990102 |

| DATE STAFF MEMBER RECEIVED IRR | COMPLAINT NUMBER | CATEGORY | HOUSING UNIT |
|---|---|---|---|
| 3-15-2021 | ERDCC-21-373 | 1A | 4B-212 |

**STATE YOUR COMPLAINT/PROBLEM BRIEFLY- ONE ISSUE - BE SPECIFIC**

On February 28, 2020, I was assaulted, maced, and attack with mechanical restraints by officers Bashen and Hart, at 9:10 pm to 10:00 pm. For doing nothing more or less than praying a Muslim prayer called Salat. I was placed in one hour cell A-118. This is a hate crime, religious persecution, assault and civil rights violations of the 1st and 8th Amendment to the U.S. Constitution.

**ACTION REQUESTED:  STATE REMEDIES YOU ARE SEEKING**

Please retain Use of Force video and provide compensation for damages, and file criminal charges against officers involved and restrain them from further abuse.

| OFFENDER SIGNATURE | DATE 3-4-2021 |
|---|---|
| LReginald Clemons | March 4, 2021 |

**STAFF USE ONLY**

**DISCUSSION OF COMPLAINT (SUMMARIZE RESULTS OF MEETING)**

Unable to resolve by discussion

☐ IRR RESOLVED BY DISCUSSION/WITHDRAWN    ☒ IRR NOT RESOLVED BY DISCUSSION

| OFFENDER SIGNATURE | DATE | STAFF SIGNATURE | DATE |
|---|---|---|---|
| LReginald Clemons | July 13, 2021 | Wus Pattern CCM 137819 | 7/13/2021 |

**STAFF FINDINGS/RESPONSE**

RECEIVED
SEP 20 2021
ERDCC
ASSISTANT WARDEN

| INVESTIGATING STAFF SIGNATURE | DATE | RESPONDENT SIGNATURE | DATE |
|---|---|---|---|
| | 9-16-21 | Douglas W. Mot | 9-16-2021 |

| REVIEWER SIGNATURE | DATE | RESULTS | |
|---|---|---|---|
| Juy Brgh, Aw'2019 | 9-21-21 | ☐ SATISFACTORY | ☒ UNSATISFACTORY |

**YOU HAVE THE RIGHT TO FILE A FORMAL GRIEVANCE.  YOU MUST FILE A GRIEVANCE FORM WITH THE DESIGNATED STAFF WITHIN SEVEN (7) DAYS FROM THE DATE YOU RECEIVE THIS RESPONSE.  FAILURE TO SUBMIT A GRIEVANCE WITHIN THIS TIME FRAME CONSTITUTES ABANDONMENT.**

| OFFENDER SIGNATURE | DATE |
|---|---|
| LReginald Clemons | 9-27-2021 |

MO 931-3376 (8-17)

(Attachment: Page 21)
75



**STATE OF MISSOURI**
DEPARTMENT OF CORRECTIONS
**INFORMAL RESOLUTION REQUEST**   UOF

| INSTITUTION USE ONLY | ☐ EMERGENCY COMPLAINT |
|---|---|

| OFFENDER NAME | | | DOC NUMBER |
|---|---|---|---|
| Clemons   Reginald | | | 990102 |

| DATE STAFF MEMBER RECEIVED IRR | COMPLAINT NUMBER | CATEGORY | HOUSING UNIT |
|---|---|---|---|
| 3-15-2021 | ERDCC-21-373 | 1A | 4B-2/2 |

**STATE YOUR COMPLAINT/PROBLEM BRIEFLY- ONE ISSUE - BE SPECIFIC**

On February 28, 2020, I was assaulted, maced, and attack with mechanical restraints by officers Bashen and Hart, at 9:10 pm to 10:00 pm. For doing nothing more or less than praying a Muslim prayer called Salat. I was placed in one house cell A-118. This is a hate crime, religious persecution, assault and civil rights violations of the 1st and 8th Amendment to the U.S. Constitution.

**ACTION REQUESTED: STATE REMEDIES YOU ARE SEEKING**

Please retain Use Of Force video and provide compensation for damages, and file criminal charges against officers involved and restrain them from further abuse.

| OFFENDER SIGNATURE | DATE 3-4-2021 |
|---|---|
| X Reginald Clemons | March 4, 2021 |

| STAFF USE ONLY |
|---|

**DISCUSSION OF COMPLAINT (SUMMARIZE RESULTS OF MEETING)**

| ☐ IRR RESOLVED BY DISCUSSION/WITHDRAWN | ☐ IRR NOT RESOLVED BY DISCUSSION | |
|---|---|---|
| OFFENDER SIGNATURE | DATE | STAFF SIGNATURE | DATE |

**STAFF FINDINGS/RESPONSE**

| INVESTIGATING STAFF SIGNATURE | DATE | RESPONDENT SIGNATURE | DATE |
|---|---|---|---|
| REVIEWER SIGNATURE | DATE | RESULTS  ☐ SATISFACTORY   ☐ UNSATISFACTORY | |

