# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| REGINALD BYRON CLEMONS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:22-cv-00158-SRW ) ) |
| MICHELLE BASHAM, et al., | ) ) |
| Defendants. | ) ) |

## ENTRY OF APPEARANCE
## AND RESPONSE REGARDING WAIVER OF SERVICE

Courtney Chapin, Assistant Attorney General, now enters her appearance in this matter and informs the Court that Counsel is unable to waive service for Defendant Carl Hart for good cause shown:

Defendant Carl Hart ("Defendant") is no longer employed by Missouri Department of Corrections. Despite efforts to contact Defendant, undersigned counsel has been unsuccessful in reaching Defendant and therefore cannot waive formal service on his behalf.

Respectfully submitted,

**ERIC S. SCHMITT**
Attorney General

/s/ Courtney R. Chapin
Courtney R. Chapin, MO 64773
Assistant Attorney General

Missouri Attorney General's Office<br>
P.O. Box 899<br>
Jefferson City, MO 651012<br>
Tel: (573) 751-7551<br>
Courtney.Chapin@ago.mo.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of December, 2022, I filed the foregoing document with the Clerk of the Court via the Court's electronic filing system, and a copy was placed in the mail, U.S. first class, postage prepaid, to the following:

Reginald Byron Clemons #990102
Jefferson City Correctional Center
8200 No More Victims Road
Jefferson City, Missouri 65101

/s/ *Courtney R. Chapin*
Courtney R. Chapin
Assistant Attorney General