**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| REGINALD BYRON CLEMONS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:22-cv-158-SRW |
| | ) | |
| MICHELLE BASHAM, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on its own motion. On December 12, 2022, Assistant Attorney General Courtney Chapin entered her appearance in this matter and informed the Court that she could not waive service on behalf of Defendant Carl Hart because he is no longer employed by the Missouri Department of Corrections, and she has been unsuccessful in her efforts to reach him. ECF No. 17. As a result, the Court will order Attorney Chapin to submit the last known home address for Defendant Carl Hart under seal and *ex parte*.

Accordingly,

**IT IS HEREBY ORDERED** that Assistant Attorney General Courtney Chapin is directed to submit the last known home address for Defendant Carl Hart to the Court, under seal and *ex parte*, no later than **twenty-one (21) days** from the date of this Order.

Dated this 20th day of December, 2022.

STEPHEN R. WELBY
UNITED STATES MAGISTRATE JUDGE