**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| REGINALD BYRON CLEMONS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:22-cv-158-SRW |
| ) | |
| MICHELLE BASHAM, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Plaintiff has now paid the filing fee in full for this matter. As such, the Court's grant of *in forma pauperis* status to Plaintiff Clemons will be vacated, as requested by Plaintiff in his March 16, 2023 motion. *See* ECF No. 30. Because no Plaintiff is now proceeding *in forma pauperis* in this matter, Plaintiffs will be responsible for service of summons. The Court will direct the Clerk of Court to sign and issue the summonses attached to the Amended Complaint (ECF No. 28) for service by Plaintiffs.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff Reginald Byron Clemons is no longer proceeding *in forma pauperis* in this matter, and the Court's April 27, 2022 Order [ECF No. 9] is **VACATED,** only to the extent that it granted *in forma pauperis* status to Plaintiff Clemons.

**IT IS FURTHER ORDERED** that the Clerk of Court should sign and issue the summonses attached to the Amended Complaint (ECF No. 28) for service by Plaintiffs.

2

**IT IS FINALLY ORDERED** that Plaintiffs are responsible for service of summonses on the defendants named in the Amended Complaint, in compliance with all applicable deadlines set out in the Federal Rules of Civil Procedure and the Local Rules of this Court.

Dated this 3rd day of April, 2023.

_____
STEPHEN R. WELBY
UNITED STATES MAGISTRATE JUDGE