Click here to Respond to Selected Documents

**Sort Date Entries:** Descending Ascending

**Display Options:** All Entries

**06/13/2023**
    **Summons Returned Non-Est**

    Document ID - 23-SMCC-637; Served To - CARLHART; Served Date - 05/30/2023; Served Time - 10:30:00; Service Type - SD; Reason Description - NEST; Service Text -Non-est, Does not reside at jail. no contact.

**05/18/2023**
    **Notice**

**05/16/2023**
    **Summons Issued-Circuit**

    Document ID: 23-SMCC-637, for HART, CARL.

**05/12/2023**
    **Request for Hearing**

    Not a docket date.
        **Filed By:** STEVEN STAFFORD #365963
    **Alias Summons Requested**

        **Filed By:** STEVEN STAFFORD #365963

**04/03/2023**
    **Summons Returned Non-Est**

    Document ID - 23-SMCC-383; Served To - HART, CARL; Server - ; Served Date - 31-MAR-23; Served Time - 15:29:00; Service Type - Sheriff Department; Reason Description - Non-est; Service Text - Non-Est; due to being moved.

**03/23/2023**
    **Summons Returned Non-Est**

    Document ID - 23-SMCC-355; Served To - MICHELLE BASHAM; Served Date - 03/10/2023; Served Time - 13:05:00; Service Type - SD; Reason Description - NEST; Service Text -Non-Est; No Longer works at this agency.
    **Summons Returned Non-Est**

    Document ID - 23-SMCC-357; Served To - ADAM SIMONTON; Served Date - 03/10/2023; Served Time - 13:05:00; Service Type - SD; Reason Description - NEST; Service Text -Non-Est; No longer works at this agency
    **Summons Returned Non-Est**

    Document ID - 23-SMCC-358; Served To - FNU SPAULDING; Served Date - 03/10/2023; Served Time - 14:20:00; Service Type - SD; Reason Description - NEST; Service Text -Non-Est; Per K. Portell; No such person at this agency
    **Family Member/Roommate Served**

    Document ID - 23-SMCC-363; Served To - JANE ROE JOHN DOE; Served Date - 03/10/2023; Served Time - 13:05:00; Service Type - SD; Reason Description - SERV; Service Text -Left with Portell
    **Family Member/Roommate Served**

    Document ID - 23-SMCC-362; Served To - JANE ROE JOHN DOE; Served Date - 03/10/2023; Served Time - 13:05:00; Service Type - SD; Reason Description - SERV; Service Text -Summons left with Portell
    **Family Member/Roommate Served**

    Document ID - 23-SMCC-361; Served To - JANE ROE JOHN DOE; Served Date - 03/10/2023; Served Time - 13:05:00; Service Type - SD; Reason Description - SERV; Service Text -Left with Portell
    **Family Member/Roommate Served**

    Document ID - 23-SMCC-360; Served To - JANE ROE JOHN DOE; Served Date - 03/10/2023; Served Time - 13:05:00; Service Type - SD; Reason Description - SERV; Service Text -Left with Portell

**Family Member/Roommate Served**

Document ID - 23-SMCC-359; Served To - FNU REGAN; Served Date - 03/10/2023; Served Time - 13:05:00; Service Type - SD; Reason Description - SERV; Service Text -Left with Portell

**Family Member/Roommate Served**

Document ID - 23-SMCC-356; Served To - GARY FENWICK; Served Date - 03/10/2023; Served Time - 13:05:00; Service Type - SD; Reason Description - SERV; Service Text -Left with Portell

**Notice**

03/20/2023

**Summons Issued-Circuit**

Document ID: 23-SMCC-383, for HART, CARL

03/17/2023

**Notice of Hearing Filed**

Not a docket date.
   **Filed By:** STEVEN STAFFORD #365963

**Summ Req-Circ Pers Serv O/S**

Plaintiffs Verified Motion for Service of Process Notice of New and Correct Address for Same Verified Affidavit Suggestions in Support of Same Etc
   **Filed By:** STEVEN STAFFORD #365963

03/10/2023

**Notice**
**Judge/Clerk - Note**
Summons was not issued to Defendent Carl Hart. Petitioner did not submit a complete address for Defendent.
**Summons Issued-Circuit**

Document ID: 23-SMCC-363, for JOHN DOE, JANE ROE IV
**Summons Issued-Circuit**

Document ID: 23-SMCC-362, for JOHN DOE, JANE ROE III
**Summons Issued-Circuit**

Document ID: 23-SMCC-361, for JOHN DOE, JANE ROE II
**Summons Issued-Circuit**

Document ID: 23-SMCC-360, for JOHN DOE, JANE ROE I
**Summons Issued-Circuit**

Document ID: 23-SMCC-359, for REGAN, FNU
**Summons Issued-Circuit**

Document ID: 23-SMCC-358, for SPAULDING, FNU
**Summons Issued-Circuit**

Document ID: 23-SMCC-357, for SIMONTON, ADAM
**Summons Issued-Circuit**

Document ID: 23-SMCC-356, for FENWICK, GARY
**Summons Issued-Circuit**

Document ID: 23-SMCC-355, for BASHAM, MICHELLE
**Ord Allow In Forma Pauperis**

   **Associated Entries: 03/01/2023 - Mot to Proc In Forma Pauperis   +**

03/08/2023

**Judge Assigned**

03/01/2023

**Financial Documents Filed**
Sent to Judge 3/8/2023
    **Filed By:** STEVEN STAFFORD #365963
**Mot to Proc In Forma Pauperis**
Sent to Judge 3/8/2023
    **Filed By:** STEVEN STAFFORD #365963
    Associated Entries: 03/10/2023 -
**Ord Allow In Forma Pauperis**
**Correspondence Filed**

    **Filed By:** STEVEN STAFFORD #365963
**Correspondence Filed**

    **Filed By:** STEVEN STAFFORD #365963
**Confid Dom Rel Info File Sheet**
    **Filed By:** STEVEN STAFFORD #365963
==**Pet Filed in Circuit Ct**==

    ==**Filed By:** STEVEN STAFFORD #365963==