## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| REGINALD BYRON CLEMONS, ) | |
| ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:22-cv-00158-SRW |
| ) | |
| MICHELLE BASHAM, et al., ) | |
| ) | |
| Defendants. ) | |

### JOINT MOTION FOR PROTECTIVE ORDER

All parties hereby move this Court to enter a Protective Order protecting the confidentiality of certain documents produced in this litigation. In support of this Motion, the parties state as follows:

1. The Parties have conferred and addressed concerns regarding certain confidential documentation to be produced in this case.

2. Some sensitive and confidential records and other documentation are anticipated to be produced, including but not limited to closed records of the Department of Corrections and medical records of Plaintiff.

3. To address these concerns, the Parties have established a Protective Order to govern the disclosure of confidential information.

WHEREFORE, the parties respectfully request that this Court issue the attached Protective Order, and for such other relief as this Court deems just

and proper.

                              Respectfully submitted,

                              **ANDREW BAILEY**
                              Attorney General

                              /s/*Melody A. McCombs*
                              Melody A. McCombs, Mo Bar #75669
                              Assistant Attorney General
                              815 Olive St., Suite 200
                              St. Louis, MO 63101
                              Phone: (314) 340-7652
                              Fax: (573) 751-2096
                              Email: Melody.McCombs@ago.mo.gov

                              *Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of March, 2024, I electronically filed the foregoing with the Clerk of Court via Case.net, which sent notification to counsel of record.

                              /s/*Melody A. McCombs*
                              Melody A. McCombs
                              Assistant Attorney General