UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

Clemons, et al.

      Plaintiff(s),

vs().

Basham, et al.

      Defendant(s).

Case No. 22-cv-158-SRW

## DESIGNATION OF NEUTRAL BY PARTIES
## AND
## ADR CONFERENCE REPORT

Pursuant to the Court's <u>Order Referring Case</u> to ADR for **mediation/early neutral evaluation,** dated July 31, 2024, the parties hereby designate by agreement the following individual from the Court's list of Certified Neutrals to serve as Neutral in the above-styled action:

Name of Neutral: Patricia A. Reihl

Firm Name and Address:
United States Arbitration & Mediation
500 N. Broadway, Ste 1800
St. Louis, MO 63102

Telephone & FAX Number: 314-603-7138; 314-231-0137

**The attorneys of record in this case are:**

Name of Lead Counsel: Lena Masri, Kimberly Noe-Lehenbauer

Firm Name and Address:
CAIR Legal Defense Fund
453 New Jersey Ave. SE
Washington, D.C. 20003

Telephone & FAX Number: 202-742-6420; 202-488-0833

Name of Other Counsel: Luke Hawley

Firm Name and Address:   Missouri Attorney General's Office
815 Olive St, Ste 200
St. Louis, MO 63101

Telephone & FAX Number:   314-340-4877

**The completion deadline for this ADR referral is** September 30, 2024

The parties, in consultation with the assigned neutral, hereby designate by agreement the following date, time, and location of the initial ADR conference:

Date of Conference:   September 24,                                                       20 24

Time of Conference:   10 a.m.                                                              a/p.m.

Location of Conference (Check One):

☒  Designated Space at the United States Courthouse, 111 South Tenth Street, St. Louis, MO 63102

☐  Other Location:

All parties and the assigned neutral have been given at least fourteen (14) days notice of the above-dated conference. The neutral shall schedule any additional conference(s) in consultation with the parties.

We, the undersigned parties to this action, declare that this designation is both consensual and mutual.

8/30/2024
Date

/s/ Lena F. Masri

Lena F. Masri, CAIR Legal Defense Fund
Signature of Plaintiff(s)

/s/ Luke Hawley

Luke Hawley, Missouri Office of the Attorney General
Signature of Defendant(s)