UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| REGINALD BYRON CLEMONS, et al.; <br><br> Plaintiffs, <br><br> v. <br><br> MICHELLE BASHAM, et al.; <br><br> Defendants. | Case No. 4:22-cv-158-SRW |

### MOTION TO WITHDRAW

Kimberly Noe-Lehenbauer, hereby withdraws her appearance as counsel of record for Plaintiffs. The reason for the withdrawal is that Ms. Noe-Lehenbauer has left her employment at the CAIR Legal Defense Fund. Plaintiffs continue to be represented by Lena Masri, Gadeir Abbas, and Justin Sadowsky at the CAIR Legal Defense Fund.

March 7, 2025

Respectfully Submitted,

CAIR LEGAL DEFENSE FUND

BY: /s/ Kimberly Noe-Lehenbauer
Kimberly Noe-Lehenbauer (OK 34744)
knoelehenbauer@cair.com
Lena F. Masri (VA 93291)
lmasri@cair.com
Gadeir Abbas (VA 81161)
gabbas@cair.com
Justin Sadowsky (VA 977642)
jsadowsky@cair.com

453 New Jersey Ave., S.E.
Washington, DC 20003
Phone: (202) 742-6420

1

Fax: (202) 488-0833

*Counsel for Plaintiffs*