# Exhibit 1

```
 1   my personal property because at that moment I had
 2   got back -- everything I got back.
 3         I spent $400 on the Hadif, which was
 4   missing, you know.  It's sacred.  It was taken from
 5   me.  It just so happened that it ended up down in 6
 6   house.  The brother told me, he said, man, I got
 7   your books.  I got your stuff.  Don't worry.  We
 8   got your books.  The dude was not going to throw
 9   that away.  The guard told him specifically to
10   throw everything away.  All of my obituaries of my
11   family members that I would never be able to see
12   again.  Some of my pictures of my children that I
13   will never be able to see.  My prayer rugs, my
14   clothing.
15         Q.    Why do you think they were going to
16   throw them away?
17         A.    Why did I think?  No.  They ordered
18   that stuff to be thrown away.  They told -- they
19   told the -- they told the porter throw every F'ing
20   thing away.  Otherwise, you're going to the hole.
21         Q.    Who told -- who made that command?
22         A.    Whoever the guard was that was --
23   that searched our cell took damn near everything we
24   had of our property and threw it off the top wall.
25   You can't have this.  You can't have this.  F this.
```

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
California Firm Registration #179



```
 1   F that.  He was throwing stuff, these dudes.
 2   That's why I said in my IRR to preserve the tape,
 3   preserve the video footage from 9 o'clock up to
 4   8:00 the next morning of 4B because the evidence
 5   will show that how they -- how they sadistically
 6   and intentionally threw all of my -- all of our
 7   property in the trash.
 8          Q.      But you're saying that one of your
 9   friends in housing unit 6 was able to retrieve it;
10   is that correct?
11          A.      Yes.  Somebody -- somebody grabbed
12   -- somebody grabbed the -- I don't know who it was
13   that grabbed it.  All I know is that -- that the
14   resident at the time said we got your books.  We
15   got some of your books.  I think we got the
16   majority of your books.
17          Q.      Okay.  So what was the facility's
18   response to your IRR?
19          A.      Everything was the same.  Due to
20   your actions that night we find that you're guilty
21   for this.  If you had complied to -- if you had not
22   fought them back, you know, you wouldn't have been
23   assaulted by the guards.  They followed procedure
24   when they assaulted you.  That's why.
25          Q.      Did you appeal?
```

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
California Firm Registration #179

