# Exhibit 2

*[Handwritten note at top: Use of Force Original 3-15-2021]*

# STATE OF MISSOURI
# DEPARTMENT OF CORRECTIONS
## INFORMAL RESOLUTION REQUEST

INSTITUTION USE ONLY ☐ EMERGENCY COMPLAINT

| OFFENDER NAME | DOC NUMBER |
|---|---|
| Stafford, Steven | 365963 |

| DATE STAFF MEMBER RECEIVED IRR | COMPLAINT NUMBER | CATEGORY | HOUSING UNIT |
|---|---|---|---|
| 3-16-2021 | ERDCC-21-401 | 7A | 4B |

**STATE YOUR COMPLAINT/PROBLEM BRIEFLY- ONE ISSUE - BE SPECIFIC**

SEE ATTACHED NARATIVE

**ACTION REQUESTED: STATE REMEDIES YOU ARE SEEKING**

OFFENDER SIGNATURE: *[signed]*   DATE: 3-16-21

### STAFF USE ONLY

**DISCUSSION OF COMPLAINT (SUMMARIZE RESULTS OF MEETING)**

☐ IRR RESOLVED BY DISCUSSION/WITHDRAWN   ☐ IRR NOT RESOLVED BY DISCUSSION

| OFFENDER SIGNATURE | DATE | STAFF SIGNATURE | DATE |
|---|---|---|---|

**STAFF FINDINGS/RESPONSE**

| INVESTIGATING STAFF SIGNATURE | DATE | RESPONDENT SIGNATURE | DATE |
|---|---|---|---|

| REVIEWER SIGNATURE | DATE | RESULTS: ☐ SATISFACTORY   ☐ UNSATISFACTORY |
|---|---|---|

YOU HAVE THE RIGHT TO FILE A FORMAL GRIEVANCE. YOU MUST FILE A GRIEVANCE FORM WITH THE DESIGNATED STAFF WITHIN SEVEN (7) DAYS FROM THE DATE YOU RECEIVE THIS RESPONSE. FAILURE TO SUBMIT A GRIEVANCE WITHIN THIS TIME FRAME CONSTITUTES ABANDONMENT.

| OFFENDER SIGNATURE | DATE |
|---|---|

MO 931-3376 (9-17)

Clemons et al v Basham et al 003138

| STEVEN STAFFORD | 263463 | | | |
|---|---|---|---|---|
| DATE | EQUIPMENT NUMBER | CATEGORY | | H.U. 4B |

## ATTACHED NARRATIVE

ON FEB. 28th, 2021 AT APPROX. 9:35 PM MYSELF AND SIX OTHER INMATES WERE ASSAULTED BY C.O. II SGT. CARL HART AT THE BEHEST OF C.O. III LT. BASHEM, "WHILE PRAYING."

AT NO TIME DURING THIS VICIOUS ASSAULT DID ANY OF US SHOW ANY "PHYSICAL DISPLAY OF AGGRESSION!"

AT NO TIME DURING THIS ATTACK ON A GROUP OF MUSLIMS PERFORMING SALAT; I.E. ISLAMIC RITUAL PRAYER, DENY TO BE HANDCUFF BY STAFF; AS THE EVIDENCE WITHIN THE VIDEO/CAMERA FOOTAGE WILL SHOW. *NOTE* THIS FOOTAGE IS EVIDENCE.

* THE LONE WHITE MUSLIM WAS EASILY HANDCUFF AND ESCORTED * TO THE SIDE WHILE OTHER STAFF MEMBERS STOOD BY AND WATCHED THEIR SUPERVISOR EMPTY A "RIOT CAN" OF MACE ON 6 BLACK MEN BEFORE MAKING ANY ATTEMPT TO PLACE RESTRAINTS ON ANYONE, SHOWING HOW C.O. II CARL HART FALSIFIED HIS NARRATIVE OF "APPLYING A SHORT BURST" OF O.C. PEPPER SPRAY (D2-11.10 SECT J)

