**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| REGINALD BYRON CLEMONS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 4:22-CV-158 SRW |
| | ) | |
| MICHELLE BASHAM, et al., | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

This matter is before the Court on Plaintiffs' Motion for Extension of Time to Complete Discovery. The Court held a hearing on the Motion. The parties represented to the Court that all written discovery has been completed, and the use of force report referenced in the Motion was produced to Plaintiffs' counsel. The parties agree with Court's approval that the 30(b)(6) deposition shall occur remotely on September 24, 2025, at 10:00 a.m., and the deposition of Mr. Adam Simonton shall occur remotely on September 25, 2025, at 10:00 a.m.

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Extension of Time to Complete Discovery (ECF No. 145) is **GRANTED,** and depositions shall be completed as set forth in this Order.

So Ordered this 10th day of September, 2025.

_____
**STEPHEN R. WELBY**
**UNITED STATES MAGISTRATE JUDGE**