UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| REGINALD BYRON CLEMONS, et al., ) ) ) Plaintiffs, ) ) ) v. ) ) MICHELLE BASHAM, et al., ) ) Defendants. ) | Case No. 4:22-CV-00158-SRW |

## ENTRY OF APPEARANCE

Assistant Attorney General, Scott Bower, hereby enters his appearance on behalf of the following Defendants: Trevor Foley, Travis Terry, Valarie Moseley, Aaron Davis, Richard Adams, Jennifer Shankle, Kelly Morris, Gregory Hancock, Patricia Wickey, Teri Vandergriff, Craig Crane, David Vandergriff, Matt Raymond, Michelle Basham, Carl Hart, Dennis Spradling, Jacob Regan, Gary Fenwick, and Adam Simonton.

Respectfully Submitted,

**CATHERINE L. HANAWAY**
Missouri Attorney General

*/s/ Scott J. Bower*
Scott J. Bower
#75486 (MO)
Assistant Attorney General
221 West High Street
Jefferson City, MO 65101
Phone: (573) 751-8108
scott.bower@ago.mo.gov

*Attorney for Defendants*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 8, 2026, the foregoing was filed electronically via the Court's electronic filing system and was served by the operation of the court's electronic filing system on all counsel of record.

*/s/ Scott J. Bower*
Scott J. Bower
Assistant Attorney General
