IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **REGINALD CLEMONS**, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> **MICHELLE BASHAM**, *et al.*, <br><br> *Defendants.* | Case No.: 4:22-cv-00158-SRW |

**PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR DEFENDANT CARL HART (Federal Inmate Register # 35661-510)**

Plaintiffs Reginald Clemons, Steven Stafford, Wendell Harris, Montrell Moore, Pre'Marcus Howard, Mark Holliman, Vincint Hood, Mandell Kent, and Michael Smith respectfully request the Court to issue a Writ of Habeas Corpus ad Testificandum in this case pursuant to 28 U.S.C. § 2241(c)(5) and 28 U.S.C. § 1651(a). In support of this petition, Plaintiffs state the following:

1. This case is scheduled for jury trial beginning on March 2, 2026, in the United States District Court for the Eastern District of Missouri, Eastern Division, in St. Louis, Missouri.

2. Defendant Carl Hart is currently in the custody of the Federal Bureau of Prisons at FCI Oxford:

> F.C.I. Oxford
> County Road G & Elk Avenue
> Oxford, WI 53952

3. Defendant Carl Hart's Federal Inmate Register number is 35661-510.

4. Defendant Hart's incarceration in Wisconsin does not prevent this Court from ordering his appearance at trial. Federal district courts have jurisdiction to issue an

1

extraterritorial writ of habeas corpus as testificandum. *See, e.g.*, *ITEL Capital Corp. v. Denniss Min. Supply and Equipment, Inc.*, 651 F.2d 405, 407 (5th Cir. 1981); *Stone v. Morris*, 546 F.2d 730, 737 (7th Cir. 1976).

5. In determining whether to grant a plaintiff's petition for a writ of habeas corpus ad testificandum, the court must weigh the plaintiff's interest in the presence of the witness at trial against the difficulties attendant to securing it. *See ITEL Capital Corp.*, 651 F.2d at 407.

6. Plaintiffs' interest in the presence of Defendant Hart is significant. Defendant Carl Hart is a principal defendant in this case, and his testimony will substantially further the resolution of the case.

7. Defendant is sued in his individual capacity for his lead role in the assault on Plaintiffs. Key aspects of this case involve Defendant Hart's use of force as well as his direction and tolerance of other officers' use of force on February 28, 2021. These facts will hinge on credibility determinations. And Defendant Hart's presence at trial is necessary to allow the jury to experience his live testimony and determine his credibility.

8. Defendant Hart is currently housed in a low-security federal correctional institution and does not present a risk of escape. His expected release date is June 2028. This case cannot reasonably be stayed until Defendant Hart is released without prejudice from Federal confinement.

WHEREFORE, Plaintiffs pray that this Honorable Court issue a Writ of Habeas Corpus ad Testificandum directing the presence of Defendant Carl Hart no later than 9:30 am on March 2, 2026, and each day remaining until the conclusion of the trial.

Dated: January 28, 2026    Respectfully submitted,

/s/ Catherine Keck

Lena F. Masri (VA 93291)
Gadeir I. Abbas (VA 81161)
Nadia Islam Bayado (DC 90023648)
Catherine Keck (DC 90027891)

CAIR Legal Defense Fund
453 New Jersey Ave, SE
Washington, D.C. 20003
Tel: (202) 742-6420
Email: ldf@cair.com

*Counsel for Plaintiffs*