IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**REGINALD CLEMONS**, *et al.*,

    *Plaintiffs*,

v.                                  Case No.: 4:22-cv-00158-SRW

**MICHELLE BASHAM**, *et al.*,

    *Defendants*.

**DEFENDANTS' EXHIBITS LIST AND INDEX FOR TRIAL**

COMES NOW Defendants, by and through counsel, and designate the following Exhibits for use at trial:

| | | |
|---|---|---|
| Ex  = offered & admitted w/o objection<br>    = offered, but objected to and excluded<br>DB = admitted, de bene | Ltd<br>X<br>NO<br>WD | = admitted for limited purposes<br>= offered & admitted over objection<br>= marked, but not offered<br>= offered then withdrawn |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| | | | | Policy - IS17-1.1 - Religious or Spiritual Programming (Bates 001-015) |
| | | | | Policy - IS20-3.1 - Use of Force Guidelines and Reports (Bates 016-034) |
| | | | | Policy - D2-13.1 - Volunteers (Bates 5169-5185) |
| | | | | Policy - D3-7.1 - Acceptance of Donations (Bates 5186-5190) |
| | | | | Policy - D5-3.3 - Clergy Person Spiritual Advisor Visits (Bates 5191-5202) |
| | | | | Policy - IS8-5.1 - Offender Marriages (Bates 5203-5209) |
| | | | | Policy - IS10-1.8 - Menu Planning (Bates 5210-5237) |

|  | = offered & admitted w/o objection | Ltd | = admitted for limited purposes |
|---|---|---|---|
| Ex | = offered, but objected to and excluded | X | = offered & admitted over objection |
| DB | = admitted, de bene | NO | = marked, but not offered |
|  |  | WD | = offered then withdrawn |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
|  |  |  |  | Policy - IS13-1.1 Offender Mail Procedures (Bates 5238-5251) |
|  |  |  |  | Policy - IS18-3.11 Correspondence Courses (Bates 5252-5256) |
|  |  |  |  | Policy - IS22-1.1 Offender Authorized Personal Property (Bates 5257-5267) |
|  |  |  |  | Adseg Housing Unit Rules (Bates 4518-4521) |
|  |  |  |  | ERDCC Contagious Disease Preparedness Plan (Bates 4522-4525) |
|  |  |  |  | ERDCC Flu - Pandemic Plan (Bates 4526-4527) |
|  |  |  |  | ERDCC Viral Containment Action Report (Bates 4526-4527) |
|  |  |  |  | ERDCC Yard Rules Eff. 03-01-20 (Bates 4554-4555) |
|  |  |  |  | GP-Incentive-PC Housing Unit Rules Eff. 01-30-2020 (Bates 4556-4565) |
|  |  |  |  | Grievance – Kent (Bates 5563-5566) |
|  |  |  |  | Grievance – Holliman (Bates 5501-5520) |
|  |  |  |  | Grievance – Hood (Bates 5521-5537) |
|  |  |  |  | Grievance – Howard (Bates 5538-5562) |
|  |  |  |  | Grievance - Stafford – 1 (Bates 3017-3092) |
|  |  |  |  | Grievance - Stafford – 2 (Bates 3093-3190) |
|  |  |  |  | Grievance - Stafford – 3 (Bates 3191-3241) |
|  |  |  |  | Grievance - Stafford – 4 (Bates 3242-3327) |
|  |  |  |  | Grievance - Stafford – 5 (Bates 3328-3403) |

|  | = offered & admitted w/o objection | Ltd | = admitted for limited purposes |
| --- | --- | --- | --- |
| Ex | = offered, but objected to and excluded | X | = offered & admitted over objection |
| DB | = admitted, de bene | NO | = marked, but not offered |
|  |  | WD | = offered then withdrawn |

| Exhibit Number | Action Taken | Date | Time | Description |
| --- | --- | --- | --- | --- |
|  |  |  |  | Grievances – Smith (Bates 2734-2785) |
|  |  |  |  | Grievances – Moore (Bates 2400-2428) |
|  |  |  |  | Grievances – Harris (Bates 1747-1762) |
|  |  |  |  | Grievances – Clemons - 082-087 22-43 (Bates 82-87) |
|  |  |  |  | Grievances – Clemons - 088-098 23-REPRISAL-10 (Bates 88-98) |
|  |  |  |  | IRR - Hood, Vincent #1254167 FCC-22-478 (Bates 4796-4801) |
|  |  |  |  | IRR - Hood, Vincent #1254167 FCC-22-1022 (Bates 4802-4809) |
|  |  |  |  | IRR - Hood, Vincent #1254167 FCC-22-1155 (Bates 4810-4818) |
|  |  |  |  | IRR - Hood, Vincent #1254167 FCC-21-1412 (Bates 4785-4790) |
|  |  |  |  | IRR - Hood, Vincent #1254167 FCC-22-12 (Bates 4791-4795) |
|  |  |  |  | Affidavit - Kent (No Grievances-IRRs) (Bates 4849) |
|  |  |  |  | Affidavit - Holliman (No Grievances-IRRs) (Bates 4566) |
|  |  |  |  | UoF Spreadsheet (Bates 5567-5593) |
|  |  |  |  | UoF Packet – 02.28.21 – Stafford (Bates 4434-4488) |
|  |  |  |  | UoF Packet - 02.28.21 – Clemons (Bates 1596-1641) |
|  |  |  |  | UoF Packet - 02.28.21 – Howard (Bates 2295-2340) |
|  |  |  |  | UoF Packet - 02.28.21 – Harris (Bates 2206-2277) |
|  |  |  |  | UoF Packet – 02.28.21 – Moore (Bates 2649-2697) |

