**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| **REGINALD CLEMONS**, et al., <br><br> Plaintiffs, <br><br> v. <br><br> **MICHELLE BASHAM**, et al., <br><br> Defendants. | Case No.: 4:22-cv-00158-SRW |

## PLAINTIFFS' DEPOSITION DESIGNATIONS

Plaintiffs Reginald Clemons, Steven Stafford, Montrell Moore, Vincent Hood, Wendell Harris, Mark Holliman, Pre'Marcus Howard, Mandell Kent and Michael Smith, through counsel and pursuant to this Court's January 7, 2026 Pre-trial Order (Doc. 153), hereby submit the following deposition designations:

**1) Designations for Darrell Wagganer, as Designated Representative of the Missouri Department of Corrections, Conducted on September 24, 2025:**

5:9– 6:3; 6:14– 9:5; 9:14– 12:10; 12:14– 17:25; 18:9–20:7; 20:14–21:5; 22:4–22:9; 23:1–24:9; 24:21–27:10

**2) Designations for Scott Weber, Conducted on June 27, 2025**

5:25–6:3; 8:16–11:25; 12:23–13:1; 21:9–25:13; 26:18–27:15; 28:17–29:3; 29:14–30:9; 31:2–31:4; 32:2–32:10; 33:18–35:12; 37:6–37:11; 40:16–41:15; 43:10–44:6; 45:5–45:18; 46:7–47:9; 47:17–48:20; 53:22–54:21; 56:6–57:6; 60:5–61:10; 63:19–64:8; 66:2–71:16; 87:5–87:17; 90:21–92:2; 109:1–109:16; 110:1–110:20; 111:12–112:2; 117:14–118:5

**3) Designations for Toby Revels, as Designated Representative of the Missouri Department of Corrections, Conducted on September 24, 2025:**

5:9:6:6; 6:8:17; 8:23:9:23; 10:12:12:5; 12:12:14:1; 14:18:15:4; 15:24:16:7; 18:22:19:4; 19:20:23:5; 24:19:27:17; 27:24:30:3; 30:23:32:22; 33:6:34:6; 34:9-12; 36:3:38:11

**4) Designations for Matthew Raymond, as Designated Representative of the Missouri Department of Corrections, Conducted on September 24, 2025:**

5:9-20; 6:6-15; 6:22-25; 7:9-14; 7:24-8:25; 9:1-9; 10:10-11:2; 12:16-13:3; 13:23-14:25; 15:1-11; 16:16-25; 17:5-18:10; 18:15-19:8; 19:20-23; 20:1-21:6; 21:20-22:25; 23:1-5; 23:19-21; 25:1-12; 28:6-11; 28:15-29:12; 30:4-32:19

**5) Designations for Matthew Raymond, in his Personal Capacity, Conducted on June 24, 2025:**

5:9-13, 7:14-20, 10:7-12:9, 23:9-24:10, 24:17-25:5, 41:8-49:1, 54:3-55:20, 58:6-10, 58:13-60:23, 61:2-63:15, 66:21-67:20, 69:10-71:19, 71:22-74:17, 76:2-76:20, 87:19-23, 88:2-6, 93:10-12, 93:17-95:22, 98:14-18, 99:24-102:1, 109:16-110:6, 121:18-122:21, 125:1-8, 125:12-126:5, 127:14-21, 129:15-131:25, 132:11-15, 132:17, 132:20-133:12, 137:23-142:16, 148:23-149:1, 148:23-149:1, 157:24-25, 158:2-160:7, 160:11-161:25, 166:6-168:23, 173:11-15, 173:19-174:20, 175:3-6, 177:4-24, 181:17-182:17, 211:2-14, 230:2-236:4, 240:11-241:15

**6)  Designations for Gary Fenwick, Conducted on September 24, 2025:**

5:9-12; 16:22-25; 17:1-13; 25:25; 26:1-24; 27:12-18; 29:16:30:3; 33:14:34:6; 37:8:38:8; 39:7-24; 44:6-15

