# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **REGINALD CLEMONS**, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> **MICHELLE BASHAM**, *et al.*, <br><br> *Defendants*. | Case No.: 4:22-cv-00158-SRW |

### Plaintiffs' List of Exhibits for Trial

COMES NOW Plaintiffs Steven Stafford, Reginald Clemons, Mark Holliman, Pre'Marcus Howard, Vincint Hood, Mandell Kent, Wendell Harris, Montrell Moore, and Michael Smith, by and through counsel, and designate the following exhibits for use at trial:

Exhibits which will be used at trial

- P-1: Housing Unit 4B Video Footage
- P-2: Housing Unit 4B Video Footage
- P-3 : Yard Video Footage
- P-4 : Housing Unit Rules
- P-5: Use of Force Guidelines

Exhibits which may be used at trial

- P-6: Offender Correspondence with Matthew Raymond regarding prayer policies.
- P-7 : ERDCC Viral Containment Plan
- P-8 : Contagious Disease Preparedness Plan
- P-9 : ERDCC Flu-Pandemic Plan
- P-10: Yard Rules
- P-11: Offender Rulebook and Code of Conduct
- P-12: Clergy and Spiritual Advisors Policy
- P-13 : Offender Marriages Policy
- P-14 : Correspondance Courses
- P-15 : Offender Personal Property
- P-16 : ERDCC Offender Greivance Proceedure

- P-17: Use of Force Spreadsheet
- P-18 : Steven Stafford Religious Accommodation Request
- P-19: Religious and Spiritual Programming Policy 9/27/2020
- P-20: ERDCC Standard Operating Procedures Effective September 28, 2020
- P-21: Dismissal and Expungement of Conduct Violations for Stafford, Clemons, Howard, Harris, Holliman, Hood, and Moore.
    - Defendants have stipulated to the authenticity of all records created and produced by the MDOC. If necessary, Plaintiffs will authenticate this record by affidavit pursuant to Federal Rule of Evidence 902(11).
- P-22: Steven Stafford Grievances and Administrative Record of Grievances
    - Defendants have stipulated to the authenticity of all records created and produced by the MDOC. If necessary, Plaintiffs will authenticate this record by affidavit pursuant to Federal Rule of Evidence 902(11).
- P-23: Steven Stafford Medical Report from February 28, 2021
    - Defendants have stipulated to the authenticity of all records created and produced by the MDOC. If necessary, Plaintiffs will authenticate this record by affidavit pursuant to Federal Rule of Evidence 902(11) .
- P-24: Steven Stafford Medical Record
    - Defendants have stipulated to the authenticity of all records created and produced by the MDOC. If necessary, Plaintiffs will authenticate this record by affidavit pursuant to Federal Rule of Evidence 902(11).
- P-25: Stafford IRR for Destruction of Property by Officers
    - Defendants have stipulated to the authenticity of all records created and produced by the MDOC. If necessary, Plaintiffs will authenticate this record by affidavit pursuant to Federal Rule of Evidence 902(11).
- P-26: Steven Stafford Use of Force Packet from February 28, 2021
    - Defendants have stipulated to the authenticity of all records created and produced by the MDOC. If necessary, Plaintiffs will authenticate this record by affidavit pursuant to Federal Rule of Evidence 902(11).
- P-27: Steven Stafford Housing Assignments

- P-28: Steven Stafford Letter to Director of Missouri Department of Corrections.
- P-29: Reginald Clemons Housing Assignments
- P-30 : Reginal Clemons Medical Record
    - Defendants have stipulated to the authenticity of all records created and produced by the MDOC. If necessary, Plaintiffs will authenticate this record by affidavit pursuant to Federal Rule of Evidence 902(11).
- P-31: Reginald Clemons Use of Force Reports
    - Defendants have stipulated to the authenticity of all records created and produced by the MDOC. If necessary, Plaintiffs will authenticate this record by affidavit pursuant to Federal Rule of Evidence 902(11).
- P-32 : Reginald Clemons Grievances
    - Defendants have stipulated to the authenticity of all records created and produced by the MDOC. If necessary, Plaintiffs will authenticate this record by affidavit pursuant to Federal Rule of Evidence 902(11).
- P-33: Reginald Clemons Conduct Violation
    - Defendants have stipulated to the authenticity of all records created and produced by the MDOC. If necessary, Plaintiffs will authenticate this record by affidavit pursuant to Federal Rule of Evidence 902(11).
- P-34: Montrell Moore Medical Records
    - Defendants have stipulated to the authenticity of all records created and produced by the MDOC. If necessary, Plaintiffs will authenticate this record by affidavit pursuant to Federal Rule of Evidence 902(11).
- P-35 : Montrell Moore Housing Assignments
- P-36 : Montrell Moore Grievances
    - Defendants have stipulated to the authenticity of all records created and produced by the MDOC. If necessary, Plaintiffs will authenticate this record by affidavit pursuant to Federal Rule of Evidence 902(11).
- P-37 : Montrell Moore Conduct Violation Report February 28, 2021
    - Defendants have stipulated to the authenticity of all records created and produced by the MDOC. If necessary, Plaintiffs will authenticate this record by affidavit pursuant to Federal Rule of Evidence 902(11).

