# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| REGINALD BYRON CLEMONS, et al., ) ) ) Plaintiffs, ) ) v. ) ) MICHELLE BASHAM, et al., ) ) Defendants. ) | Case No. 4:22-CV-00158-SRW |

## DEFENDANTS' OBJECTIONS TO PLAINTIFFS' EXHIBIT LIST

Defendants Trevor Foley, Travis Terry, Valarie Moseley, Aaron Davis, Richard Adams, Jennifer Shankle, Kelly Morris, Gregory Hancock, Patricia Wickey, Teri Vandergriff, Craig Crane, David Vandergriff, Matt Raymond, Michelle Basham, Carl Hart, Dennis Spradling, Jacob Regan, Gary Fenwick, and Adam Simonton ("Defendants"), through undersigned counsel, make the following objections to Plaintiffs' Exhibit List:

- P-13: Offender Marriages Policy
    - Objection, relevance

- P-14: Correspondence Courses
    - Objection, relevance

- P-15: Offender Personal Property
    - Objection, relevance

- P-17: Use of Force Spreadsheet

1

- o Objection, relevance, more prejudicial than probative with respect to the claims in this case, calls for character and propensity evidence, calls for speculation, and hearsay.
- P-18: Steven Stafford Religious Accommodation Request
  - o Objection, relevance, unnecessary bolstering. This document is focused on a religious dietary request, which has no nexus to any of the claims in this case.
- P-22: Steven Stafford Grievances and Administrative Record of Grievances
  - o Objection, relevance to the extent Plaintiffs seek to admit grievances that have no connection to any of the claims in the case.
- P-24: Steven Stafford Medical Record
  - o Objection, relevance to the extent Plaintiffs seek to admit medical documents that have no connection to any of the claims in the case. Plaintiffs claim injury from a singular, acute event. Large portions of this medical record are irrelevant and run the risk of eliciting sympathy from the jury.
- P-25: Stafford IRR for Destruction of Property by Officers
  - o Objection, irrelevant to the claims asserted in Plaintiffs' complaint.
- P-30 : Reginal [Sic] Clemons Medical Record

2

- o Objection, relevance to the extent Plaintiffs seek to admit medical documents that have no connection to any of the claims in the case. Plaintiffs claim injury from a singular, acute event. Large portions of this medical record are irrelevant and run the risk of eliciting sympathy from the jury.
- P-32 : Reginald Clemons Grievances
  - o Objection, relevance to the extent Plaintiffs seek to admit grievances that have no connection to any of the claims in the case.
- P-34: Montrell Moore Medical Records
  - o Objection, relevance to the extent Plaintiffs seek to admit medical documents that have no connection to any of the claims in the case. Plaintiffs claim injury from a singular, acute event. Large portions of this medical record are irrelevant and run the risk of eliciting sympathy from the jury.
- P-36 : Montrell Moore Grievances
  - o Objection, relevance to the extent Plaintiffs seek to admit grievances that have no connection to any of the claims in the case.
- P-38 : Montrell Moore Religious Preference Sheet
  - o Objection, relevance, unnecessary bolstering. This document has no nexus to any of the claims in this case.
- P-42 : Mark Holliman Medical Records

- o Objection, relevance to the extent Plaintiffs seek to admit medical documents that have no connection to any of the claims in the case. Plaintiffs claim injury from a singular, acute event. Large portions of this medical record are irrelevant and run the risk of eliciting sympathy from the jury.

- P-44 : Vincent Hood Medical Records

  - o Objection, relevance to the extent Plaintiffs seek to admit medical documents that have no connection to any of the claims in the case. Plaintiffs claim injury from a singular, acute event. Large portions of this medical record are irrelevant and run the risk of eliciting sympathy from the jury.

- P-46 : Vincent Hood Grievances

  - o Objection, relevance to the extent Plaintiffs seek to admit grievances that have no connection to any of the claims in the case.

- P-48 : Vincent Hood Religious Preference

  - o Objection, relevance, unnecessary bolstering. This document has no nexus to any of the claims in this case.

- P-49 : Wendell Harris Medical Records

  - o Objection, relevance to the extent Plaintiffs seek to admit medical documents that have no connection to any of the claims in the case. Plaintiffs claim injury from a singular, acute event. Large portions

of this medical record are irrelevant and run the risk of eliciting sympathy from the jury.

- P-51 : Wendell Harris Grievances
    - Objection, relevance to the extent Plaintiffs seek to admit grievances that have no connection to any of the claims in the case.
- P-53 : Wendell Harris Religious Practices
    - Objection, relevance, unnecessary bolstering. This document has no nexus to any of the claims in this case.
- P-56: Michael Smith Medical History
    - Objection, relevance to the extent Plaintiffs seek to admit medical documents that have no connection to any of the claims in the case. Plaintiffs claim injury from a singular, acute event. Large portions of this medical record are irrelevant and run the risk of eliciting sympathy from the jury.
- P-57 : Michael Smith Grievances
    - Objection, relevance to the extent Plaintiffs seek to admit grievances that have no connection to any of the claims in the case.
- P-58 : Michael Smith Relgious [Sic] Preference
    - Objection, relevance, unnecessary bolstering. This document has no nexus to any of the claims in this case.
- P-60 : Pre'Marcus Howard Medical Records

5

- o Objection, relevance to the extent Plaintiffs seek to admit medical documents that have no connection to any of the claims in the case. Plaintiffs claim injury from a singular, acute event. Large portions of this medical record are irrelevant and run the risk of eliciting sympathy from the jury.

- P-62 : Mandell Kent Medical Records
    - o Objection, relevance to the extent Plaintiffs seek to admit medical documents that have no connection to any of the claims in the case. Plaintiffs claim injury from a singular, acute event. Large portions of this medical record are irrelevant and run the risk of eliciting sympathy from the jury.

Defendants reserve their right to further object at trial, including substantive objections (e.g. hearsay, speculation, relevance, foundation, etc.) to all exhibits, including exhibits where authenticity is not in dispute. Additionally, Defendants reserve the right to introduce into evidence any exhibits identified on Plaintiffs' Exhibit list in this matter.

Respectfully submitted,

**CATHERINE L. HANAWAY**
Missouri Attorney General

*/s/ Scott J. Bower*
Scott J. Bower, #75486 (MO)
Assistant Attorney General
221 West High Street

6

>Jefferson City, MO 65101
>Phone: (573) 751-8108
>Fax: (573) 751-9456
>Scott.Bower@ago.mo.gov
>
>*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of February, 2026, the foregoing was electronically filed via the Court's electronic filing system and was served by the operation of the court's electronic filing system on all counsel of record.

>*/s/ Scott J. Bower*
>Scott J. Bower
>Assistant Attorney General