UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| REGINALD BYRON CLEMONS, et al., ) ) ) Plaintiffs, ) ) ) v. ) ) MICHELLE BASHAM, et al., ) ) Defendants. ) | Case No. 4:22-CV-00158-SRW |

## Defendants' Proposed Voir Dire Questions for the Court

Defendants, through undersigned counsel, submit the following proposed questions for the Court to ask the panel during Voir Dire:[1]

1. Has any member of the panel ever filed a lawsuit before?

2. Has any member of the panel ever been a defendant in any type of lawsuit?

3. Has any member of the panel ever made a claim about retaliation that did not go to court?

4. Has any member of the panel had any interaction with the AG's Office, Attorney General Catherine Hanaway, or any member of the AG's office that has caused you to have a negative perception of the Office?

---

[1] Undersigned counsel reserves the right to ask the panel any questions not asked by the Court and to ask any questions not included in this list.

1

  a. Does anyone on the panel have negative feelings about Attorney General Catherine Hanaway?

5. Has any panel member or close relative or acquaintance ever had a dispute with, felt wronged by, or taken advantage of by some government agency (federal, state, or local) or by some governmental employee?

6. Has anyone here ever worked for the Missouri Department of Corrections?

  a. If so, who had a bad experience?

7. Likewise, has anyone here ever worked for a different state agency and had a bad experience with that employer?

8. Does anyone on the panel have a family member or close friend who is incarcerated in the Missouri Department of Corrections?

9. What about family or friends who are incarcerated in a facility that is not under the Missouri Department of Corrections?

10.  Does anyone have any preconceived feelings about prisons or the state government?

11.  Is there anyone who will automatically think the Plaintiffs are right just because the Defendants worked for the Missouri Department of Corrections?

12.  Has anyone here been pepper sprayed before?

13.  Has anyone here ever been a member of law enforcement?

14. Who on the panel has family members who are law enforcement?

15. Where do you get your news? TV News, printed news, online, podcasts?

    a. If TV news, what stations or channels?

16. Does any panel member have close relatives or acquaintances who belong to or support the Counsel on American-Islamic Relations (otherwise known as CAIR)?

17. Does any panel member have close relatives or acquaintances who belong to or support any organization committed to the advocacy of the rights of any particular group in society (e.g., NRA, The Heritage Foundation, the Conservative Caucus, the Christian Coalition, American Civil Liberties Union, NAACP, ACLU)? If so, please identify which group or groups.

18. Have any of you attended rallies or protests concerning social or political issues, for example Black Lives Matter or the Israel-Gaza conflict?

19. Has anyone here ever felt like their free speech has been violated before?

20. Has anyone here ever felt discriminated against on the basis of religion?

21. Has anyone on the panel ever felt like their other constitutional rights have been violated?

   a. For example, the right to be free from excessive force, the right to free exercise, or the right of equal protection under the 14th amendment?

22. Does anyone here feel like because the Plaintiffs in this case are at trial, their claims are probably true?

23. Does anyone here feel like the Plaintiffs in this case deserve a monetary award just because they made it this far into their lawsuit?

24. Does anyone here feel like inmates are generally mistreated by prisons?

25. Has anyone here ever donated to a non-profit organization focused social or political issues?

26. Has anyone here ever been the victim of a crime?

27. Does anyone here have close friends or family members who have been the victim of a crime?

28. Has anyone here ever been employed at a jail or detainment facility?

29. Does anyone here have close friends or family members who have been employed at a jail or detainment facility?

30. Does anyone disagree that inmates generally have to comply with a strict set of rules in prison?

31. Does anyone on the panel have negative feelings toward corrections officers in prisons?

32. Has anyone on the panel served in the military?

33. Is there anyone on the panel who, for religious or other reasons, cannot sit in judgment of others?

Respectfully Submitted,

**CATHERINE L. HANAWAY**
Missouri Attorney General

*/s/ Scott J. Bower*
Scott J. Bower, #75486 (MO)
Isabelle McNally, #78386 (MO)
Wolfgang A. Schaefer, #78191 (MO)
Assistant Attorneys General
221 West High Street
Jefferson City, MO 65101
Phone: (573) 751-8108
scott.bower@ago.mo.gov
isabelle.mcnally@ago.mo.gov
wolfgang.schaefer@ago.mo.gov

*Attorneys for Defendants*

5

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 19, 2026, the foregoing was filed with this Court's ECF system, and a copy was served by function of the same on all counsels of record.

>*/s/ Scott J. Bower*
>Scott J. Bower
>Assistant Attorney General