IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **REGINALD CLEMONS**, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> **MICHELLE BASHAM**, *et al.*, <br><br> *Defendants*. | Case No.: 4:22-cv-00158-SRW |

### Plaintiffs' Proposed Voir Dire Questions for the Court

Plaintiffs, through undersigned counsel, request that the Court ask the following questions of the panel during Voir Dire:

1. Would anyone hesitate to award money to a prisoner for a violation of his constitutional rights while in prison, because you believe that prisoners should not benefit financially from lawsuits?

2. Does anyone feel that the constitutional rights of prisoners are less important than the constitutional rights of Americans who have not been convicted of a crime?

3. In France, it is illegal to wear the hijab in public schools. Would you support or oppose a similar ban on wearing hijabs in public schools in the United States, and why?

Dated: February 19, 2026                                    Respectfully Submitted,

                                                            /s/ Ian T. Cross

Ian T. Cross (P83367) (MI) (Pro Hac Vice)
*Attorney for Plaintiffs*
402 W. Liberty St.
Ann Arbor, MI 48103
734-994-9590
ian@lawinannarbor.com