IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **REGINALD CLEMONS**, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> **MICHELLE BASHAM**, *et al.*, <br><br> *Defendants*. | Case No.: 4:22-cv-00158-SRW |

**JOINT STIPULATION OF UNCONTESTED FACTS**

1. Plaintiff Reginald Clemons is an inmate at Jefferson City Correctional Center in Jefferson, Missouri.

2. Plaintiff Steven Stafford is an inmate at Eastern Reception and Diagnostic Corrections Center in Bonne Terre, Missouri.

3. Plaintiff Wendell Harris is an inmate at Farmington Correctional Center in Farmington, Missouri.

4. Plaintiff Montrell Moore is an inmate at Eastern Reception and Diagnostic Corrections Center in Bonne Terre, Missouri.

5. Plaintiff Pre'Marcus Howard is an inmate at Boonville Correctional Center in Boonville, Missouri.

6. Plaintiff Mark Holliman was an inmate at Eastern Reception, Diagnostic, and Correctional Center in Bonne Terre, Missouri. He has been released.

7. Plaintiff Vincent Hood is an inmate at Farmington Correctional Center in Farmington, Missouri.

8. Plaintiff Mandell Kent was an inmate at Eastern Reception, Diagnostic, and Correctional Center in Bonne Terre, Missouri. He has been released.

9. Plaintiff Michael Smith is an inmate at Eastern Reception and Diagnostic Corrections Center in Bonne Terre, Missouri.

10. Defendant Michelle Basham is a former Corrections Officer with the Missouri Department of Corrections. On February 28, 2021, Defendant Basham was a Shift Supervisory Lieutenant at the Missouri Department of Corrections Eastern Reception and Diagnostic Corrections Center in Bonne Terre, Missouri.

11. Defendant Carl Hart is a former Corrections Officer with the Missouri Department of Corrections. On February 28, 2021, Defendant Hart was a Sergeant at the Missouri Department of Corrections Eastern Reception and Diagnostic Corrections Center in Bonne Terre, Missouri.

12. Defendant Dennis Spradling is a Corrections Officer. On February 28, 2021, Defendant Spradling was on duty at the Eastern Reception and Diagnostic Corrections Center in Bonne Terre, Missouri.

13. Defendant Jacob Ragan is a Corrections Officer. On February 28, 2021, Defendant Ragan was on duty at the Eastern Reception and Diagnostic Corrections Center in Bonne Terre, Missouri.

14. Defendant Gary Fenwick is a Corrections Officer. On February 28, 2021, Defendant Fenwick was on duty at the Eastern Reception and Diagnostic Corrections Center in Bonne Terre, Missouri.

15. Defendant Adam Simonton is a former Corrections Officer. On February 28, 2021, Defendant Simonton was on duty at the Eastern Reception and Diagnostic Corrections Center in Bonne Terre, Missouri.

16. Defendant Richard Adams is the current Warden of the Missouri Department of Corrections Eastern Reception and Diagnostic Corrections Center in Bonne Terre, Missouri.

17. Defendant Kelly Morriss is the current Warden of the Missouri Department of Corrections Jefferson City Corrections Center in Jefferson City, Missouri.

18. Defendant Gregory Handcock is the current Warden of the Southeast Correctional Center, in Charleston, Missouri

19. Defendant Patricia Wickey is the current Warden of the Missouri Eastern Correctional Center in Pacific, Missouri.

20. Defendant Teri Vandergriff is the current Warden at Farmington Correctional Center in Farmington, Missouri.

21. Defendant Craig Crane is the current Warden of Algoa Correctional Center in Algoa, Missouri.

22. Defendant Trevor Foley is the Director of the Missouri Department of Corrections.

23. Defendant Travis Terry is the Deputy Director of the Missouri Department of Corrections.

24. Defendant Valarie Moseley is the Deputy Director of the Missouri Department of Corrections.

25. Defendant Aaron Davis is the current Supervisor of Religious and Spiritual Programming at the Missouri Department of Corrections.

26. Defendant Jennifer Shankle is the current Deputy Warden of the ERDCC at Bonne Terre, Missouri.

27. Defendant David Vandergriff is the former Warden of the ERDCC. On February 28, 2021, Defendant Vandergriff was warden at ERDCC in Bonne Terre, Missouri.

28. The Eastern Reception and Diagnostic Correction Center is a State Correctional facility located in Bonne Terre, Missouri.

