UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| REGINALD BYRON CLEMONS, et al., | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| MICHELLE BASHAM, et al., | ) ) ) |
| Defendants. | ) |

Case No. 4:22-CV-00158-SRW

### DEFENDANTS' LIST OF PRIOR CONVICTIONS AND CONDUCT VIOLATIONS PURSUANT TO THIS COURT'S FEBRUARY 12, 2026 PRETRIAL ORDER

Defendants, pursuant to this Court's oral Order at the February 12, 2026 Pretrial Conference, provide the following list of Plaintiff's relevant convictions and relevant conduct violations to the claims they assert in the instant action. Defendants do not intend to offer this evidence under 404(b), but rather for the reasons stated herein:

Plaintiffs' convictions are relevant to their credibility as witnesses. Fed. R. Evid. 609(a)(1)(A). Each Plaintiff has at least one felony conviction, although the below list is far from a complete accounting of their criminal histories. Certain misdemeanor offenses are also included where the elements of the offense requires proof of a dishonest act. Fed. R. Evid. 609(a)(2) mandates that

1

evidence of a criminal conviction "for any crime" must be admitted if a required element of that crime involved a dishonest act or false statement.

Plaintiffs' conduct violations are relevant in two groups: those occurring before February 28, 2021, and those occurring after. The violations predating the incident are relevant to show that the Plaintiffs knew that they were required to follow orders and the consequences for failing to do so. *See* Fed. R. Evid. 404(b)(2) ("This evidence may be admissible [to prove] knowledge, . . . , absence of mistake, or lack of accident.") These pre-incident conduct violations are limited to those involving disobeying orders and being "out of bounds," which means being in a place that they should not be, or at a time when they should be somewhere else.

The conduct violations occurring after the incident are directly relevant to Plaintiffs' claim of retaliation (Count III), in that they tend to show why Plaintiffs faced certain negative consequences that they now attribute to the February 28, 2021 incident including job termination and transfer to other institutions. *See* Fed. R. Evid. 401.

Additionally, Plaintiff Holliman's convictions for Sexual Misconduct and Failure to Register are relevant to Count III because they demonstrate the reason of his transfer: the need to complete the Missouri Sex Offender Program ("MSOP") before his release from MDOC custody. *Id.*

# **PLAINTIFF CLEMONS**

## *Relevant Convictions*

- December 18, 2017 conviction of two counts of Murder 2nd Degree (class A felonies)

    o Sentence: life in MDOC on both counts, consecutive to each other and to case no. 1622-CR00354-01

    o Case No. 22911-01758B-01

- December 18, 2017 convictions of Forcible Rape (class A felony); Forcible Rape (class A felony); Robbery 1st Degree (class A felony)

    o Sentence: life in MDOC on all three counts, consecutive to each other and to case no. 22911-01758B-01

    o Case No. 1622-CR00354-01

- May 2, 2007 conviction of Violence to an Employee of Department of Corrections by an Inmate (class B felony)

    o Sentence: 15 years in MDOC

    o Case No. 05D9-CR00366-02

## *Relevant Conduct Violations within MDOC*

- November 3, 2021: 12.3 Threaten Victim/Family[1]

- January 4, 2014: 20.1 Disobeying an Order

---

[1] The foregoing will follow this convention: [Date of conduct violation]: [Rule number violated] [Rule title]

3

- April 6, 2012: 20.1 Disobeying an Order
- November 2, 2011: 20.1 Disobeying an Order
- August 16, 2011: 20.1 Disobeying an Order
- March 18, 2011: 20.1 Disobeying an Order
- March 10, 2011: 20.1 Disobeying an Order
- June 30, 2010: 20.1 Disobeying an Order
- April 16, 2010: 20.1 Disobeying an Order
- October 7, 2009: 20.1 Disobeying an Order
- October 5, 2009: 20.1 Disobeying an Order
- August 17, 2009: 20.1 Disobeying an Order
- May 11, 2009: 20.1 Disobeying an Order
- April 26, 2009: 20.1 Disobeying an Order
- April 12, 2009: 20.1 Disobeying an Order
- April 6, 2009: 20.1 Disobeying an Order
- November 10, 2008: 20.1 Disobeying an Order
- April 9, 2008: 20.1 Disobeying an Order
- March 11, 2008: 20.1 Disobeying an Order
- January 30, 2008: 20.1 Disobeying an Order
- December 17, 2007: 20.1 Disobeying an Order
- September 14, 2007: 20.1 Disobeying an Order
- March 28, 2007: 20.1 Disobeying an Order

4

- December 23, 2006: 20.1 Disobeying an Order

- November 18, 2006: 20.1 Disobeying an Order

- November 19, 2005: 20.1 Disobeying an Order

- November 18, 2005: 20.1 Disobeying an Order

- July 21, 2004: 20.1 Disobeying an Order

## PLAINTIFF STAFFORD

### Relevant Convictions

- February 27, 2013 conviction of Murder 1st Degree (class A felony); Armed Criminal Action (unclassified felony); Assault 1st Degree (class A felony); Armed Criminal Action (unclassified felony)
    - Sentence: life without possibility of parole on all counts
    - Case No. 1122-CR01324-01

