# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

**REGINALD CLEMONS**, *et al.*,

    *Plaintiffs*,

v.

**MICHELLE BASHAM**, *et al.*,

    *Defendants.*

Case No.: 4:22-cv-00158-SRW

## PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR PLAINTIFF VINCENT HOOD (MDOC ID 1254167)

Plaintiffs Reginald Clemons, Steven Stafford, Wendell Harris, Montrell Moore, Pre'Marcus Howard, Mark Holliman, Vincint Hood, and Mandell Kent respectfully request the Court to issue a Writ of Habeas Corpus ad Testificandum in this case pursuant to 28 U.S.C. § 2241(c)(5) and 28 U.S.C. § 1651(a). In support of this petition, Plaintiffs state the following:

1. This case is scheduled for jury trial beginning on March 2, 2026, in the United States District Court for the Eastern District of Missouri, Eastern Division, in St. Louis, Missouri.

2. Plaintiff Hood is currently in the custody of the Missouri Department of Corrections at Farmington Correctional Center:

    FCC
    1012 West Columbia
    Farmington, MO 63640

3. Plaintiff Hood's Missouri Department of Corrections ID is 1254167.

4. Plaintiff Hood's expected testimony includes the following facts. On the evening of February 28, 2021, Plaintiffs were performing their religiously mandated nightly prayer in the

day room of Housing Unit 4B. Plaintiffs had prayed this way for months previously, with permission of the "bubble officers" in the unit. During this prayer, however, Defendant Michelle Basham entered the unit and approached Plaintiffs. Defendant Basham called for backup, causing Defendants Carl Hart, Dennis Spradling, Gary Fenwick, Jacob Ragan, Adam Simonton, and other officers to enter the housing unit. Plaintiff Hood submitted to restraints and was handcuffed. Instead of immediately leading him to administrative segregation, Defendants kept Plaintiff Hood in the dayroom in a cloud of pepper spray before he was eventually taken away.

5. Plaintiff Hood is further expected to testify that after he was dragged out of the honors unit, officers marched him shoeless across the yard in the bitter cold to the administrative segregation unit. Defendants denied him access to the medical unit. He was then put in administrative segregation in Housing Unit 1. Officers left him in a cell, still covered in pepper spray, and with no access to running water to wash the pepper spray off his face and body. From his cell, he heard Plaintiff Stafford screaming that the officers were hurting him. He and the other Plaintiffs repeatedly called out for help and medical assistance, but none came. Instead, he was left in the freezing cell over night.

6. Plaintiffs Clemons, Stafford, Harris, Howard, Hood, Holliman, and Moore were not released from Administrative Segregation until March 10, 2021. Each received a disciplinary charge as a result of their prayer.

7. Plaintiff's presence is essential for trial, both to assist his attorneys with the presentation of his case and as a witness. Plaintiff is one of the few witnesses capable of offering important testimony about both the circumstances surrounding the prayer at issue in

this case, the manner in which he sustained his injuries, and the nature and extent of his damages.

WHEREFORE, Plaintiffs pray that this Honorable Court issue a Writ of Habeas Corpus ad Testificandum directing the presence of Plaintiff Moore no later than 9:30 am on March 2, 2026, and each day remaining until the conclusion of the trial.

Dated: February 24, 2026

Respectfully submitted,

/s/ Lena F. Masri

Lena F. Masri (VA 93291)
Gadeir I. Abbas (VA 81161)
Nadia Islam Bayado (DC 90023648)
Catherine Keck (DC 90027891)

CAIR Legal Defense Fund
453 New Jersey Ave, SE
Washington, D.C. 20003
Tel: (202) 742-6420
Email: ldf@cair.com

*Counsel for Plaintiffs*