IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

REGINALD CLEMONS, *et al.*,

    *Plaintiffs*,

v.

MICHELLE BASHAM, *et al.*,

    *Defendants*.

No. 4:22-cv-00158-SRW
Hon. Stephen R. Welby

_____

## [PROPOSED] WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO: The Farmington Correctional Center, or any other person or officer having custody of inmate/witness Vincent Hood, Missouri Department of Correction ID 1254167.

    It appearing that Vincent Hood is confined in the custody of Farmington Correctional Center, 1012 West Columbia, Farmington, MO 63640 and his presence is required for a trial presided over by the Honorable Stephen Welby, United States District Court Magistrate Judge, commencing on March 2, 2026, at the United States District Court for the Eastern District of Missouri, Thomas F. Eagleton U.S. Courthouse, 111 South 10th Street, St. Louis, Missouri 63102.

    NOW, THEREFORE, this is to command the official in charge of Farmington Correctional Center, 1012 West Columbia, Farmington, MO 63640 to deliver into the custody of any duly authorized person, upon production to you of a certified copy of this writ, the body of Vincent Hood, Missouri Department of Correction ID 1254167, for safe and secure conduct to the United States District Court for the Eastern District of Missouri, Thomas F. Eagleton U.S. Courthouse, 111 South 10th Street, St. Louis, Missouri 63102, on **March 2, 2026 at 9:30 a.m. (CST)** and through the conclusion of the trial.

    WITNESS, the Honorable Stephen Welby, U.S. District Court Magistrate Judge for the Eastern District of Missouri.

Dated this 24th day of February, 2026.

                                                STEPHEN WELBY
                                                UNITED STATES MAGISTRATE JUDGE