UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| REGINALD BYRON CLEMONS, et al., ) ) ) Plaintiffs, ) ) ) v. ) ) MICHELLE BASHAM, et al., ) ) Defendants. ) | Case No. 4:22-CV-00158-SRW |

**DEFENDANTS' SUPPLEMENT ON ERDCC SECURITY LEVEL**

Defendants, by and through undersigned counsel, and pursuant to this Court's oral request at the February 12, 2026 pretrial conference, provide the following factual material in opposition to Plaintiffs' Third Motion in Limine (*see* Doc. 163), which seeks to exclude the use of "maximum security" as a descriptor for Eastern Reception, Diagnostic, and Correctional Center ("ERDCC"):

1. ERDCC is a split facility, as its name implies: one portion of the campus is a Department of Corrections' Reception and Diagnostic Center, and the other is a Correctional Center. Essentially, ERDCC is two facilities, which are separate from each other: an intake facility and a general population prison. *See* Attachment A, MDOC Family and Friends Guide Excerpt[1].

---

[1] Attachment A is an excerpt from a guide for family members and friends of the newly incarcerated, and the entire document is publicly available on MDOC's website (https://doc.mo.gov/sites/doc/files/2018-01/Family_Friends_Handbook.pdf). Note that this document was initially published in 2018, when ERDCC housed only C-1 and C-5 inmates. *See* ¶ 4, *infra*.

1

2. New inmates arriving to MDOC after receiving a prison sentence are sent to ERDCC's Reception and Diagnostic facility, where the intake process occurs. Their medical and mental health needs are examined and recorded in their inmate file, and their classification score is determined. *Id.*

3. Classification scores determine what level of institution that inmate will be assigned to. Inmates are classified as a C-1, C-2, or C-5. *Id.* A C-1 classification refers to a minimum security facility; a C-2 refers to a medium security facility, and a C-5 refers to a maximum security facility.

4. The ERDCC general population facility houses offenders classified as either C-2 or C-5 in their general inmate population[2]. The Diagnostic and Reception facility houses offenders pre-classification and also houses offenders classified as C-1.

5. On February 28, 2021, Plaintiffs were housed in the general population wing of ERDCC in Housing Unit 4. While their wing (B wing of Housing Unit 4, or "4B") was designated as an "honor dorm," granting them additional privileges within the wing, the housing unit itself was still within a C-2/C-5 facility.

6. When a facility houses C-2 and C-5 offenders together, the overall level of security and freedom-of-movement for all offenders is enforced at the C-5 level, not the other way around. Put another way, the highest custody level of offenders in a mixed-classification facility determines the facility's classification level. Each Defendant to have worked at ERDCC will testify to this common-sense proposition.

---

[2] *See* https://doc.mo.gov/facilities/adult-institutions/address-listing, listing ERDCC's Security Level (inclusive of both the Diagnostic and Reception facility and the Correctional facility) as "Minimum, Medium, Maximum, Diagnostic."

        Respectfully Submitted,

        **CATHERINE L. HANAWAY**
        Missouri Attorney General

        */s/ Scott J. Bower*
        Scott J. Bower, #75486 (MO)
        Isabelle McNally, #78386 (MO)
        Wolfgang A. Schaefer, #78191 (MO)
        Assistant Attorneys General
        221 West High Street
        Jefferson City, MO 65101
        Phone: (573) 751-8108
        scott.bower@ago.mo.gov
        isabelle.mcnally@ago.mo.gov
        wolfgang.schaefer@ago.mo.gov

        *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2026, the foregoing was filed electronically via the Court's electronic filing system and was served by the operation of the court's electronic filing system on all counsel of record.

        */s/ Scott J. Bower*
        Scott J. Bower
        Assistant Attorney General

        */s/ Isabelle McNally*
        Isabelle McNally
        Assistant Attorney General

        */s/ Wolfgang A. Schaefer*
        Wolfgang A. Schaefer
        Assistant Attorney General