# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| REGINALD BYRON CLEMONS, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> MICHELLE BASHAM, et al., ) <br> ) <br> Defendants. ) | Case No. 4:22-CV-158 SRW |

## ORDER

Following the pretrial conference in this case held on the record on February 26, 2026, and for the reasons stated on the record,

**IT IS HEREBY ORDERED** that Plaintiff's Motions in Limine (ECF No. 163) is further disposed as follows:

1. The specific felony offenses that Plaintiffs have been convicted of, the lengths of their prison sentences, and the length of time they have each been imprisoned: **DENIED**, in part, and **GRANTED**, in part. The Court will allow counsel to ask once, for impeachment purposes, specific felony offenses that Plaintiffs have been convicted of within the past ten years or within ten years of release from prison on that offense but will not allow questions regarding the lengths of their prison sentences and the length of time they have each been imprisoned.

2. Plaintiffs' prison disciplinary records covering incidents not at issue in this case: **DENIED**. The Court will allow counsel to ask about conduct violations which occurred within five years prior to the February 28, 2021 incident.

3. Any reference to the Eastern Reception, Diagnostic, and Correctional Center as a "maximum-security" prison: **DENIED.**

**IT IS FURTHER ORDERED** that Defendant's Motions in Limine (ECF No. 168) is further disposed as follows:

1. Any testimony, statement, or reference to any Defendant's prior conviction(s): **DENIED** as to criminal convictions for Defendant Hart.

2. Expert testimony or evidence by any expert not previously disclosed: **GRANTED**.

3. Other Complaints against Defendants or other MDOC employees: **DENIED** as to a finding of wrongdoing of Defendant Spradling.

**IT IS FURTHER ORDERED** that Defendants' Objections to Plaintiffs' Deposition Designations (ECF No. 192) is disposed as follows: Defendant objection to Darell Wagner deposition is **DENIED**. Defendant objection to Matthew Raymond is **DENIED**. Defendant objection to David Vandergriff is **DENIED**.

**IT IS FURTHER ORDERED** that the Joint Stipulation of Voluntary Dismissal (ECF No. 213) is **GRANTED**. Therefore, Defendants Doris Falkenrath and Bill Stange are **DISMISSED** as parties.

**IT IS FURTHER ORDERED** that Defendants' Motion for Judgment on the Pleadings (ECF No. 214) is **DENIED**.

**IT IS FURTHER ORDERED** that Defendants' Motion to Strike Previously Undisclosed Witnesses from Plaintiff's Witness List (ECF No. 218) is **DENIED.**

So Ordered this 26th day of February, 2026.

_____
**STEPHEN R. WELBY**
**UNITED STATES MAGISTRATE JUDGE**