# VERDICT FORM

**Note**:    Complete this form by writing in the names required by your verdict.

## Count I – First Amendment Free Exercise under § 1983

On plaintiff Reginald Clemons' claim as submitted in Instruction No. _____, we find in favor of

_____

(Plaintiff Reginald Clemons)            or            (Defendant Trevor Foley)

_____

(Plaintiff Reginald Clemons)            or            (Defendant Travis Terry)

_____

(Plaintiff Reginald Clemons)            or            (Defendant Valarie Moseley)

_____

(Plaintiff Reginald Clemons)            or            (Defendant Richard Adams)

_____

(Plaintiff Reginald Clemons)            or            (Defendant Jennifer Shankle)

_____

(Plaintiff Reginald Clemons)            or            (Defendant Kelly Morriss)

_____

(Plaintiff Reginald Clemons)            or            (Defendant Gregory Hancock)

_____

(Plaintiff Reginald Clemons)            or            (Defendant Patricia Wickey)

_____

(Plaintiff Reginald Clemons)            or            (Defendant Teri Vandergriff)

| | | |
|---|---|---|
| (Plaintiff Reginald Clemons) | or | (Defendant Craig Crane) |
| (Plaintiff Reginald Clemons) | or | (Defendant Michelle Basham) |
| (Plaintiff Reginald Clemons) | or | (Defendant Carl Hart) |
| (Plaintiff Reginald Clemons) | or | (Defendant Dennis Spradling) |
| (Plaintiff Reginald Clemons) | or | (Defendant Jacob Ragan) |
| (Plaintiff Reginald Clemons) | or | (Defendant Gary Fenwick) |
| (Plaintiff Reginald Clemons) | or | (Defendant Adam Simonton) |
| (Plaintiff Reginald Clemons) | or | (Defendant David Vandergriff) |
| (Plaintiff Reginald Clemons) | or | (Defendant Matt Raymond) |

On plaintiff Steven Stafford's claim as submitted in Instruction No. _, we find in favor of

| | | |
|---|---|---|
| (Plaintiff Steven Stafford) | or | (Defendant Trevor Foley) |
| (Plaintiff Steven Stafford) | or | (Defendant Travis Terry) |
| (Plaintiff Steven Stafford) | or | (Defendant Valarie Moseley) |

_____
(Plaintiff Steven Stafford)              or              (Defendant Aaron Davis)


_____
(Plaintiff Steven Stafford)              or              (Defendant Richard Adams)


_____
(Plaintiff Steven Stafford)              or              (Defendant Jennifer Shankle)


_____
(Plaintiff Steven Stafford)              or              (Defendant Kelly Morriss)


_____
(Plaintiff Steven Stafford)              or              (Defendant Gregory Hancock)


_____
(Plaintiff Steven Stafford)              or              (Defendant Patricia Wickey)


_____
(Plaintiff Steven Stafford)              or              (Defendant Teri Vandergriff)


_____
(Plaintiff Steven Stafford)              or              (Defendant Craig Crane)


_____
(Plaintiff Steven Stafford)              or              (Defendant Michelle Basham)


_____
(Plaintiff Steven Stafford)              or              (Defendant Carl Hart)


_____
(Plaintiff Steven Stafford)              or              (Defendant Dennis Spradling)


_____
(Plaintiff Steven Stafford)              or              (Defendant Jacob Ragan)


_____
(Plaintiff Steven Stafford)              or              (Defendant Gary Fenwick)

_____
(Plaintiff Steven Stafford)         or         (Defendant Adam Simonton)


_____
(Plaintiff Steven Stafford)         or         (Defendant David Vandergriff)


_____
(Plaintiff Steven Stafford)         or         (Defendant Matt Raymond)

On plaintiff Wendell Harris' claim as submitted in Instruction No. ___, we find in favor of

_____
(Plaintiff Wendell Harris)          or          (Defendant Trevor Foley)


_____
(Plaintiff Wendell Harris)          or          (Defendant Travis Terry)


_____
(Plaintiff Wendell Harris)          or          (Defendant Valarie Moseley)


_____
(Plaintiff Wendell Harris)          or          (Defendant Aaron Davis)


_____
(Plaintiff Wendell Harris)          or          (Defendant Richard Adams)


_____
(Plaintiff Wendell Harris)          or          (Defendant Jennifer Shankle)


_____
(Plaintiff Wendell Harris)          or          (Defendant Kelly Morriss)


_____
(Plaintiff Wendell Harris)          or          (Defendant Gregory Hancock)

_____
(Plaintiff Wendell Harris)               or          (Defendant Patricia Wickey)


_____
(Plaintiff Wendell Harris)               or          (Defendant Teri Vandergriff)


_____
(Plaintiff Wendell Harris)               or          (Defendant Craig Crane)


_____
(Plaintiff Wendell Harris)               or          (Defendant Michelle Basham)


_____
(Plaintiff Wendell Harris)               or                  (Defendant Carl Hart)


_____
(Plaintiff Wendell Harris)               or          (Defendant Dennis Spradling)


_____
(Plaintiff Wendell Harris)               or          (Defendant Jacob Ragan)


_____
(Plaintiff Wendell Harris)               or          (Defendant Gary Fenwick)


_____
(Plaintiff Wendell Harris)               or          (Defendant Adam Simonton)


_____
(Plaintiff Wendell Harris)               or          (Defendant David Vandergriff)


_____
(Plaintiff Wendell Harris)               or          (Defendant Matt Raymond)

_____

On plaintiff PreMarcus Howard's claim as submitted in Instruction No. ____, we find in favor of