YOU HAVE THE RIGHT TO FILE A FORMAL GRIEVANCE. YOU MUST FILE A GRIEVANCE FORM WITH THE DESIGNATED STAFF WITHIN SEVEN (7) DAYS FROM THE DATE YOU RECEIVE THIS RESPONSE. FAILURE TO SUBMIT A GRIEVANCE WITHIN THIS TIME FRAME CONSTITUTES ABANDONMENT.

| OFFENDER SIGNATURE | DATE |
|---|---|

MO 931-3376 (9-17)

(Attachment: Page 76)

STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
**OFFENDER GRIEVANCE**

| | |
|---|---|
| GRIEVANCE NUMBER | *Due Process* (*03/21/ AB*) |
| IRR NUMBER | ERDCC 21-374 |
| DATE FILED | |

*RECEIVED*

*JUL 19 2021*

ERDCC
GRIEVANCE OFFICE

**INSTITUTION USE ONLY**

| OFFENDER LAST NAME | FIRST | DOC NUMBER | HOUSING UNIT | UNIT | INSTITUTION |
|---|---|---|---|---|---|
| Clemons, | Reginald | 990102 | 3B | 212 | ERDCC |

**OFFENDER GRIEVANCE/REQUEST**

*See Attached - Previously*
*Filed IRR: On File*

| OFFENDER SIGNATURE | DATE |
|---|---|
| X *Reginald Clemons* | *July 12, 2021* |

**SUPERINTENDENT RESPONSE**

Mr. Clemons, I am in receipt of your grievance dated July 19, 2021 regarding CDV ERDCC21-01615.

Having reviewed your IRR, Grievance, and other pertinent information available to me I found that this violation has been dismissed and expunged from your record. Therefore, I find your complaint resolved.

*RECEIVED*

*OCT 28 2021*

ERDCC
GRIEVANCE OFFICE

| SUPERINTENDENT/SECTION HEAD | DATE |
|---|---|
| *[signature]* BWW | 10/27/21 |

You have the right to appeal this decision to a division director. You must file an appeal form with the grievance officer within seven (7) days from the day you receive this decision. Failure to submit an appeal within this time frame constitutes abandonment of the grievance.

☐ I ACCEPT THIS DECISION        ☐ I APPEAL THIS DECISION   (*Attachment: Page 33*)

| OFFENDER SIGNATURE | DATE |
|---|---|
| | |

931-3377 (12-04)

## INFORMAL RESOLUTION RESPONSE

**OFFENDER NAME AND NUMBER:** Clemons, Reginald #990102

**IRR LOG NUMBER:** ERDCC-21-374

**HOUSING UNIT:** 4-B-212

**NATURE OF COMPLAINT:** Your complaint as I understand it is that you received a conduct violation for a rule #9.4 (ERDCC21-1615) and that it was later reduced to a #19.1. You feel that because it does not say anywhere in the body of the violation does it state that an order to disperse was issued. Your requested remedy is to have this conduct violation dismissed and expunged.

**FINDINGS:** I have reviewed your IRR and supporting documentation and have found that in the first sentence of the conduct violation, it states that COII Hart responded to Housing unit four for offenders that were praying and refusing to disperse. You have received a grievance form on 6/23/2021 due to this response exceeding the time frame. I encourage you to continue with your pursuit of the grievance procedure.

**RECOMMENDATION:** Based on my findings I cannot support your IRR, therefore your IRR is denied.

*(Attachment: Page 78)*

**STATE OF MISSOURI**
**DEPARTMENT OF CORRECTIONS**
**INFORMAL RESOLUTION REQUEST**    *Due Process*

INSTITUTION USE ONLY    ☐ EMERGENCY COMPLAINT

| OFFENDER NAME | | | | DOC NUMBER |
|---|---|---|---|---|
| Clemons    Reginald | | | | 990102 |

| DATE STAFF MEMBER RECEIVED IRR | COMPLAINT NUMBER | CATEGORY | HOUSING UNIT |
|---|---|---|---|
| 3-15-2021 | ERDCC-21-374 | 3B | 4B-212 |

**STATE YOUR COMPLAINT/PROBLEM BRIEFLY- ONE ISSUE - BE SPECIFIC**

On February 28, 2021, I, Reginald Clemons, received a conduct violation for both Rule 9.4 and 20.1, that was later reduced to a Rule 20.1 or 19 Disobeying an Order on March 10, 2021. Nowhere in the body of the conduct violation report does it say an order to disperse was issued, by whom, if at all. As can be seen on the video, I never offered any verbal communication, aggression or physical resistance to being hand cuffed. I complied with every known command in the Carl Hart CDV Report. Tracking No. ERDCC 21-01615.