PER. D2-11.10
(1) STAFF MEMBERS CONDUCT ESTABLISHES THAT OFFICERS ARE PROHIBITED FROM DISPLAYING UNWELCOMED VERBAL, NONVERBAL, OR PHYSICAL CONDUCT THAT OFFENDS OR SHOWS HOSTILITY TOWARD AN INDIVIDUAL OR GROUP; BASED ON COLOR, RACE, ANCESTRY OR RELIGIOUS PREFERENCE, AND MUST BE HELD ACCOUNTABLE FOR THEIR ACTIONS. (2) WHILE ABIDING BY THE LAWS;
(J) BE TRUTHFUL IN REPORTS, INTERVIEWS AND INVESTIGATIONS

* THE USE OF FORCE PROTOCOL WAS DISREGARDED, AND * C.O. II HART SEIZED THE OPPORTUNITY TO ATTACK 5 MUSLIMS.

Clemons et al v Basham et al 003139

DR. #1

PER IS17-1.1 AND THE U.S. CONSTITUTION'S 1st AMENDMENT MUSLIMS ARE ALLOWED TO PRACTICE THEIR RELIGION. IN THE OFFENDER RULE BOOK OF PROHIBITED ACTS/BEHAVIORS (PG.1) THERE IS NO RULE TO PRAYING IN THE DAYROOM

PG.31 OF THE D.O.C. HANDBOOK SUPPORTS THE CONDUCT OF RELIGIOUS/ SPIRITUAL EXPRESSION THAT DOES NOT COMPROMISE INSTITUTIONAL SAFETY.

IT MUST BE KNOWN AND NOTED THAT PRIOR TO THE NIGHT IN QUESTION, WE HAVE BEEN PRAYING IN THE DAYROOM, IN THE SAME AREA, FOR WELL OVER 2 MONTHS DURING BOTH 12-HOUR STAFF ROTATIONS, WITH NOT ONE STAFF MEMBER SAYING ANYTHING TO US AS A GROUP OR INDIVIDUALLY WITH REGARD'S TO BEING ENGAGED IN A PROHIBITED ACT OR GIVING A VERBAL WARNING.

*LET THE RECORD REFLECT THAT H.U. #4 IS CO II HART'S POST AND HE HAS BEEN PRESENT AT HIS POST DURING OUR PRAYERTIME.

WHEN CO II CARL HART CAME INTO THE WING WITH AN ON-SLAUGHT OF OFFICER'S THERE WAS NO PROFESSIONALISM OF ANY KIND. INSTEAD OF DE-ESCALATING THE SITUATION HE DID THE OPPOSITE. CO II CARL HART'S ACTIONS, AND BODY LANGUAGE AND DEMEANOR CLEARLY SHOWS THAT HE WAS INTENT ON USING O.C. PEPPER SPRAY ON THE MUSLIMS WHO WERE PRAYING AT THAT MOMENT.

*NOTE*
CO II CARL HART HAS EXPRESSED OF HIS OWN VOLITION THAT HE IS A PRIOR SERVICE COMBAT VETERAN WHO DEALS WITH BOUGHT OF "PTSD" FROM 3 TOURS OF COMBAT KILLING MUSLIMS. THIS INFORMATION CAN BE EASILY OBTAIND IN HIS PERSONEL FILE, WHICH IS A MATTER OF PUBLIC RECORD.

Pg. #2

Clemons et al v Basham et al 003140

After C.O. II Hart sprayed all 6 of us with the chemicals, he stated, "Where's the leader?" and proceeded to spray me a second time. Then we were all cuffed up and lead pass the housing unit camera which will provide clear evidence that C.O. II Hart used an excessive amount of chemical O.C. pepper spray on all the Black Muslims and he spared the white Muslim the torture. *Note the H.U. surveillance camera footage is now evidence and it must be preserved as such for future criminal proceedings* *Along with the camera footage in front of H.U. #4*