|  | = offered & admitted w/o objection | Ltd | = admitted for limited purposes |
|---|---|---|---|
| Ex | = offered, but objected to and excluded | X | = offered & admitted over objection |
| DB | = admitted, de bene | NO | = marked, but not offered |
|  |  | WD | = offered then withdrawn |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
|  |  |  |  | Video - HU#4B wing Muslim 2-28-21.exe (Bates 1642) |
|  |  |  |  | Video - HU#4B-1 wing Muslim 2-28-21.exe (Bates 1643) |
|  |  |  |  | Video - HU#4 Yard Muslim 2-28-21.exe (Bates 4489) |
|  |  |  |  | Medical Records – Clemons (Bates – 000121-001595) |
|  |  |  |  | Medical Records – Harris (Bates 1806-2205) |
|  |  |  |  | Medical Records – Moore (Bates 2470-2648) |
|  |  |  |  | Medical Records – Smith (Bates 2786-2902) |
|  |  |  |  | Medical Records – Stafford (Bates 3425-4433) |
|  |  |  |  | Medical Records – Stafford (Updated) (Bates 5268-5500) |
|  |  |  |  | Medical Records – Holliman (Bates 4589-4652) |
|  |  |  |  | Medical Records - Hood, Vincent (MOCIS, AS400) (Bates 4720-4784) |
|  |  |  |  | Medical Records - Hood, Vincent (MARs record) (Bates 4819-4848) |
|  |  |  |  | Medical Records - Kent (MOCIS, AS400) Bates 5114-5145) |
|  |  |  |  | Medical Records - Kent (MARs record) Bates 5147-5168) |
|  |  |  |  | Classification File – Clemons (Bates 56-81) |
|  |  |  |  | Classification File – Harris (Bates 1644-1746) |
|  |  |  |  | Classification File – Harris (Bates 1644-2289) [not sic] |
|  |  |  |  | Classification File – Moore (Bates 2343-2399) |

4

| | = offered & admitted w/o objection | | | Ltd | = admitted for limited purposes |
| --- | --- | --- | --- | --- | --- |
| Ex | = offered, but objected to and excluded | | | X | = offered & admitted over objection |
| DB | = admitted, de bene | | | NO | = marked, but not offered |
| | | | | WD | = offered then withdrawn |

| Exhibit Number | Action Taken | Date | Time | Description | |
| --- | --- | --- | --- | --- | --- |
| | | | | Classification File – Smith (Bates 2704-2733) | |
| | | | | Classification File – Stafford (Bates 3404-3424) | |
| | | | | Classification File – Holliman (Bates 2704-2733) | |
| | | | | Classification File – Hood (Bates 4653-4718) | |
| | | | | Investigation File – Stafford (Bates 3404-3424) | |
| | | | | Investigation File – Clemons (Bates 104-120) | |
| | | | | Investigation File – Harris (Bates 1798-1805) | |
| | | | | Investigation File – Howard (Bates 2290-2294) | |
| | | | | Investigation File – Moore (Bates 2457-2469) | |
| | | | | Housing Summary - Clemons (Bates 99-103) | |
| | | | | Housing Summary - Harris (Bates 2280) | |
| | | | | Housing Assignment – Moore (Bates 2698) | |
| | | | | Housing Assignment – Stafford (Bates 4492) | |
| | | | | Housing Summary – Holliman (Bates 4588) | |
| | | | | Housing Summary – Hood (Bates 4719) | |
| | | | | ICR (Indv. Confinement) – Harris (Bates 1763-1797) | |
| | | | | ICR (Indv. Confinement) – Moore (Bates 2429-2456) | |
| | | | | Chronology - Harris - 2-28-21 to 4-18-23 (Bates 2281-2289) | |

|  | = offered & admitted w/o objection | Ltd | = admitted for limited purposes |
|---|---|---|---|
| Ex | = offered, but objected to and excluded | X | = offered & admitted over objection |
| DB | = admitted, de bene | NO | = marked, but not offered |
|  |  | WD | = offered then withdrawn |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
|  |  |  |  | Chronology - Moore - 2-28-21 to 4-18-23 (Bates 2699-2703) |
|  |  |  |  | Chronology - Stafford - 2-28-21 to 4-18-23 (Bates 4493-4507) |

Additionally, Defendants reserve the right to introduce into evidence any exhibits identified on Plaintiffs' Exhibit List in this matter.

Respectfully Submitted,

**CATHERINE L. HANAWAY**
Missouri Attorney General

*/s/ Scott J. Bower*
Scott J. Bower, #75486 (MO)
Assistant Attorney General
221 West High Street
Jefferson City, MO 65101
Phone: (573) 751-8108
Fax: (573) 751-9456
Scott.Bower@ago.mo.gov

## **Certificate of Service**

I hereby certify that on Thursday, February 5, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all registered users of record in this case.

*/s/ Scott J. Bower*
Scott J. Bower