**7) Designations for David Vandergriff, Conducted on May 20, 2025:**

5:9-12; 8:4-9:12; 10:25-12:19; 14:3-15:12; 15:19-22; 16:18-25; 18:5-19:5; 20:5-23:16; 22:1-4; 22:10-23:16; 26:14-29:25; 30:1-33:8; 34:7-34:23; 37:9-38:6; 38:23-39:24; 40:12-41:3; 42:4-43:9; 50:24-51:6; 54:4-57:15; 61:1-18; 64:4-69:4; 73:12-74:21; 76:6-17; 78:4-79:22; 81:20:84:4; 86:5-7; 87:5-19; 91:5:94:1; 94:4-6; 96:11-97:25; 98:1-8; 98:16-22; 100:6-104:2; 107:2-12; 107:22-114:25; 116:8-117:14; 118:22-119:11; 123:20-125:5; 132:11-17; 136:5-19; 136:22-137:16; 151:17-25; 155:3:156:2; 156:20-25; 157:1-5; 159:11-16; 159:23-160:18; 163:20-165:2; 166:2-167:11; 170:13-23; 172:9-174:9; 177:17-178:15; 185:15-25; 187:2-190:25; 191:1-6; 191:16-23; 192:3-6

**8) Designations for Michele Basham, Conducted on October 9, 2024:**

2

16:12–23; 17:7–25; 24:1–26:7; 29:2–11; 29:22–30:3; 33:14–22; 68:5–16; 76:9–77:8; 77:16–78:25; 88:18–21; 89:2–4; 99:14–100:13; 123:18–124:23; 135:18–20; 143:4–146:24; 150:23–24; 186:12–14; 193:2–9; 199:11–12; 213:23–25; 220:5–22; 230:1–262:25

**9) Designations for Thomas Reagan, as Designated Representative for the Missouri Department of Corrections, Conducted on January 29, 2026:**

30:20–31:7; 35:19–23; 41:7–13; 51:13–20; 57:1–4; 63:5–9; 69:11–16; 69:17–21; 73:16–22; 81:2–17; 85:18–25; 88:2–24; 94:7–11; 95:3–24; 122:18–123:22; 125:19–126:10

**10) Designations for Thomas Reagan, in his Personal Capacity, Conducted on April 17, 2024:**

7:7–7:25; 8:8–8:25; 10:3–11:25; 12:10–12:18; 23:10–24:22; 38:23– 39:7; 40:4–40:16; 43:4–46:17; 54:15– 55:18; 59:12–60:18; 62:19–63:10; 66:16–66:24; 72:19–73:5; 89:17–90:16; 100:3–100:22; 102:4–107:14; 110:19–112:16; 122:5–123:5; 124:4–124:24

**11) Designations for Jacob Regan, Conducted on May 21, 2025:**

14:14–15:15; 18:3–18; 19:20–21:3; 22:22–23:7; 24:9–11; 24:20–25:14; 26:6–27:1; 28:3-8; 31:6–14; 31:17–34:20; 35:6–19; 38:16–23; 39:8–13; 41:12–42:7; 43:14–44:4; 45:20:46:2; 52:24–53:4; 53:17–54:1; 58:8–24; 58:25–59:5; 59:8–22; 65:8–23; 66:3–10; 67:22–68:3; 103:6–19; 104:13–105:20; 106:3–11; 113:16–23; 118:4–10; 143:9–22; 145:13–146:21

**12) Designations for Adam Simonton, Conducted on September 25, 2025:**

 16:18–18:17; 23:12–25:25; 29:1–31:1; 32:20–34:25; 39:17–41:4; 45:3-9; 46:2-10; 47:10-49:7; 52:8-23; 54:11-22; 57:5-61:19; 62:20-64:5; 64:21-66:6; 67:8-21; 70:12-22; 73:10-74:21; 79:4-80:6; 82:14-83:16; 84:14-85:9; 88:20-89:24; 91:18-92:24; 102:20-25; 110:9-111:3; 113:19-114:23; 119:21-120:7; 123:16-124:16; 126:25-127:25; 128:13-129:24; 130:3-24; 132:9-133:3; 135:19-25; 136:8-11; 139: 24-140:19; 142:19-22; 160:3-18; 164:15-23; 165:6168:25; 170:2-14; 171:9-173:6; 173:14-174:19; 174:21-180:10;185:17-189:21; 192:17-3; 196:1-20; 197:20-25; 199:21-200:15; 201:21-202:12; 204:6-205:11; 206:5-207:5; 207:16-208:1

Dated: February 5, 2026                                   Respectfully Submitted,

3

/s/ Ian T. Cross
Ian T. Cross (P83367) (MI) (Pro Hac Vice)
*Attorney for Plaintiffs*
402 W. Liberty St.
Ann Arbor, MI 48103
734-994-9590
ian@lawinannarbor.com