- P-38 : Montrell Moore Religious Preference Sheet
    - Defendants have stipulated to the authenticity of all records created and produced by the MDOC. If necessary, Plaintiffs will authenticate this record by affidavit pursuant to Federal Rule of Evidence 902(11).
- P-39: Montrell Moore Use of Force Reports
    - Defendants have stipulated to the authenticity of all records created and produced by the MDOC. If necessary, Plaintiffs will authenticate this record by affidavit pursuant to Federal Rule of Evidence 902(11).
- P-40 : Mark Holliman Housing Assignments
- P-41: Mark Holliman Conduct Violation Report for February 28, 2021
    - Defendants have stipulated to the authenticity of all records created and produced by the MDOC. If necessary, Plaintiffs will authenticate this record by affidavit pursuant to Federal Rule of Evidence 902(11).
- P-42 : Mark Holliman Medical Records
    - Defendants have stipulated to the authenticity of all records created and produced by the MDOC. If necessary, Plaintiffs will authenticate this record by affidavit pursuant to Federal Rule of Evidence 902(11).
- P-43: Mark Holliman Grievances
- P-44 : Vincent Hood Medical Records
    - Defendants have stipulated to the authenticity of all records created and produced by the MDOC. If necessary, Plaintiffs will authenticate this record by affidavit pursuant to Federal Rule of Evidence 902(11).
- P-45 : Vincent Hood Housing Assignments
- P-46 : Vincent Hood Grievances
    - Defendants have stipulated to the authenticity of all records created and produced by the MDOC. If necessary, Plaintiffs will authenticate this record by affidavit pursuant to Federal Rule of Evidence 902(11).
- P-47: Vincent Hood Conduct Violation for February 28, 2021
    - Defendants have stipulated to the authenticity of all records created and produced by the MDOC. If necessary, Plaintiffs will authenticate this record by affidavit pursuant to Federal Rule of Evidence 902(11).
- P-48 : Vincent Hood Religious Preference

- - Defendants have stipulated to the authenticity of all records created and produced by the MDOC. If necessary, Plaintiffs will authenticate this record by affidavit pursuant to Federal Rule of Evidence 902(11).
- P-49 : Wendell Harris Medical Records
  - Defendants have stipulated to the authenticity of all records created and produced by the MDOC. If necessary, Plaintiffs will authenticate this record by affidavit pursuant to Federal Rule of Evidence 902(11).
- P-50: Wendell Harris Housing Assignment
- P-51 : Wendell Harris Grievances
  - Defendants have stipulated to the authenticity of all records created and produced by the MDOC. If necessary, Plaintiffs will authenticate this record by affidavit pursuant to Federal Rule of Evidence 902(11).
- P-52 : Wendell Harris Conduct Violation Report for February 28, 2021
  - Defendants have stipulated to the authenticity of all records created and produced by the MDOC. If necessary, Plaintiffs will authenticate this record by affidavit pursuant to Federal Rule of Evidence 902(11).
- P-53 : Wendell Harris Religious Practices
  - Defendants have stipulated to the authenticity of all records created and produced by the MDOC. If necessary, Plaintiffs will authenticate this record by affidavit pursuant to Federal Rule of Evidence 902(11).
- P-54: Wendell Harris Use of Force Report
  - Defendants have stipulated to the authenticity of all records created and produced by the MDOC. If necessary, Plaintiffs will authenticate this record by affidavit pursuant to Federal Rule of Evidence 902(11).
- P-55 : Michael Smith Housing Assignment
- P-56: Michael Smith Medical History
  - Defendants have stipulated to the authenticity of all records created and produced by the MDOC. If necessary, Plaintiffs will authenticate this record by affidavit pursuant to Federal Rule of Evidence 902(11).
- P-57 : Michael Smith Grievances
  - Defendants have stipulated to the authenticity of all records created and produced by the MDOC. If necessary, Plaintiffs will

- P-58 : Michael Smith Relgious Preference
    - Defendants have stipulated to the authenticity of all records created and produced by the MDOC. If necessary, Plaintiffs will authenticate this record by affidavit pursuant to Federal Rule of Evidence 902(11).
- P-59: Pre'Marcus Howard Use of Force Report
    - Defendants have stipulated to the authenticity of all records created and produced by the MDOC. If necessary, Plaintiffs will authenticate this record by affidavit pursuant to Federal Rule of Evidence 902(11).
- P-60 : Pre'Marcus Howard Medical Records
    - Defendants have stipulated to the authenticity of all records created and produced by the MDOC. If necessary, Plaintiffs will authenticate this record by affidavit pursuant to Federal Rule of Evidence 902(11).
- P-61 : Mandell Kent Housing Assignments
- P-62 : Mandell Kent Medical Records
    - Defendants have stipulated to the authenticity of all records created and produced by the MDOC. If necessary, Plaintiffs will authenticate this record by affidavit pursuant to Federal Rule of Evidence 902(11).
- P-63 : Missouri Department of Corrections Security Levels
- P-64: ERDCC Administrative Segregation Housing Rules

Defendants indicated in a meet and confer with Plaintiffs that they do not plan to object to or otherwise challenge the authenticity of any documents created and produced by the Missouri Department of Corrections or one of its facilities. Additionally, Plaintiffs reserve the right to introduce into evidence any exhibits identified on Defendants Exhibit List in this matter.

Dated: February 5, 2026                                  Respectfully Submitted,


/s/ Lena F. Masri
Lena F. Masri (VA 93291)
Gadeir I. Abbas (VA 81161)
Nadia Islam Bayado (DC 90023648)
Catherine Keck (DC 90027891)

CAIR Legal Defense Fund
453 New Jersey Ave, SE
Washington, D.C. 20003
Tel: (202) 742-6420
Email: ldf@cair.com

Ian Cross (MI P83367)
Cross Law PLLC
402 W. Liberty St
Ann Arbor, MI 48103
Tel: (734) 994-9590
Email: ian@lawinannarbor.com


*Counsel for Plaintiffs*