29. On February 28, 2021, Plaintiffs Reginald Clemons, Steven Stafford, Wendell Harris, Montrell Moore, Pre'Marcus Howard, Mark Holliman, Vincint Hood, Mandell Kent, and Michael Smith were inmates at ERDCC located in Bonne Terre, Missouri.

30. Plaintiffs Reginald Clemons, Steven Stafford, Wendell Harris, Montrell Moore, Pre'Marcus Howard, Mark Holliman, Vincint Hood, Mandell Kent, and Michael Smith are Muslim.

31. Plaintiffs' sincerely held religious beliefs require them to pray five times each day.

32. Plaintiffs Reginald Clemons, Steven Stafford, Wendell Harris, Montrell Moore, Pre'Marcus Howard, Mark Holliman, Vincint Hood, Mandell Kent, and Michael Smith were inmates housed in the "Honors Housing" wing at the ERDCC located in housing unit 4B.

33. On February 28, 2021, Plaintiffs Reginald Clemons, Steven Stafford, Wendell Harris, Montrell Moore, Pre'Marcus Howard, Mark Holliman, Vincint Hood, Mandell Kent, and Michael Smith were praying in the communal space of the Honors Housing wing 4B.

34. On February 28, 2021, Officers Basham, Hart, Dennis Spradling, Jacob Ragan, Gary Fenwick, and Adam Simonton responded to and were present in Housing Unit 4B.

35. Plaintiffs Reginald Clemons, Steven Stafford, Wendell Harris, Montrell Moore, Pre'Marcus Howard, Mark Holliman, and Vincint Hood were placed in administrative segregation housing on the evening of February 28, 2021.

36. Housing Unit 4B was fitted with operational security cameras on February 28, 2021.

37. All officers employed at the ERDCC are trained regarding the "use of force continuum."

38. Plaintiff Clemons was transferred to JCCC in October 2021.

39. Plaintiff Howard was transferred to Algoa Correctional Center in 2022.

40. Plaintiff Holliman was transferred to MECC in August 2021.

41. Plaintiff Hood was transferred to FCC on August 10, 2021.

42. Plaintiff Kent was transferred to Farmington on May 25, 2021.

43. Plaintiff Holliman was released from prison on July 22, 2025.

44. Plaintiff Kent was released from prison on April 21, 2025.

45. Defendant Basham entered the Honor wing at approximately 9:11 p.m on February 28, 2021.

46. Defendant Basham made a 10-5 call for backup to Housing Unit 4B between 9:11-9:15 p.m. on February 28, 2021.

47. Officers, including Defendants Carl Hart, Dennis Spradling, Jacob Ragan, Gary Fenwick, and Adam Simonton, responded to Basham's call.

48. Plaintiff Holliman was escorted out of the wing without being pepper sprayed.

49. Defendant Carl Hart deployed pepper spray on Plaintiffs Howard, Harris, Moore, Clemons, and Stafford.

50. Defendants escorted Plaintiffs Clemons, Stafford, Harris, Moore, Howard, Holliman, and Hood to administrative segregation in Housing Unit 1A.

51. On February 28, 2021, Housing Unit 1 was an administrative segregation unit.

52. Each of the Defendant Officers, Hart, Basham, Spradling, Ragan, Fenwick, and Simonton, completed "Use of Force Reports" following the incident.

53. Plaintiffs Stafford, Clemons, Hood, Holliman, Moore, Harris, and Howard received a conduct violation for "acts of organized disobedience" following the incident.

54. At all relevant times the officers were acting in their capacity as ERDCC employees.

55. All Defendants acted under color of state law at all relevant times.

56. ERDCC is an "institution" as that term is defined in 42 U.S.C. § 1997(1).

57. Each Defendant was, on February 28, 2021, a "government" as that term is defined in 42 U.S.C. § 2000cc-5(4).

58. Congregational Islamic prayer constitutes "religious exercise" as that term is defined in 42 U.S.C. § 2000cc-5(7)(a).

59. The Missouri Department of Corrections is a recipient of federal financial assistance.

Dated: February 19, 2026                    Respectfully Submitted,

                                            */s/ Ian T. Cross*
                                            Ian T. Cross (P83367) (MI) (Pro Hac Vice)
                                            *Attorney for Plaintiffs*
                                            402 W. Liberty St.
                                            Ann Arbor, MI 48103
                                            734-994-9590
                                            ian@lawinannarbor.com