- September 14, 2010 convictions of seven counts of Forgery (class C felonies); Commission of Fraudulent Insurance Act – Prior Offender (class C felony)
    - Sentence: 240 days in jail for each conviction (concurrent)
    - Case No. 1022-CR01464-01

### Relevant Conduct Violations within MDOC

- July 29, 2022: 20.1 Disobeying an Order

- November 1, 2022: 20.1 Disobeying an Order; 19.4 Creating a Disturbance; 30.1 Out of Bounds; 41.1 Procedures and Rules Violation

5

- September 13, 2020: 20.1 Disobeying an Order; 30.1 Out of Bounds

- February 23, 2020: 20.1 Disobeying an Order

- August 8, 2016: 20.1 Disobeying an Order

- September 14, 2015: 20.1 Disobeying an Order; 30.1 Out of Bounds

- August 1, 2015: 20.1 Disobeying an Order

- July 31, 2015: 20.1 Disobeying an Order; 30.1 Out of Bounds

- November 4, 2014: 20.1 Disobeying an Order

- August 16, 2014: 20.1 Disobeying an Order; 30.1 Out of Bounds

- November 19, 2013: 20.1 Disobeying an Order; 30.1 Out of Bounds

- October 9, 2013: 20.1 Disobeying an Order; 30.1 Out of Bounds

- June 18, 2013: 20.1 Disobeying an Order; 30.1 Out of Bounds

- May 15, 2013: 20.1 Disobeying an Order; 30.1 Out of Bounds

## **PLAINTIFF HARRIS**

*Relevant Convictions*

- March 8, 2016 conviction of Robbery 1st Degree (class A felony)
    - Sentence: 20 years in MDOC
    - Case No. 1411-CR06633-01

*Relevant Conduct Violations within MDOC*

- September 19, 2025: 11.5 Possession of Intoxicating Substance/Under the Influence

6

- May 8, 2025: 11.5 Possession of Intoxicating Substance/Under the Influence
- March 21, 2025: 9.4 Three or More Offenders Participating in Acts of Organized Disobedience
- March 18, 2025: 11.5 Possession of Intoxicating Substance/Under the Influence
- March 13, 2025: 19.1 Actions that Threaten Custody Staff
- January 28, 2025: 11.5 Possession of Intoxicating Substance/Under the Influence
- October 2, 2024: 11.5 Possession of Intoxicating Substance/Under the Influence
- September 19, 2024: 11.5 Possession of Intoxicating Substance/Under the Influence
- April 26, 2024: 11.5 Possession of Intoxicating Substance/Under the Influence
- February 25, 2024: 11.5 Possession of Intoxicating Substance/Under the Influence; 20.1 Disobeying an Order
- December 26, 2023: 11.5 Possession of Intoxicating Substance/Under the Influence
- December 25, 2023: 11.5 Possession of Intoxicating Substance/Under the Influence

7

- November 8, 2023: 19.1 Actions that Threaten Custody Staff
- October 5, 2023: 11.5 Possession of Intoxicating Substance/Under the Influence
- September 22, 2023: 7.3 Deliberate Exposure of One's Genitals; 22.1 Take Property Without Consent
- January 27, 2023: 15.2 Touching Oneself
- February 5, 2022: 20.1 Disobeying an Order
- October 29, 2021: 20.1 Disobeying an Order
- October 29, 2021: 20.1 Disobeying an Order
- October 13, 2021: 20.1 Disobeying an Order
- October 13, 2021: 20.1 Disobeying an Order
- July 7, 2021: 20.1 Disobeying an Order; 19.1 Actions that Threaten Custody Staff
- June 23, 2021: 20.1 Disobeying an Order
- June 14, 2021: 20.1 Disobeying an Order; 19.4 Conduct that Interferes with Operations
- June 10, 2021: 2.1 Cause Serious Injury to Another; 25.1 Engage in Physical Struggle; 3.1 Make/Transfer/Possess Firearm
- May 10, 2021: 20.1 Disobeying an Order; 19.1 Actions that Threaten Custody Staff

8

- April 19, 2021: 11.5 Possession of Intoxicating Substance/Under the Influence

- April 17, 2019: 20.1 Disobeying an Order

- June 15, 2017: 20.1 Disobeying an Order

- May 27, 2017: 20.1 Disobeying an Order

- December 15, 2016: 20.1 Disobeying an Order

## PLAINTIFF MOORE

*Relevant Convictions*

- August 11, 2010 convictions of Murder 2nd Degree (class A felony); Abuse of Child Resulting in Death (class A felony); Endangering Welfare of Child 1st Degree (class C felony)