_____
(Plaintiff PreMarcus Howard)             or          (Defendant Trevor Foley)

_____
(Plaintiff PreMarcus Howard)          or          (Defendant Travis Terry)


_____
(Plaintiff PreMarcus Howard)          or          (Defendant Valarie Moseley)


_____
(Plaintiff PreMarcus Howard)          or          (Defendant Aaron Davis)


_____
(Plaintiff PreMarcus Howard)          or          (Defendant Richard Adams)


_____
(Plaintiff PreMarcus Howard)          or          (Defendant Jennifer Shankle


_____
(Plaintiff PreMarcus Howard)          or          (Defendant Kelly Morriss)


_____
(Plaintiff PreMarcus Howard)          or          (Defendant Gregory Hancock)


_____
(Plaintiff PreMarcus Howard)          or          (Defendant Patricia Wickey)


_____
(Plaintiff PreMarcus Howard)          or          (Defendant Teri Vandergriff)


_____
(Plaintiff PreMarcus Howard)          or          (Defendant Craig Crane)


_____
(Plaintiff PreMarcus Howard)          or          (Defendant Michelle Basham)


_____
(Plaintiff PreMarcus Howard)          or          (Defendant Carl Hart)


_____
(Plaintiff PreMarcus Howard)          or          (Defendant Dennis Spradling)

_____
(Plaintiff PreMarcus Howard)        or        (Defendant Jacob Ragan)


_____
(Plaintiff PreMarcus Howard)        or        (Defendant Gary Fenwick)


_____
(Plaintiff PreMarcus Howard)        or        (Defendant Adam Simonton)


_____
(Plaintiff PreMarcus Howard)        or        (Defendant David Vandergriff)


_____
(Plaintiff PreMarcus Howard)        or        (Defendant Matt Raymond)


On plaintiff Vincent Hood's claim as submitted in Instruction No. ___, we find in favor of

_____
(Plaintiff Vincent Hood)            or            (Defendant Trevor Foley)


_____
(Plaintiff Vincent Hood)            or            (Defendant Travis Terry)


_____
(Plaintiff Vincent Hood)            or            (Defendant Valarie Moseley)


_____
(Plaintiff Vincent Hood)            or            (Defendant Aaron Davis)


_____
(Plaintiff Vincent Hood)            or        (Defendant Richard Adams)


_____
(Plaintiff Vincent Hood)            or        (Defendant Jennifer Shankle)

(Plaintiff Vincent Hood)      or      (Defendant Kelly Morriss)

(Plaintiff Vincent Hood)      or      (Defendant Gregory Hancock)

(Plaintiff Vincent Hood)      or      (Defendant Patricia Wickey)

(Plaintiff Vincent Hood)      or      (Defendant Teri Vandergriff)

(Plaintiff Vincent Hood)      or      (Defendant Craig Crane)

(Plaintiff Vincent Hood)      or      (Defendant Michelle Basham)

(Plaintiff Vincent Hood)      or      (Defendant Carl Hart)

(Plaintiff Vincent Hood)      or      (Defendant Dennis Spradling)

(Plaintiff Vincent Hood)      or      (Defendant Jacob Ragan)

(Plaintiff Vincent Hood)      or      (Defendant Gary Fenwick)

(Plaintiff Vincent Hood)      or      (Defendant Adam Simonton)

(Plaintiff Vincent Hood)      or      (Defendant David Vandergriff)

(Plaintiff Vincent Hood)      or      (Defendant Matt Raymond)

On plaintiff Mark Holliman's claim as submitted in Instruction No. _, we find in favor of

_____

(Plaintiff Mark Holliman)              or              (Defendant Trevor Foley)

_____

(Plaintiff Mark Holliman)              or              (Defendant Travis Terry)

_____

(Plaintiff Mark Holliman)              or              (Defendant Valarie Moseley)

_____

(Plaintiff Mark Holliman)              or              (Defendant Aaron Davis)

_____

(Plaintiff Mark Holliman)              or              (Defendant Richard Adams)

_____

(Plaintiff Mark Holliman)              or              (Defendant Jennifer Shankle)

_____

(Plaintiff Mark Holliman)              or              (Defendant Kelly Morriss)