**ACTION REQUESTED: STATE REMEDIES YOU ARE SEEKING**

Please Dismiss And Expunge This Conduct Violation and preserve the Use Of Force video for later civil litigation.

| OFFENDER SIGNATURE | DATE |
|---|---|
| X Reginald Clemons | March 12, 2021 |

**STAFF USE ONLY**

**DISCUSSION OF COMPLAINT (SUMMARIZE RESULTS OF MEETING)**

Not able to resolve

RECEIVED

SEP 17 2021

ERDCC
ASSISTANT WARDEN

☐ IRR RESOLVED BY DISCUSSION/WITHDRAWN    ☒ IRR NOT RESOLVED BY DISCUSSION

| OFFENDER SIGNATURE | DATE | STAFF SIGNATURE | DATE |
|---|---|---|---|
| X Reginald Clemons | July 13, 2021 | Alex Vattier 137819 | 7/13/2021 |

**STAFF FINDINGS/RESPONSE**

| INVESTIGATING STAFF SIGNATURE | DATE | RESPONDENT SIGNATURE | DATE |
|---|---|---|---|
| | 9-16-21 | Douglas W. Nost | 9-16-2021 |

| REVIEWER SIGNATURE | DATE | RESULTS | |
|---|---|---|---|
| Ron David Avenn | 9-17-21 | ☐ SATISFACTORY | ☒ UNSATISFACTORY |

YOU HAVE THE RIGHT TO FILE A FORMAL GRIEVANCE. YOU MUST FILE A GRIEVANCE FORM WITH THE DESIGNATED STAFF WITHIN SEVEN (7) DAYS FROM THE DATE YOU RECEIVE THIS RESPONSE. FAILURE TO SUBMIT A GRIEVANCE WITHIN THIS TIME FRAME CONSTITUTES ABANDONMENT.

| OFFENDER SIGNATURE | DATE |
|---|---|
| X Reginald Clemons | 9-27-2021 |

MO 931-3376 (9-17)    (Attachment: Page 25)

STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
**INFORMAL RESOLUTION REQUEST**          Due Process

| INSTITUTION USE ONLY | ☐ EMERGENCY COMPLAINT |

| OFFENDER NAME | DOC NUMBER |
| Clemons Reginall | 990102 |

| DATE STAFF MEMBER RECEIVED IRR | COMPLAINT NUMBER | CATEGORY | HOUSING UNIT |
| 3-15-2021 | ERDCC-21-374 | 3B | 4B-212 |

**STATE YOUR COMPLAINT/PROBLEM BRIEFLY- ONE ISSUE - BE SPECIFIC**

On February 28, 2021, I, Reginald Clemons, received a conduct violation for both Rule 9.4 and 20.1, that was later reduced to a Rule 20.1 or 19 Disobeying an Order on March 10, 2021. Nowhere in the body of the conduct violation report does it say an order to disperse was issued, by whom, if at all. As can be seen on the video, I never offered any verbal communication, aggression or physical resistance to being hand cuffed. I complied with every known command in the Carl Hart CDV Report. Tracking No. ERDCC21-01615.

**ACTION REQUESTED: STATE REMEDIES YOU ARE SEEKING**

Please Dismiss And Expunge This Conduct Violation and preserve the Use Of Force video for later civil litigation.

| OFFENDER SIGNATURE | DATE |
| X Reginald Clemons | March 12, 2021 |

| STAFF USE ONLY |

**DISCUSSION OF COMPLAINT (SUMMARIZE RESULTS OF MEETING)**

| ☐ IRR RESOLVED BY DISCUSSION/WITHDRAWN | ☐ IRR NOT RESOLVED BY DISCUSSION |
| OFFENDER SIGNATURE | DATE | STAFF SIGNATURE | DATE |

**STAFF FINDINGS/RESPONSE**

| INVESTIGATING STAFF SIGNATURE | DATE | RESPONDENT SIGNATURE | DATE |
| REVIEWER SIGNATURE | DATE | RESULTS ☐ SATISFACTORY ☐ UNSATISFACTORY |

YOU HAVE THE RIGHT TO FILE A FORMAL GRIEVANCE. YOU MUST FILE A GRIEVANCE FORM WITH THE DESIGNATED STAFF WITHIN SEVEN (7) DAYS FROM THE DATE YOU RECEIVE THIS RESPONSE. FAILURE TO SUBMIT A GRIEVANCE WITHIN THIS TIME FRAME CONSTITUTES ABANDONMENT.

| OFFENDER SIGNATURE | DATE |

MO 931-3376 (9-17)

(Attachment: Page 26)
80

STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
**OFFENDER GRIEVANCE**

ORIGINAL

*RECEIVED*

GRIEVANCE NUMBER

IRR NUMBER: ERDCC 21-455

DATE FILED

**INSTITUTION USE ONLY**

JUL 19 2021

ERDCC GRIEVANCE OFFICE

| OFFENDER LAST NAME | FIRST | DOC NUMBER | HOUSING UNIT | UNIT | INSTITUTION |
|---|---|---|---|---|---|
| Clemons, Reginald | | 190102 | 3B | 212 | ERDCC |

**OFFENDER GRIEVANCE/REQUEST**

*See Attached – Previously Filed IRR: On File*

OFFENDER SIGNATURE  L. Reginald Clemons

DATE  July 12, 2021

**SUPERINTENDENT RESPONSE**

Mr. Clemons, I am in receipt of your grievance dated July 19, 2021 regarding your allegation that COI Miskel made threats against you for praying on 3/13/21.