Once outside of H.U. #4 Ali head was put him down, then I was slammed so hard on the ground, I thought my head was bleeding. One guard grabbed a leg while one put all of his 250-270 pounds in my back with his knees while another guard placed his elbow just under my jaw-line. My oxygen was being cut off like water boarding without anyone getting wet. I couldn't breathe and I stated that I couldn't. I felt like "Eric Gardner from N.Y. C.O. II Hart attempts to spray me a third time and the camera will show he stood over me, pulled the trigger and one drop went on his subordinate. Then CO III Fenwick states: "If that can is empty you need to throw it away!" Then cuffs were placed on my ankles to justify having slammed me on the ground. We had no shoes on as we were march across a muddy baseball field to 2House then they moved us to One House non-stop. Once in 1 House I was placed inside of Cell 117A and again, slammed head first to the ground. At this point C.O. I Simeon starts to take off my clothes but can't due to the leg shackles. C.O. II Hart instructs the 3 or 4 officers "to cut it all off". I begged the officers not to destroy my personal items. After making several derogatory comments they

#3

Clemons et al v Basham et al 003141

PROCEEDED TO CUT OFF EVERYTHING. (I HAVE THE EVIDENCE) I STATED THAT ALL EVERYTHING I HAD ON WAS ON MY PROPERTY LIST AND, I WANT MY STUFF AND THEY BAGGED UP SOME OF THE PIECE'S. NOW I'M NAKED, IN THIS CELL WITH NO LIGHT AND MY BODY IS BURNING. MY FACE, IN MY EARS, ALL OVER MY TORSO, THEN THEY COME BACK LATER WITH SOME UNDERWEAR THAT MUST HAVE HAD SPRAY IN THEM BECAUSE AFTER MAYBE 1 MINUT MY TESTICLES AND PENIS WERE ON FIRE. AS I TRIED TO PUT WATER ON ME, IT SEEM TO SPREAD THE OILY CHEMICAL FURTHUR, TO MY LEGS SO I HAD TO STOP, SIT DOWN, AND ABSORB THE PAIN OF MY SKIN BURNING SO BADLY, I THOUGHT I WAS GOING TO DIE. ALL I COULD TRY TO DO WAS PRAY, AND BEG FOR THE PAIN TO GO AWAY. WHEN THEY CAME BACK HOURS LATER MY STATEMENT WAS; "CAN I HAVE A SHOWER?" THIS DIDN'T HAPPEN UNTIL AFTER LUNCH, MANY HOUR'S LATER.

  STANDARD PROTOCAL FOR "USE-OF-FORCE" CALLS FOR THE SUPERVISOR TO COME IN, ASSESS THE THREAT AND DE-ESCALATE THE ENTIRE SITUATION, BEFORE APPLYING LIQUID FIRE TO A PERSON'S SKIN, IE. "O.C. PEPPER SPRAY." IT MUST BE NOTED THAT AS WE STOOD MOTIONLESS, NOT SHOWING ANY AGGRESSION WHATSO-EVER, NOR ENGAGING IN ANY VERBAL OR NON VERBAL COMMUNICATE WAITING FOR THE ROOM FULL OF OFFICER'S TO PUT HAND CUFFS ON US JUST AS THEY DID OUR WHITE MUSLIM BROTHER. THEN AS THE OFFICERS ESCORT MARK HOLLIMAN TO THE SIDE, C.O.I HART BEGINS TO OVER SPRAY MACE ON MY BROTHERS AND SPRAY ME TWICE! THE HAVE THE AUDACITY TO LIE IN THE NARATIVE ON THE C.O.U