  - Sentence: 99 years in MDOC; 99 years in MDOC; 99 years in MDOC (consecutive)

  - Case No. 0922-CR03247-01

*Relevant Conduct Violations within MDOC*

- 10/12/2012: 20.1 Disobeying an Order

## PLAINTIFF HOWARD

*Relevant Convictions*

- December 20, 2019 convictions of Robbery 1st Degree (class A felony); Armed Criminal Action (unclassified felony); Robbery 1st Degree (class A felony); Armed Criminal Action (unclassified felony)

9

- Sentence: 10 years in MDOC; 3 years in MDOC; 10 years in MDOC; 3 years in MDOC (concurrent)
- Case No. 1822-CR00741-01

# PLAINTIFF HOLLIMAN

## *Relevant Convictions*

- August 23, 2017 conviction for Sexual Misconduct with a Child (class C felony)
    - Sentence: 10 years in MDOC
    - Case No. 1522-CR02419-01
- January 3, 2006 conviction for Burglary (class B felony)
    - Sentence: 6 years in MDOC
    - Case No. 05CW-CR00957-01
- January 3, 2006 conviction for Failure to Register as a Sex Offender (Second Offense) (class C felony)
    - Sentence: 3 years in MDOC
    - Case No. 05CW-CR00208-01
- October 15, 2001 conviction for Failure to Register as a Sex Offender (class A misdemeanor)
    - Sentence: 60 days in jail
    - Case No. 01CR164920-01

- January 25, 2000 conviction for Sexual Misconduct (class A misdemeanor, registration required)
  - Sentence: 1 year in jail

## **PLAINTIFF HOOD**

### *Relevant Convictions*

- June 7, 2013 convictions for Forcible Sodomy (unclassified felony); Domestic Assault 3rd Degree (class A misdemeanor); Resisting Arrest (class A misdemeanor); Domestic Assault 3rd Degree (class A misdemeanor)
  - Sentence: 15 years in MDOC, plus one year consecutive to the 15, plus two years concurrent to the 15
  - Case No. 1222-CR01376-01

### *Relevant Conduct Violations within MDOC*

- January 21, 2023: 11.3 Possession or Making of Intoxicants
- September 18, 2022: 24.8 Use/Possession of Tobacco; 24.1 Contraband
- November 20, 2021: 19.1 Creating a Disturbance
- June 4, 2020: 19.1 Creating a Disturbance; 20.1 Disobeying an Order; 21.1 Insulting Behavior
- July 13, 2015: 20.1 Disobeying an Order
- July 5, 2015: 19.4 Conduct Interfering with Operations; 30.2 Out of Bounds

11

- September 8, 2014: 20.1 Disobeying Order; 30.3 Out of Bounds

- May 22, 2014: 20.1 Disobeying Order; 30.3 Out of Bounds

- May 14, 2014: 20.1 Disobeying Order; 30.3 Out of Bounds

## PLAINTIFF KENT

*Relevant Convictions*

- August 20, 2013 convictions for Robbery 1st Degree (class A felony); Armed Criminal Action (unclassified felony)
    - Sentence: 15 years in MDOC; 3 years in MDOC (concurrent)
    - Case No. 1222-CR04061-01

*Relevant Conduct Violations within MDOC*

- October 30, 2015: 20.1 Disobeying an Order; 30.3 Out of Bounds

- September 7, 2014: 20.1 Disobeying an Order; 30.3 Out of Bounds

- April 25, 2014: 20.1 Disobeying an Order; 30.3 Out of Bounds

- March 20, 2014: 20.1 Disobeying an Order; 30.3 Out of Bounds

- September 1, 2013: 20.1 Disobeying an Order; 30.3 Out of Bounds

## PLAINTIFF SMITH

*Relevant Convictions*

- March 4, 2020 convictions for Assault 1st Degree (Special Victim) (class A felony); Armed Criminal Action (unclassified felony); Unlawful Use of a Weapon Section 9 – Shooting at or From Motor Vehicle (class B felony);

Armed Criminal Action (unclassified felony); Unlawful Use of a Weapon (class B felony)

- Sentence: 20 years in MDOC; 20 years in MDOC; 15 years in MDOC; 15 years in MDOC; 2 years in MDOC (all concurrent)
- Case No. 1822-CR04106-01

Dated: February 19, 2026

Respectfully Submitted,

**CATHERINE L. HANAWAY**
Missouri Attorney General

*/s/ Wolfgang A. Schaefer*
Wolfgang A. Schaefer, #78191 (MO)
Scott J. Bower, #75486 (MO)
Isabelle McNally, #78386 (MO)
Assistant Attorneys General
221 West High Street
Jefferson City, MO 65101
Phone: (573) 751-8108
scott.bower@ago.mo.gov
isabelle.mcnally@ago.mo.gov
wolfgang.schaefer@ago.mo.gov

*Attorneys for Defendants*