_____

(Plaintiff Mark Holliman)              or              (Defendant Gregory Hancock)

_____

(Plaintiff Mark Holliman)              or              (Defendant Patricia Wickey)

_____

(Plaintiff Mark Holliman)              or              (Defendant Teri Vandergriff)

_____

(Plaintiff Mark Holliman)              or              (Defendant Craig Crane)

_____

(Plaintiff Mark Holliman)                    or                    (Defendant Michelle Basham)

_____

(Plaintiff Mark Holliman)                    or                    (Defendant Carl Hart)

_____

(Plaintiff Mark Holliman)                    or                    (Defendant Dennis Spradling)

_____

(Plaintiff Mark Holliman)                    or                    (Defendant Jacob Ragan)

_____

(Plaintiff Mark Holliman)                    or                    (Defendant Gary Fenwick)

_____

(Plaintiff Mark Holliman)                    or                    (Defendant Adam Simonton)

_____

(Plaintiff Mark Holliman)                    or                    (Defendant David Vandergriff)

_____

(Plaintiff Mark Holliman)                    or                    (Defendant Matt Raymond)

_____

On plaintiff Montrell Moore's claim as submitted in Instruction No. _, we find in favor of

_____

(Plaintiff Montrell Moore)                    or                    (Defendant Trevor Foley)

_____

(Plaintiff Montrell Moore)                    or                    (Defendant Travis Terry)

_____

(Plaintiff Montrell Moore)                    or                    (Defendant Valarie Moseley)

| (Plaintiff Montrell Moore) | or | (Defendant Aaron Davis) |
|---|---|---|

| (Plaintiff Montrell Moore) | or | (Defendant Richard Adams) |
|---|---|---|

| (Plaintiff Montrell Moore) | or | (Defendant Jennifer Shankle) |
|---|---|---|

| (Plaintiff Montrell Moore) | or | (Defendant Kelly Morriss) |
|---|---|---|

| (Plaintiff Montrell Moore) | or | (Defendant Gregory Hancock) |
|---|---|---|

| (Plaintiff Montrell Moore) | or | (Defendant Patricia Wickey) |
|---|---|---|

| (Plaintiff Montrell Moore) | or | (Defendant Teri Vandergriff) |
|---|---|---|

| (Plaintiff Montrell Moore) | or | (Defendant Craig Crane) |
|---|---|---|

| (Plaintiff Montrell Moore) | or | (Defendant Michelle Basham) |
|---|---|---|

| (Plaintiff Montrell Moore) | or | (Defendant Carl Hart) |
|---|---|---|

| (Plaintiff Montrell Moore) | or | (Defendant Dennis Spradling) |
|---|---|---|

| (Plaintiff Montrell Moore) | or | (Defendant Jacob Ragan) |
|---|---|---|

| (Plaintiff Montrell Moore) | or | (Defendant Gary Fenwick) |
|---|---|---|

_____
(Plaintiff Montrell Moore)              or              (Defendant Adam Simonton)


_____
(Plaintiff Montrell Moore)              or              (Defendant David Vandergriff)


_____
(Plaintiff Montrell Moore)              or              (Defendant Matt Raymond)


_____


        On plaintiff Mandell Kent's claim as submitted in Instruction No. ___, we find in

favor of


_____
(Plaintiff Mandell Kent)              or              (Defendant Trevor Foley)


_____
(Plaintiff Mandell Kent)              or              (Defendant Travis Terry)


_____
(Plaintiff Mandell Kent)              or              (Defendant Valarie Moseley)


_____
(Plaintiff Mandell Kent)              or              (Defendant Aaron Davis)


_____
(Plaintiff Mandell Kent)              or              (Defendant Richard Adams)


_____
(Plaintiff Mandell Kent)              or              (Defendant Jennifer Shankle)


_____
(Plaintiff Mandell Kent)              or              (Defendant Kelly Morriss)


_____
(Plaintiff Mandell Kent)              or              (Defendant Gregory Hancock)

| | | |
|---|---|---|
| (Plaintiff Mandell Kent's) | or | (Defendant Patricia Wickey) |
| (Plaintiff Mandell Kent's) | or | (Defendant Teri Vandergriff) |
| (Plaintiff Mandell Kent) | or | (Defendant Craig Crane) |
| (Plaintiff Mandell Kent) | or | (Defendant Michelle Basham) |
| (Plaintiff Mandell Kent) | or | (Defendant Carl Hart) |
| (Plaintiff Mandell Kent) | or | (Defendant Dennis Spradling) |
| (Plaintiff Mandell Kent) | or | (Defendant Jacob Ragan) |
| (Plaintiff Mandell Kent) | or | (Defendant Gary Fenwick) |
| (Plaintiff Mandell Kent) | or | (Defendant Adam Simonton) |
| (Plaintiff Mandell Kent) | or | (Defendant David Vandergriff) |
| (Plaintiff Mandell Kent) | or | (Defendant Matt Raymond) |