Having reviewed your IRR, Grievance, and other pertinent information available to me I found that SOP 17-1.1 states: All meetings and activities of a religious or spiritual nature shall be scheduled through the chaplain and shall be held in the chapel or other designated areas under the control and supervision of the chaplain or designee. Offenders may individually engage in private religious practice in their living quarters unless the practice poses a threat to the safety and security of the institution. I could find no evidence, nor have you provided any, to substantiate your allegation. Therefore, I find your complaint resolved.

*RECEIVED*

OCT 29 2021

ERDCC GRIEVANCE OFFICE

SUPERINTENDENT/SECTION HEAD

DATE  10-27-21

You have the right to appeal this decision to a division director. You must file an appeal form with the grievance officer within seven (7) days from the day you receive this decision. Failure to submit an appeal within this time frame constitutes abandonment of the grievance.

☐ I ACCEPT THIS DECISION          ☐ I APPEAL THIS DECISION   *(Attachment: Page 84)*

OFFENDER SIGNATURE

DATE

□ 931-3377 (12-04)

## INFORMAL RESOLUTION RESPONSE

**OFFENDER NAME AND NUMBER:**  Clemons, Reginald #990102

**IRR LOG NUMBER:**  ERDCC-21-455

**HOUSING UNIT:**  4B-212

**NATURE OF COMPLAINT:**  Your complaint as I understand it is that you feel that you right to religious freedom has been violated. You stated that COI Miskel threatened you on 03/13/2021 by saying that if you were ever seen praying in the wing again, the same thing that happened to you for praying in the wing in February, will happen to you again. Your requested remedy is for you to receive written permission to pray.

**FINDINGS:**  I have reviewed your IRR and supporting documentation and have found that COI Miskel stated that he allowed the prayer to finish and then had you come to the back office. A discussion was held regarding policy and procedures. Your religious freedoms have not been violated. You violated policy by having a prayer group in the middle of the housing unit wing. According to policy SOP 17-1.1 Sec. III. states, "*All meetings and activities of a religious or spiritual nature shall be scheduled through the chaplain and shall be held in the chapel or other designated areas under the control and supervision of the chaplain or designee. Offenders may individually engage in private religious practice in their living quarters unless the practice poses a threat to the safety and security of the institution.*" I strongly encourage you to review SOP17-1.1 so that you should not have any misunderstandings about policy in regard to religion. It should be noted that on 06/23/2021 you received a grievance form to complete due to this response exceeding the allowed time frame. I also encourage you to continue with your grievance process.

**RECOMMENDATION:**  Based on my findings I cannot support your IRR, therefore your IRR is denied.

*(Attachment: Page 82)*

STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
**INFORMAL RESOLUTION REQUEST**

**INSTITUTION USE ONLY** ☐ EMERGENCY COMPLAINT

OFFENDER NAME
Clemons, Reginald

DOC NUMBER
990107

| DATE STAFF MEMBER RECEIVED IRR | COMPLAINT NUMBER | CATEGORY | HOUSING UNIT |
|---|---|---|---|
| 3-25-2021 | ERDCC-21-455 | 2 G | 4B-212 |

**STATE YOUR COMPLAINT/PROBLEM BRIEFLY- ONE ISSUE - BE SPECIFIC**

(See Attached 2 of 2 Pages

**ACTION REQUESTED:  STATE REMEDIES YOU ARE SEEKING**

See Attached

OFFENDER SIGNATURE
X  x Reginald Clemons

DATE
3-25-2021

**STAFF USE ONLY**

**DISCUSSION OF COMPLAINT (SUMMARIZE RESULTS OF MEETING)**

Unable to resolve by discussion

☐ IRR RESOLVED BY DISCUSSION/WITHDRAWN      ☒ IRR NOT RESOLVED BY DISCUSSION

| OFFENDER SIGNATURE | DATE | STAFF SIGNATURE | DATE |
|---|---|---|---|
| Reginald Clemons | July 13, 2021 | alvis Pattens 137869  C.C.M | 7/13/2021 |

**STAFF FINDINGS/RESPONSE**

RECEIVED

SEP 27 2021

ERDCC
ASSISTANT WARDEN

| INVESTIGATING STAFF SIGNATURE | DATE | RESPONDENT SIGNATURE | DATE |
|---|---|---|---|
|  | 9.24.21 |  | 9-24-2021 |

| REVIEWER SIGNATURE   57426   Acting AW | DATE 9-29-21 | RESULTS ☐ SATISFACTORY ☒ UNSATISFACTORY |
|---|---|---|

YOU HAVE THE RIGHT TO FILE A FORMAL GRIEVANCE. YOU MUST FILE A GRIEVANCE FORM WITH THE DESIGNATED STAFF WITHIN SEVEN (7) DAYS FROM THE DATE
YOU RECEIVE THIS RESPONSE. FAILURE TO SUBMIT A GRIEVANCE WITHIN THIS TIME FRAME CONSTITUTES ABANDONMENT.