※ **THE SURVEILLANCE CAMERA'S ARE EVIDENCE!** ※

Clemons et al v Basham et al 003142

#4

**\*ACTION REQUESTED\***

① AS THE "USE OF FORCE" PACKAGE HAS NOW BECOME EVIDENCE, DUE TO THE VIDEO THAT ACCOMPANIES THE ACT OF HAVING TO USE FORCE, PER "STANDARD OPERATIONAL PROCEDURES". ② AS A SUPERVISOR IN THE MO. DEPT OF CORRECTIONS, CO. II CARL HART HAS AT THIS MOMENT PROVED HE IS UNWORTHY TO BE ASSIGNED TO A POSITION OF AUTHORITY, AS HE IS A RISK TO THE SAFETY AND SECURITY OF THIS INSTITUTION. HE MUST BE HELD ACCOUNTABLE FOR THE CRIMINAL ACTS PERPETRATED ON THE NITE OF FEBRUARY 28th 2021. ALONG WITH HIS SUPERVISOR "LT BASHEM", WHO USED HER POSITION IN AN ABUSIVE MANNER AS WELL AS CALCULATED PER THE ACTUAL RESPONSE OF ALL THE OFFICERS INVOLVED. FOR A "FEMALE CO. III" TO CALL OUT A DISTRESS SIGNAL, WHICH NORMALLY ACCOMPANIES "VIOLENCE" I.E 10-5. #3 SHE ALSO NEEDS TO BE CHARGED WITH THE CONSPIRACY, RELIGIOUS PERSECUTION, RACIAL DISCRIMINATION AND ASSAULT 1st DEGREE CHARGES THAT WE ARE SEEKING FOR CO. II CARL HART AS WELL. #4 WE ARE SEEKING TO HAVE THE GRIEVANCE PROCEDURE EXHAUSTED AND CRIMINAL CHARGES BE BROUGHT AGAINST LT BASHEM AND SGT CARL HART FOR THE FOREMENTION ACTS OF CONSPIRACY, ASSAULT 1st, ARMED CRIMINAL ACTION, RELIGIOUS PERSECUTION AND RACIAL DISCRIMINATION. #5 UNTIL THIS GRIEVANCE IS EXHAUSTED CO. II HART AND CO. III BASHEM SHOULD NOT BE IN ANY FORM OF CONTACT WITH ANY INMATE AS THEIR ACTIONS HAVE SHOWN THAT BOTH OFFICERS ARE A RISK TO SAFETY AND SECURITY AND BE RE-ASSIGNED IMMEDIATELY. WE WANT THE GRIEVANCE PROCEDURE TO BE EXHAUSTED SO AS TO BRING THIS MATTER BEFORE A JURY OF THEIR PEERS AND BOTH BE HELD ACCOUNTABLE FOR THE TORTURE PAIN AND SUFFERING CAUSED

#5

Clemons et al v Basham et al 003143

COII BASHAM FAILED IN HER POSITION AS A SUPERVISOR FOR CALLING OUT A DISTRESS SIGNAL WHICH COULD HAVE EASILY CAUSED A RIOT. STANDARD OPERATING PROCEDURE WAS DISREGARDED AND SHE USED HER POSITION TO CAUSE 6 BLACK MUSLIM MEN TO BE SET ON FIRE WITH CHEMICAL AGENTS, IE "O.C. PEPPER SPRAY" THEN LEFT INSIDE OF AD-SEG CELLS FOR OVER 16½ HOURS WITH FLESH BURNING, WHICH WAS NO LESS THAN A 21ST CENTURY LYNCHING. LAWRENCE V. BOWERSOX 297 F3d 727, 731-32.

THE UNNECESSARY USE OF O.C. PEPPER SPRAY CHEMICALS HAS BEEN HELD UNLAWFUL, AND NO OFFICER MAY USE "CHEMICAL AGENTS AGAINST A PERSON WHO POSES NO THREAT"; SPAIN V. PROCUNIER, 600 F2d, 189, 196; TREATS V. MORGAN 308 F.3d 868, 872-73

7. "PRESERVE ALL SURVEILLANCE CAMERA FOOTAGE IN CLOSING WE REQUEST THAT ALL VIDEO SURVEILLANCE FOOTAGE OF ALL VIDEO CAMERA'S THAT CAN TRACK ALL ACTS OF THE HEINOUS CRIME THAT WAS PERPETRATED ON ERDCC, BONNE TERRE ON FEBRUARY 28TH 2021 9:15 PM CST THRU MARCH 1ST 2021 3:30PM OR UNTIL AFTER THE LAST INMATE WAS ALLOWED TO SHOWER, REGARDLESS OF CLARITY. THIS VIDEO SURVEILLANCE IS PRECIOUS EVIDENCE AND MUST BE TREATED AS SUCH, AND BE USED IN CIVIL AND CRIMINAL PROCEEDINGS IN A "COURT OF LAW."

8. WE WANT THE C.D.V. DISMISSED, OVERTURNED AND EXPUNGED FROM OUR FILE.

[Signature]
1365863
3-12-21

#6

Clemons et al v Basham et al 003144