**Note**:  Complete this form by writing in the names required by your verdict.

### Count II – Eighth Amendment Excessive Use of Force under § 1983

On plaintiff Reginald Clemons' claim as submitted in Instruction No. _____, we find in favor of

_____
(Plaintiff Reginald Clemons)           or          (Defendant Michelle Basham)

_____
(Plaintiff Reginald Clemons)           or              (Defendant Carl Hart)

_____
(Plaintiff Reginald Clemons)           or          (Defendant Dennis Spradling)

_____
(Plaintiff Reginald Clemons)           or          (Defendant Jacob Ragan)

_____
(Plaintiff Reginald Clemons)           or          (Defendant Gary Fenwick)

_____
(Plaintiff Reginald Clemons)           or          (Defendant Adam Simonton)

On plaintiff Steven Stafford's claim as submitted in Instruction No. ___,  we find in favor of

_____
(Plaintiff Steven Stafford)           or          (Defendant Michelle Basham)

_____
(Plaintiff Steven Stafford)           or              (Defendant Carl Hart)

_____
(Plaintiff Steven Stafford)           or          (Defendant Dennis Spradling)

_____
(Plaintiff Steven Stafford)          or          (Defendant Jacob Ragan)


_____
(Plaintiff Steven Stafford)          or          (Defendant Gary Fenwick)


_____
(Plaintiff Steven Stafford)          or          (Defendant Adam Simonton)

**_____**

On plaintiff Wendell Harris' claim as submitted in Instruction No. ____,  we  find in favor of


_____
(Plaintiff Wendell Harris)          or          (Defendant Michelle Basham)


_____
(Plaintiff Wendell Harris)          or                   (Defendant Carl Hart)


_____
(Plaintiff Wendell Harris)          or          (Defendant Dennis Spradling)


_____
(Plaintiff Wendell Harris)          or          (Defendant Jacob Ragan)


_____
(Plaintiff Wendell Harris)          or          (Defendant Gary Fenwick)


_____
(Plaintiff Wendell Harris)          or          (Defendant Adam Simonton)

**_____**

On plaintiff Montrell Moore's claim as submitted in Instruction No. __,  we  find  in favor of


_____
(Plaintiff Montrell Moore)          or          (Defendant Michelle Basham)

_____

(Plaintiff Montrell Moore)　　　　　or　　　　　　　　　(Defendant Carl Hart)

_____

(Plaintiff Montrell Moore)　　　　　or　　　　　　　　(Defendant Dennis Spradling)

_____

(Plaintiff Montrell Moore)　　　　　or　　　　　　　　(Defendant Jacob Ragan)

_____

(Plaintiff Montrell Moore)　　　　　or　　　　　　　　(Defendant Gary Fenwick)

_____

(Plaintiff Montrell Moore)　　　　　or　　　　　　　　(Defendant Adam Simonton)

_____

On plaintiff PreMarcus Howard's claim as submitted in Instruction No. _____, we find in favor of

_____

(Plaintiff PreMarcus Howard)　　　　or　　　　　(Defendant Michelle Basham)

_____

(Plaintiff PreMarcus Howard)　　　　or　　　　　　(Defendant Carl Hart)

_____

(Plaintiff PreMarcus Howard)　　　　or　　　　　(Defendant Dennis Spradling)

_____

(Plaintiff PreMarcus Howard)　　　　or　　　　　(Defendant Jacob Ragan)

_____

(Plaintiff PreMarcus Howard)　　　　or　　　　　(Defendant Gary Fenwick)

_____

(Plaintiff PreMarcus Howard)　　　　or　　　　　(Defendant Adam Simonton)

On plaintiff Vincent Hood's claim as submitted in Instruction No. ____,  we  find in favor of

_____

(Plaintiff Vincent Hood)               or               (Defendant Michelle Basham)

_____

(Plaintiff Vincent Hood)               or               (Defendant Carl Hart)

_____

(Plaintiff Vincent Hood)               or               (Defendant Dennis Spradling)

_____

(Plaintiff Vincent Hood)               or               (Defendant Jacob Ragan)

_____

(Plaintiff Vincent Hood)               or               (Defendant Gary Fenwick)

_____

(Plaintiff Vincent Hood)               or               (Defendant Adam Simonton)

On plaintiff Mark Holliman's claim as submitted in Instruction No. ___,  we  find in favor of

_____

(Plaintiff Mark Holliman)               or               (Defendant Michelle Basham)

_____

(Plaintiff Mark Holliman               or               (Defendant Carl Hart)

On plaintiff Montrell Moore's claim as submitted in Instruction No. ___, we find in favor of

_____

(Plaintiff Montrell Moore)              or              (Defendant Michelle Basham)

_____

(Plaintiff Montrell Moore)              or                   (Defendant Carl Hart)