OFFENDER SIGNATURE
Reginald Clemons

DATE  10-4-21
Oct. 4, 2021

MO 931-3376 (9-11)

(Attachment: Page. 83)

1 of 2

IRR / Grievance Complaint: No. _____

Reginald Clemons 990102  (4B-212)

Rights Being Violated: Freedom Of Religion
Date of Incident In Question: March 13, 2021
Individual Involved: C O I  Myskel
Constitional Right: First Amendment Right
            Congress Shall Make No Law Respecting
            An Established Establishment Of Religion
            Or Prohibiting the Free Exercise
            Thereof; Or Abridging The Freedom
            Of Speech, Or Of The Press; Or The Right
            Of the People To Peacebly To Assemble,
            And To Petition The Government For
            a Redress Of Grievance.
            Religious Land Use Of Institutionalized
            Persons Act.

                Complaint At Issue

    On March 13, 2021 while we were praying after
the deputy warden gave us permission to
pray, but refuse to put this directive in writing.
We were threatened by C.O. Myskel once again,
that if we are ever seen praying in the
wing again. The same thing that happened to
us for praying on February 28, 2021, would
happen again.
    This standing threat and aggression
against my right to religious practice was
caught on tape or video from the 4B cammera
on March 13, 2021 around 8:30 p.m.
                              (Attachment: Page 84)

2 of 2

## Relief

I want written permission to pray and for the video at issue herein to be retained as evidence for civil and criminal proceedings.

Sincerely,
Reynald Clemens
Seeking
Harmony & Balance

(Attachment: Page 85)

4-13-21
AP



**STATE OF MISSOURI**
**DEPARTMENT OF CORRECTIONS**
**INFORMAL RESOLUTION REQUEST**

| INSTITUTION USE ONLY | ☐ EMERGENCY COMPLAINT |

| OFFENDER NAME | | DOC NUMBER |
|---|---|---|
| Clemmons, Reginald | | 990102 |

| DATE STAFF MEMBER RECEIVED IRR | COMPLAINT NUMBER | CATEGORY | HOUSING UNIT |
|---|---|---|---|
| 4/27/2021 | ERDCC21-666 | 4-H | 4B-212 |

**STATE YOUR COMPLAINT/PROBLEM BRIEFLY- ONE ISSUE - BE SPECIFIC**

(See Attacked 3 of 3 Pages)

**ACTION REQUESTED: STATE REMEDIES YOU ARE SEEKING**

(See Attached 3 of 3 Pages)

| OFFENDER SIGNATURE | DATE |
|---|---|
| X Reginald Clemmons → | april 16, 2021 |

**STAFF USE ONLY**

**DISCUSSION OF COMPLAINT (SUMMARIZE RESULTS OF MEETING)**

| ☐ IRR RESOLVED BY DISCUSSION/WITHDRAWN | ☐ IRR NOT RESOLVED BY DISCUSSION |
|---|---|
| OFFENDER SIGNATURE | DATE | STAFF SIGNATURE | DATE |

**STAFF FINDINGS/RESPONSE**

| INVESTIGATING STAFF SIGNATURE | DATE | RESPONDENT SIGNATURE | DATE |
|---|---|---|---|
| REVIEWER SIGNATURE | DATE | RESULTS ☐ SATISFACTORY ☐ UNSATISFACTORY | |

**YOU HAVE THE RIGHT TO FILE A FORMAL GRIEVANCE. YOU MUST FILE A GRIEVANCE FORM WITH THE DESIGNATED STAFF WITHIN SEVEN (7) DAYS FROM THE DATE YOU RECEIVE THIS RESPONSE. FAILURE TO SUBMIT A GRIEVANCE WITHIN THIS TIME FRAME CONSTITUTES ABANDONMENT.**

| OFFENDER SIGNATURE | DATE |
|---|---|

MO 931-3376 (9-17)

(Attachment: Page 86)

(Attachment: Page 87)

IRR/Grievance Complaint No. <u>ERDCC21-666</u>

Complaint By: Reginald Clemons 990102
Location: Housing Unit 4 Back Office
Individuals Involved: Carl Hart, Mike Miller
                          Douglas Montgomery
Date of Incident: April 13, 2021, Time: 8:00 am

Constitutional Right Being Violated:
                      FIRST Amendment Right to
                      be free from retaliation
                      and Fourteenth Amendment
                      Right To Due Process

              Events At Issue

    On April 13, 2021 at around 8:00 A.M., casemanager
Mike Miller had me called to the back office, via
the bubble officer C.O. I Ricks. Upon arriving in his
office, he told me, "I have some good news and
some bad news.", "Which one do you want to hear
first?" I replied, "The Bad News!"
    Miller said, "Okay, today I am the acting FUM and
the FUM has told me to remove you from the honor
while he is gone. Because the conduct violation you
received on the 28th of February was a Dis. seg.
and not an ad. seg.. You can not be in the honor
dorm after receiving a Dis. seg. violation for at
least one year." I responded, "Well, that conduct
violation is the first one I have had in five
years and plus its going to be dismissed and
expunged. So why move me out for a conduct
violation that's going to be dismissed and expunged?"