_____

(Plaintiff Montrell Moore)              or              (Defendant Adam Simonton)

**Note**:    Complete this form by writing in the names required by your verdict.

### Count IV – Eighth Amendment Deliberate Indifference under § 1983

On plaintiff Reginald Clemons' claim as submitted in Instruction No. _____, we find in favor of

_____
(Plaintiff Reginald Clemons)          or          (Defendant Michelle Basham)

_____
(Plaintiff Reginald Clemons)          or               (Defendant Carl Hart)

_____
(Plaintiff Reginald Clemons)          or          (Defendant Dennis Spradling)

_____
(Plaintiff Reginald Clemons)          or          (Defendant Jacob Ragan)

_____
(Plaintiff Reginald Clemons)          or          (Defendant Gary Fenwick)

_____
(Plaintiff Reginald Clemons)          or          (Defendant Adam Simonton)

_____
(Plaintiff Reginald Clemons)          or (Defendant David Vandergriff)

_____
(Plaintiff Reginald Clemons)          or (Defendant Matt Raymond)

On plaintiff Steven Stafford's claim as submitted in Instruction No. ___, we  find in favor of

_____

(Plaintiff Steven Stafford)             or             (Defendant Michelle Basham)

_____

(Plaintiff Steven Stafford)             or                    (Defendant Carl Hart)

_____

(Plaintiff Steven Stafford)             or             (Defendant Dennis Spradling)

_____

(Plaintiff Steven Stafford)             or             (Defendant Jacob Ragan)

_____

(Plaintiff Steven Stafford)             or             (Defendant Gary Fenwick)

_____

(Plaintiff Steven Stafford)             or             (Defendant Adam Simonton)

_____

(Plaintiff Steven Stafford)             or             (Defendant David Vandergriff)

_____

(Plaintiff Steven Stafford)             or             (Defendant Matt Raymond)

On plaintiff Wendell Harris' claim as submitted in Instruction No. ____, we  find in favor of

_____

(Plaintiff Wendell Harris)             or             (Defendant Michelle Basham)

_____

(Plaintiff Wendell Harris)             or                    (Defendant Carl Hart)

_____
(Plaintiff Wendell Harris)          or          (Defendant Dennis Spradling)

_____
(Plaintiff Wendell Harris)          or          (Defendant Jacob Ragan)

_____
(Plaintiff Wendell Harris)          or          (Defendant Gary Fenwick)

_____
(Plaintiff Wendell Harris)          or          (Defendant Adam Simonton)

_____
(Plaintiff Wendell Harris)          or          (Defendant David Vandergriff)

_____
(Plaintiff Wendell Harris)          or          (Defendant Matt Raymond)

On plaintiff PreMarcus Howard's claim as submitted in Instruction No. _____,   we find in favor of

_____
(Plaintiff PreMarcus Howard)          or          (Defendant Michelle Basham)

_____
(Plaintiff PreMarcus Howard)          or          (Defendant Carl Hart)

_____
(Plaintiff PreMarcus Howard)          or          (Defendant Dennis Spradling)

_____
(Plaintiff PreMarcus Howard)          or          (Defendant Jacob Ragan)

_____
(Plaintiff PreMarcus Howard)          or          (Defendant Gary Fenwick)

_____
(Plaintiff PreMarcus Howard)          or          (Defendant Adam Simonton)

_____

(Plaintiff PreMarcus Howard)          or (Defendant David Vandergriff)

_____

(Plaintiff PreMarcus Howard)          or          (Defendant Matt Raymond)

---

On plaintiff Montrell Moore's claim as submitted in Instruction No. ___, we find in favor of

_____

(Plaintiff Montrell Moore)          or          (Defendant Michelle Basham)

_____

(Plaintiff Montrell Moore)          or          (Defendant Carl Hart)

_____

(Plaintiff Montrell Moore)          or          (Defendant Dennis Spradling)

_____

(Plaintiff Montrell Moore)          or          (Defendant Jacob Ragan)

_____

(Plaintiff Montrell Moore)          or          (Defendant Gary Fenwick)

_____

(Plaintiff Montrell Moore)          or          (Defendant Adam Simonton)

_____

(Plaintiff Montrell Moore)          or          (Defendant David Vandergriff)

_____

(Plaintiff Montrell Moore)          or          (Defendant Matt Raymond)

**Note**:       Complete this form by writing in the names required by your verdict.

### Count V – Fourteenth Amendment Equal Protection (on the basis of religion)

On plaintiff Reginald Clemons' claim as submitted in Instruction No. _____, we find in favor of

_____

(Plaintiff Reginald Clemons)          or          (Defendant Trevor Foley)

_____

(Plaintiff Reginald Clemons)          or          (Defendant Travis Terry)

_____

(Plaintiff Reginald Clemons)          or          (Defendant Valarie Moseley)