(Attachment: Page 88)

Mike Miller said "What makes you think the conduct violation is going to be dismissed?" I explained "The deputy warden said for us to file grievances and he'll dismiss and expunge these violations when the complaints reaches him. Now you are continuing the punishment and following through regardless of the fact that we were not doing anything wrong. How is this resolved or resolving the matter and correcting the problem?" Mike Miller explained, "Well the FUM said I have to move you while he's gone today and until the violation is expunged, I have to follow procedure, because you no longer qualify for the honor dorm." I said, "The deputy warden is the one who said ordered that we be moved back into the honor dorm, so why would..., better yet, I am going to go pack my stuff and wait to be moved." Mike Miller got on the phone and called deputy warden Jerry Bingham after I left his office to call an attorney organization about this retaliatory harrassment.

I took this position because it dawned on me that Sgt. Carl Hart was in housing unit 4, for the past four days, on the 7:00 P.M. to 7:00 A.M. shift on both April 11, 12, 13, 2021. Which means that Sgt. Carl Hart was here the same day that Mike Miller is trying to move me out of the honor dorm. This happened the next day after Sgt. Hart tried to have Steven Stafford removed from his food service job, by having food service cook LaMarsh fire him. She said that security staff no longer wanted him working in food service,

(Attachment: Page 89)

but without any other justification or valid grounds.

I believe these two incidents are connected by the common thread that is Sgt. Hart, because both Steven Stafford and I have complaints against Sgt. Carl Hart for Hate Crimes, Religious Persecution, and Criminal Assault, for ~~masing and~~ assaulting us and attacking us while we were praying together on February 28, 2021, at around 9:15 pm.

We were left in the hole for 16 hrs. plus, covered in mace and never provided medical treatment for the mace, nor given a shower. After being let out of solitary confinement on March 10, 2021. We all filed grievances against Lt. Michelle Bashem and Sgt. Carl Hart and I believe that this is a part of follow-up attacks to ~~relatiate~~ retaliate against us for filing complaints. Which actions make me fear that the video of the February 28 attack has been destroyed.

I am afraid of Lt. Bashem and Sgt. Hart taking further retaliatory action ~~against~~ against me and other ~~Most~~ Muslims and would like a restraining order and institutional order preventing Sgt. Hart and Lt. Bashem from working or supervising others in the housing unit to which I am assigned.

For Mike Miller to take a voice stress analysis truth varification test, to establish the truth behind the motivation of his actions and for Lt. Bashem and Sgt. Hart to take the same test.

IN THE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

REGINALD CLEMONS, et al.,
            Plaintiff,

V.

MICHELLE BASHAM, et al.,
            Defendant(s).


SWORN/AFFIRMED STATEMENT OR DECLARATION

I, Reginald Clemons, being the undersigning party, due hereby affirm under the penalty of perjury, that the following is true and correct to the best of my ability, knowledge, and understanding, as follows:

On the 22nd and early morning hours of the 23rd day of May 2021, between the time of 9:30 p.m. and 12:30 am, I, Reginald Clemons, along with Thurman Shelton were called to report to Housing Unit 1, as a part of our emergency porter job duties, to clean up after an individual had

(Attachment: Page 90)

1 of 7

Flooded his cell and the wing. As a part of our job duties, it was our responsibility to clean up the water with squeegies and sanitize the floors.

Lieutenant Michelle Basham was the shift commander and Sgt. Carl Hart, was assigned to housing unit 1 as the Seargent over Housing Unit 1. Lt. Basham had gotten some rubber golasus boots pullovers from the prison kitchen to try and keep from ruining the workers shoes.

I had to go to housing unit 2 in order to get a blower fan to help dry the Floor, because there were no blower fans to be found in housing unit 1.

At around 10:00 pm while I was going about the business of squeegeeing the water across the floor and collecting supplies to dry and mop the floor. Sgt. Carl Hart engaged me in a conversation where
(Attachment: Page 91)

2 of 7

I said very little and mainly listened.

Sgt. Carl Hart started talking about how he was in the war and had learned a lot about Islam. Stating that he had a lot of love and respect for everything that he has learned about the religion of Islam." He said, "I really like the one that is from the Northern form of the Islamic faith." Then he asked, "What's the name of the Northern form of Islam?" I have never heard of a Northern form of Islam, but stated, "There is the Sunni system of belief that is derived from the word Sunnah, which is based on the teachings of the life of the prophet, peace be unto him. I personally ascribe to Al-Ummah Islam, because the Ummah is the only group I see in the Qur'an, which means all believers worldwide, including Muslims, Christians, and Jews."

(Attachment: Page 92)

3 of 7

Sgt. Hart went on to say, "I didn't know that", "I have respect for all religions, I did not spray your group with mace because you were praying, I sprayed you because you refused to disperse." I said, "But all we were doing was praying". To which Sgt. Carl Hart said, "Well you are still allowed to pray, you just have to do it in your cell instead of out in the open wing. I am not trying to stop you from praying and worshipping God according to your faith. I respect all beliefs and the government allows anyone to make up whatever religion they chose to. There's this one religion where a woman forced the DMV to allow her to take her drivers license photo with a spaghetti strainer on her head." He further explained, "I can not remember the name of the religion that

(Attachment: Page 93)

4 of 7

she belonged to, but people make up all kinds of religions, all the time." -- "I'll let you know if I can remember the name of that religion. See, I believe in the separation of church and state, because everyone has the right to worship according to what they believe in. I don't have a problem with Muslims, even though I am not a Muslim. When I ordered you to submit to restraints, you can understand how I had to apply force, because if you had submitted to restraints there would not have been a problem?"