_____

(Plaintiff Reginald Clemons)          or          (Defendant Aaron Davis)

_____

(Plaintiff Reginald Clemons)          or          (Defendant Richard Adams)

_____

(Plaintiff Reginald Clemons)          or          (Defendant Jennifer Shankle)

_____

(Plaintiff Reginald Clemons)          or          (Defendant Kelly Morriss)

_____

(Plaintiff Reginald Clemons)          or          (Defendant Gregory Hancock)

_____

(Plaintiff Reginald Clemons)          or          (Defendant Patricia Wickey)

_____

(Plaintiff Reginald Clemons)          or          (Defendant Teri Vandergriff)

_____
(Plaintiff Reginald Clemons)              or          (Defendant Craig Crane)


_____
(Plaintiff Reginald Clemons)              or          (Defendant Michelle Basham)


_____
(Plaintiff Reginald Clemons)              or          (Defendant Carl Hart)


_____
(Plaintiff Reginald Clemons)              or          (Defendant Dennis Spradling)


_____
(Plaintiff Reginald Clemons)              or          (Defendant Jacob Ragan)


_____
(Plaintiff Reginald Clemons)              or          (Defendant Gary Fenwick)


_____
(Plaintiff Reginald Clemons)              or          (Defendant Adam Simonton)


_____
(Plaintiff Reginald Clemons)              or (Defendant David Vandergriff)


_____
(Plaintiff Reginald Clemons)              or          (Defendant Matt Raymond)

_____

On plaintiff Steven Stafford's claim against defendant Trevor Foley, as submitted in Instruction No. _____, we find in favor of


_____
(Plaintiff Steven Stafford)              or          (Defendant Trevor Foley)


_____
(Plaintiff Steven Stafford)              or          (Defendant Travis Terry)

(Plaintiff Steven Stafford)            or            (Defendant Valarie Moseley)

(Plaintiff Steven Stafford)            or            (Defendant Aaron Davis)

(Plaintiff Steven Stafford)            or            (Defendant Richard Adams)

(Plaintiff Steven Stafford)            or            (Defendant Jennifer Shankle)

(Plaintiff Steven Stafford)            or            (Defendant Kelly Morriss)

(Plaintiff Steven Stafford)            or            (Defendant Gregory Hancock)

(Plaintiff Steven Stafford)            or            (Defendant Patricia Wickey)

(Plaintiff Steven Stafford)            or            (Defendant Teri Vandergriff)

(Plaintiff Steven Stafford)            or            (Defendant Craig Crane)

(Plaintiff Steven Stafford)            or            (Defendant Michelle Basham)

(Plaintiff Steven Stafford)            or            (Defendant Carl Hart)

(Plaintiff Steven Stafford)            or            (Defendant Dennis Spradling)

(Plaintiff Steven Stafford)            or            (Defendant Jacob Ragan)

_____

(Plaintiff Steven Stafford)              or         (Defendant Gary Fenwick)

_____

(Plaintiff Steven Stafford)              or         (Defendant Adam Simonton)

_____

(Plaintiff Steven Stafford)              or         (Defendant David Vandergriff)

_____

(Plaintiff Steven Stafford)              or         (Defendant Matt Raymond)

_____

On plaintiff Wendell Harris' claim, as submitted in Instruction No. __, we find in favor of

_____

(Plaintiff Wendell Harris)              or         (Defendant Trevor Foley)

_____

(Plaintiff Wendell Harris)              or         (Defendant Travis Terry)

_____

(Plaintiff Wendell Harris)              or         (Defendant Valarie Moseley)

_____

(Plaintiff Wendell Harris)              or         (Defendant Aaron Davis)

_____

(Plaintiff Wendell Harris)              or         (Defendant Richard Adams)

_____

(Plaintiff Wendell Harris)              or         (Defendant Jennifer Shankle)

_____

(Plaintiff Wendell Harris)              or         (Defendant Kelly Morriss)

_____

(Plaintiff Wendell Harris)              or         (Defendant Gregory Hancock)

_____
(Plaintiff Wendell Harris)              or              (Defendant Patricia Wickey)


_____
(Plaintiff Wendell Harris)              or              (Defendant Teri Vandergriff)


_____
(Plaintiff Wendell Harris)              or              (Defendant Craig Crane)


_____
(Plaintiff Wendell Harris)              or              (Defendant Michelle Basham)


_____
(Plaintiff Wendell Harris)              or              (Defendant Carl Hart)


_____
(Plaintiff Wendell Harris)              or              (Defendant Dennis Spradling)


_____
(Plaintiff Wendell Harris)              or              (Defendant Jacob Ragan)


_____
(Plaintiff Wendell Harris)              or              (Defendant Gary Fenwick)


_____
(Plaintiff Wendell Harris)              or              (Defendant Adam Simonton)


_____
(Plaintiff Wendell Harris)              or              (Defendant David Vandergriff)


_____
(Plaintiff Wendell Harris)              or              (Defendant Matt Raymond)


_____

On plaintiff PreMarcus Howard's claim, as submitted in Instruction No. ___, we find in favor of