I answered, "I can't talk about this too much, because there is a grievance pending on this issue." He said, "I have already contacted your housing unit to make arrangements for you to get a shower when you get back and you can

(Attachment: Page 94)

5 of 7

use the phone while you're here too." I said "Thank You!". He continued, "Well I just wanted you to understand where I am coming from and I am going to make sure I tell you what is the name of that religion that wears spaghetti strainers as hats.". I said, "Okay" and went on about resuming my work to clean up the water off the floor.

While I was mopping up the residual water off the floor, Sgt. Hart approached me, "Oh, yeah, I found out the name of those people who wear spaghetti strainers on their heads. Its called, The Faith of the Spaghetti Roo Ruoster Farrians". I said, "That's something I never heard of before, but I guess we all have our own way of worshing worshipping the same God."

Sgt. Hart said, "I just wanted to let you know (Attachment Page 95)

6 of 7

I figure out the name of that faith, I found it very interesting."


Signed: This 8ᵗʰ day of June 2021:     Respectfully Submitted:

Reginald Clemons
Reg. No. 990132
Eastern Reception
Diagnostic Correctional
Center
2727 Highway K
Bonne Terre, MO 63628


(Attachment: Page 96)

7 of 7

## INFORMAL RESOLUTION REQUEST RESPONSE

**OFFENDER NAME:**    **Clemons, Reginald #990102**

**HOUSING UNIT:**    **3-D-212**

**IRR LOG NUMBER:**    **ERDCC21-922**

### NATURE OF COMPLAINT:

I'm in receipt of your IRR and have reviewed your complaint. In your complaint you state you want to move your IRRs that are over 40 days to the next stage of the process of IRRs.

### FINDINGS:

I have investigated your complaint and reviewed all of the pertinent paperwork. Upon investigating your complaint I found that in the AS400 system that all your prior outstanding IRRs to this IRR have been moved to the next step in the grievance process, therefore your IRR should be resolved.

### RECOMMENDATION:

**No further action needed. Your IRR should be resolved.**

*(Attachment: Page 97)*

*the Truth*

STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
**INFORMAL RESOLUTION REQUEST**

*Grievance*

INSTITUTION USE ONLY    ☐ EMERGENCY COMPLAINT

OFFENDER NAME: Reginald Clemons

DOC NUMBER: 990102

DATE STAFF MEMBER RECEIVED IRR: 06/14/2021

COMPLAINT NUMBER: ERDCC21-922

CATEGORY: 8(E)

HOUSING UNIT: 3B212

**STATE YOUR COMPLAINT/PROBLEM BRIEFLY- ONE ISSUE - BE SPECIFIC**

I am requesting that all my grievance IRR complaints that have been filed on Lt Michelle Basham, Sgt Carl Wart and others that were filed starting March 14 2021, be advanced to the next stage of the Grievance Procedure. As time has laps and civil action will be filed once the 120 days have laps and failure to respond will be considered denial of access to grievance.

**ACTION REQUESTED:  STATE REMEDIES YOU ARE SEEKING**

Please provide me a copy of all the grievances I have file IRR complaints I have filed in 2021 and the number to said complaints at issue.

OFFENDER SIGNATURE: Reginald Clemons    DATE: 6-14-2021

**STAFF USE ONLY**

**DISCUSSION OF COMPLAINT (SUMMARIZE RESULTS OF MEETING)**

☐ IRR RESOLVED BY DISCUSSION/WITHDRAWN    ☑ IRR NOT RESOLVED BY DISCUSSION

OFFENDER SIGNATURE: Reginald Clemons    DATE: 6-14-2021

STAFF SIGNATURE: CRAW #28730    DATE: 6/14/21

**STAFF FINDINGS/RESPONSE**

No Action

RECEIVED
AUG 0 4 2021
ERDCC
ASSISTANT WARDEN

ORIGINATING STAFF SIGNATURE: #28730    DATE: 7/29/21

REVIEWER SIGNATURE: Im Douglas AW 'em    DATE: 8-4-21

RESPONDENT SIGNATURE: C.F. #55200    DATE: 8/3/21

RESULTS: ☑ SATISFACTORY    ☐ UNSATISFACTORY

HAVE THE RIGHT TO FILE A FORMAL GRIEVANCE. YOU MUST FILE A GRIEVANCE FORM WITH THE DESIGNATED STAFF WITHIN SEVEN (7) DAYS FROM THE DATE RECEIVE THIS RESPONSE. FAILURE TO SUBMIT A GRIEVANCE WITHIN THIS TIME FRAME CONSTITUTES ABANDONMENT.