_____
(Plaintiff PreMarcus Howard)              or              (Defendant Trevor Foley)

_____
(Plaintiff PreMarcus Howard)          or          (Defendant Travis Terry)


_____
(Plaintiff PreMarcus Howard)          or          (Defendant Valarie Moseley)


_____
(Plaintiff PreMarcus Howard)          or          (Defendant Aaron Davis)


_____
(Plaintiff PreMarcus Howard)          or          (Defendant Richard Adams)


_____
(Plaintiff PreMarcus Howard)          or          (Defendant Jennifer Shankle)


_____
(Plaintiff PreMarcus Howard)          or          (Defendant Kelly Morriss)


_____
(Plaintiff PreMarcus Howard)          or          (Defendant Gregory Hancock)


_____
(Plaintiff PreMarcus Howard)          or          (Defendant Patricia Wickey)


_____
(Plaintiff PreMarcus Howard)          or          (Defendant Teri Vandergriff)


_____
(Plaintiff PreMarcus Howard)          or          (Defendant Craig Crane)


_____
(Plaintiff PreMarcus Howard)          or          (Defendant Michelle Basham)


_____
(Plaintiff PreMarcus Howard)          or          (Defendant Carl Hart)


_____
(Plaintiff PreMarcus Howard)          or          (Defendant Dennis Spradling)

| | | |
|---|---|---|
| (Plaintiff PreMarcus Howard) | or | (Defendant Jacob Ragan) |
| (Plaintiff PreMarcus Howard) | or | (Defendant Gary Fenwick) |
| (Plaintiff PreMarcus Howard) | or | (Defendant Adam Simonton) |
| (Plaintiff PreMarcus Howard) | or | (Defendant David Vandergriff) |
| (Plaintiff PreMarcus Howard) | or | (Defendant Matt Raymond) |

On plaintiff Vincent Hood's claim, as submitted in Instruction No. __, we find in favor of

| | | |
|---|---|---|
| (Plaintiff Vincent Hood) | or | (Defendant Trevor Foley) |
| (Plaintiff Vincent Hood) | or | (Defendant Travis Terry) |
| (Plaintiff Vincent Hood) | or | (Defendant Valarie Moseley) |
| (Plaintiff Vincent Hood) | or | (Defendant Aaron Davis) |
| (Plaintiff Vincent Hood) | or | (Defendant Richard Adams) |
| (Plaintiff Vincent Hood) | or | (Defendant Jennifer Shankle) |
| (Plaintiff Vincent Hood) | or | (Defendant Kelly Morriss) |

_____
(Plaintiff Vincent Hood)          or          (Defendant Gregory Hancock)


_____
(Plaintiff Vincent Hood)          or          (Defendant Patricia Wickey)


_____
(Plaintiff Vincent Hood)          or          (Defendant Teri Vandergriff)


_____
(Plaintiff Vincent Hood)          or          (Defendant Craig Crane)


_____
(Plaintiff Vincent Hood)          or          (Defendant Michelle Basham)


_____
(Plaintiff Vincent Hood)          or          (Defendant Carl Hart)


_____
(Plaintiff Vincent Hood)          or          (Defendant Dennis Spradling)


_____
(Plaintiff Vincent Hood)          or          (Defendant Jacob Ragan)


_____
(Plaintiff Vincent Hood)          or          (Defendant Gary Fenwick)


_____
(Plaintiff Vincent Hood)          or          (Defendant Adam Simonton)


_____
(Plaintiff Vincent Hood)          or          (Defendant David Vandergriff)


_____
(Plaintiff Vincent Hood)          or          (Defendant Matt Raymond)

On plaintiff Montrell Moore's claim, as submitted in Instruction No. ⎵, we find in favor of

_____

(Plaintiff Montrell Moore)　　　　　　or　　　　　　　(Defendant Trevor Foley)

_____

(Plaintiff Montrell Moore)　　　　　　or　　　　　　　(Defendant Travis Terry)

_____

(Plaintiff Montrell Moore)　　　　　　or　　　　　　　(Defendant Valarie Moseley)

_____

(Plaintiff Montrell Moore)　　　　　　or　　　　　　　(Defendant Aaron Davis)

_____

(Plaintiff Montrell Moore)　　　　　　or　　　　　(Defendant Richard Adams)

_____

(Plaintiff Montrell Moore)　　　　　　or　　　　　　　(Defendant Jennifer Shankle)

_____

(Plaintiff Montrell Moore)　　　　　　or　　　　　　　(Defendant Kelly Morriss)

_____

(Plaintiff Montrell Moore)　　　　　　or　　　　　　　(Defendant Gregory Hancock)