OFFENDER SIGNATURE: Reginald Clemons    DATE: 8-9-2021

-3376 (9-17)

Attachment: Page 98

Fuc. 7/4/21

*Grievance*

STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
**INFORMAL RESOLUTION REQUEST**

INSTITUTION USE ONLY    ☐ EMERGENCY COMPLAINT

| OFFENDER NAME Reginald Clemons | | DOC NUMBER 990102 |
|---|---|---|

| DATE STAFF MEMBER RECEIVED IRR 06/14/2021 | COMPLAINT NUMBER ERDCC21-922 | CATEGORY 8(E) | HOUSING UNIT 3B212 |

**STATE YOUR COMPLAINT/PROBLEM BRIEFLY- ONE ISSUE - BE SPECIFIC**

I am requesting that all my grievance & IRR complaints that have been filed on Lt Michelle Basham, Sgt. Carl Hart and others that were filed starting March 14 2021, be advanced to the next stage of the Grievance Procedure. As time has laps and civil action will be filed once the 120 days have laps and failure to respond will be considered denial of access to grievance.

**ACTION REQUESTED: STATE REMEDIES YOU ARE SEEKING**

Please provide me a copy of all the grievances & have filed & IRR complaints & have filed in 2021 and the number to said complaints at issue.

| OFFENDER SIGNATURE ✗ Reginald Clemons → | DATE 6-14-2021 |

**STAFF USE ONLY**

**DISCUSSION OF COMPLAINT (SUMMARIZE RESULTS OF MEETING)**

☐ IRR RESOLVED BY DISCUSSION/WITHDRAWN    ☑ IRR NOT RESOLVED BY DISCUSSION

| OFFENDER SIGNATURE ✗ Reginald Clemons → | DATE 6-14-2021 | STAFF SIGNATURE ✗ R A W #28730 | DATE 6/14/21 |

**STAFF FINDINGS/RESPONSE**

| INVESTIGATING STAFF SIGNATURE | DATE | RESPONDENT SIGNATURE | DATE |
|---|---|---|---|
| REVIEWER SIGNATURE | DATE | RESULTS ☐ SATISFACTORY  ☐ UNSATISFACTORY | |

... HAVE THE RIGHT TO FILE A FORMAL GRIEVANCE. YOU MUST FILE A GRIEVANCE FORM WITH THE DESIGNATED STAFF WITHIN SEVEN (7) DAYS FROM THE DATE ... RECEIVE THIS RESPONSE. FAILURE TO SUBMIT A GRIEVANCE WITHIN THIS TIME FRAME CONSTITUTES ABANDONMENT.

| ...NDER SIGNATURE | | DATE |

-3376 (9-17)

(Attachment: Page 99)

The Staff Assault On Prayer February 28, 2021
AT 9:10 PM to 9:30 PM H.U. #4-B
Witness List

| Name | Reg. No. |
|---|---|
| Maurice Blackwell | 182750 |
| Phillip Friends | 1165786 |
| Alex Turpin | 1266244 |
| Mc Neal | 323929 |
| Randy Dill | 1008946 |
| David Madsen | 1339115 |
| Gary Cross | 172515 |
| Eric Campbell-Bey | 167645 |
| Travis Tolley | 1328639 |
| Jamarius Fisher | 1305640 |
| Sutherland, Carl | 533662 |
| Calvin Smith | 334308 |
| Douglas Williams | 1136968 |
| Anthony Waters | 507958 |
| Greg Wisham | 163769 |
| Devante Bagley | 1342159 |
| Chris Strickler | 1356941 |
| Billy Sudduth | 1314237 |
| Thomas Cunningham | 528770 |
| Coy Conaway | 1259625 |
| Clayton Fisher | 1245476 |
| Saudi Brown | 1263342 |
| Ahmad Adisa | |
| Dwayne Bisch | |
| Lt. Renk | |
| COI Miskel | |
| COI Downs | |
| CO II Kimberly Bennet | |

(Attachments Page 100)



Reginald Clemons #990102
Jefferson City Correctional
8200 No More Victims Road
No Jefferson City, Missouri 65102

USPS
UNITED STATES
POSTAL SERVICE

P

PRIORITY MAIL 2-DAY®

US POSTAGE PAID
$0.00
Origin: 65109
01/06/22
2841590109-16

Retail

EXPECTED DELIVERY DAY: 01/10/22

C015

1 Lb 4.40 Oz

1004

SHIP
TO:
400 E 9TH ST
KANSAS CITY MO 64106-2607

USPS TRACKING® #

9505 5137 0933 2006 0256 29

Clerk's Office
United States District Court
Western District of Missouri
1510 Whittaker Courthouse
400 E Ninth Street
Kansas City, MO 64106

THIS CORRESPONDENCE IS FROM AN INMATE
IN THE CUSTODY OF THE
MISSOURI DEPARTMENT OF CORRECTIONS.
THE DEPARTMENT IS NOT RESPONSIBLE FOR THE
CONTENTS OF THIS CORRESPONDENCE. FOR
INFORMATION ABOUT THE DEPARTMENT OR TO VERIFY
INFORMATION ABOUT THE OFFENDER, PLEASE VISIT
OUR WEBSITE AT WWW.DOC.MO.GOV
<HTTP://WWW.DOC.MO.GOV>