_____

(Plaintiff Montrell Moore)　　　　　　or　　　　　　　(Defendant Patricia Wickey)

_____

(Plaintiff Montrell Moore)　　　　　　or　　　　　　　(Defendant Teri Vandergriff)

_____

(Plaintiff Montrell Moore)　　　　　　or　　　　　　　(Defendant Craig Crane)

_____

(Plaintiff Montrell Moore)　　　　　　or　　　　　　　(Defendant Michelle Basham)

_____
(Plaintiff Montrell Moore)            or            (Defendant Carl Hart)


_____
(Plaintiff Montrell Moore)            or            (Defendant Dennis Spradling)


_____
(Plaintiff Montrell Moore)            or            (Defendant Jacob Ragan)


_____
(Plaintiff Montrell Moore)            or            (Defendant Gary Fenwick)


_____
(Plaintiff Montrell Moore)            or            (Defendant Adam Simonton)


_____
(Plaintiff Montrell Moore)            or            (Defendant David Vandergriff)


_____
(Plaintiff Montrell Moore)            or            (Defendant Matt Raymond)

On plaintiff Mandell Kent's claim, as submitted in Instruction No. __,  we  find  in favor of


_____
(Plaintiff Mandell Kent)            or            (Defendant Trevor Foley)


_____
(Plaintiff Mandell Kent)            or            (Defendant Travis Terry)


_____
(Plaintiff Mandell Kent)            or            (Defendant Valarie Moseley)


_____
(Plaintiff Mandell Kent)            or            (Defendant Aaron Davis)


_____
(Plaintiff Mandell Kent)            or            (Defendant Richard Adams)

(Plaintiff Mandell Kent)            or            (Defendant Jennifer Shankle)

(Plaintiff Mandell Kent)            or            (Defendant Kelly Morriss)

(Plaintiff Mandell Kent)            or            (Defendant Gregory Hancock)

(Plaintiff Mandell Kent's)          or            (Defendant Patricia Wickey)

(Plaintiff Mandell Kent's)          or            (Defendant Teri Vandergriff)

(Plaintiff Mandell Kent)            or            (Defendant Craig Crane)

(Plaintiff Mandell Kent)            or            (Defendant Michelle Basham)

(Plaintiff Mandell Kent)            or            (Defendant Carl Hart)

(Plaintiff Mandell Kent)            or            (Defendant Dennis Spradling)

(Plaintiff Mandell Kent)            or            (Defendant Jacob Ragan)

(Plaintiff Mandell Kent)            or            (Defendant Gary Fenwick)

(Plaintiff Mandell Kent)            or            (Defendant Adam Simonton)

(Plaintiff Mandell Kent)            or            (Defendant David Vandergriff)

_____

(Plaintiff Mandell Kent)                 or           (Defendant Matt Raymond)

_____

On plaintiff Mark Holliman's claim, as submitted in Instruction No. _, we find in favor of

_____

(Plaintiff Mark Holliman)              or                (Defendant Trevor Foley)

_____

(Plaintiff Mark Holliman)              or                (Defendant Travis Terry)

_____

(Plaintiff Mark Holliman)              or                (Defendant Valarie Moseley)

_____

(Plaintiff Mark Holliman)              or                (Defendant Aaron Davis)

_____

(Plaintiff Mark Holliman)              or           (Defendant Richard Adams)

_____

(Plaintiff Mark Holliman)              or                (Defendant Jennifer Shankle)

_____

(Plaintiff Mark Holliman)              or                (Defendant Kelly Morriss)

_____

(Plaintiff Mark Holliman)              or                (Defendant Gregory Hancock)

_____

(Plaintiff Mark Holliman)              or                (Defendant Patricia Wickey)

_____

(Plaintiff Mark Holliman)              or                (Defendant Teri Vandergriff)

_____

(Plaintiff Mark Holliman)              or                (Defendant Craig Crane)

_____

(Plaintiff Mark Holliman)                or                (Defendant Michelle Basham)

_____

(Plaintiff Mark Holliman)                or                (Defendant Carl Hart)

_____

(Plaintiff Mark Holliman)                or                (Defendant Dennis Spradling)

_____

(Plaintiff Mark Holliman)                or                (Defendant Jacob Ragan)

_____

(Plaintiff Mark Holliman)                or                (Defendant Gary Fenwick)

_____

(Plaintiff Mark Holliman)                or                (Defendant Adam Simonton)

_____

(Plaintiff Mark Holliman)                or                (Defendant David Vandergriff)

_____

(Plaintiff Mark Holliman)                or                (Defendant Matt Raymond)

_____

**Note**:    Complete this form by writing in the names required by your verdict.

### Count VII – Missouri State Tort Law Battery

On plaintiff Reginald Clemons' claim against defendant Carl Hart, as submitted in Instruction No. _____, we find in favor of

_____

(Plaintiff Reginald Clemons)                or                (Defendant Carl Hart)

_____