UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| REGINALD BYRON CLEMONS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v.                                              ) | No. 4:22-CV-00158-SRW |
| ) | |
| MICHELLE BASHAM, et al., ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT IN A CIVIL CASE

☒ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Directed Verdict.** This action came before the Court for a trial by jury, the Court having sustained defendant's motion for judgment as a matter of law at the close of plaintiffs' case.

☐ **Decision by Verdict.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS HEREBY ORDERED AND ADJUDGED** that the jury has reached its verdict as follows:

### Count I – First Amendment Free Exercise under § 1983

The jury finds in favor of plaintiffs Reginald Clemons, Steven Stafford, Wendell Harris, Marcus Howard, Vincent Hood, and Mandell Kent and against defendants Michelle Basham, Carl Hart, Dennis Spradling, Jacob Reagan, Gary Fenwick, Adam Simonton, David Vandergriff, Matt Raymond, Trevor Foley, Travis Terry, Valarie Moseley, Aaron Davis, Richard Adams, Jennifer Shankle, Kelly Morris, Gregory Hancock, Patricia Wickey, Teri Vandergriff, and Craig Crane.

The jury finds in favor of plaintiff Mark Holliman and against defendants Michelle Basham, Carl Hart, David Vandergriff, Matt Raymond, Trevor Foley, Travis Terry, Valarie Moseley, Aaron Davis, Richard Adams, Jennifer Shankle, Kelly Morris, Gregory Hancock, Patricia Wickey, Teri Vandergriff, and Craig Crane.

The jury finds in favor of plaintiff Montrell Moore and against defendants Michelle Basham, Carl Hart, Gary Fenwick, David Vandergriff, Matt Raymond, Trevor Foley, Travis

Terry, Valarie Moseley, Aaron Davis, Richard Adams, Jennifer Shankle, Kelly Morris, Gregory Hancock, Patricia Wickey, Teri Vandergriff, and Craig Crane.

### Count II – Eighth Amendment Excessive Use of Force under § 1983

The jury finds in favor of plaintiffs Reginald Clemons, Steven Stafford, Wendell Harris, Marcus Howard, and Vincent Hood and against defendants Michelle Basham, Carl Hart, Dennis Spradling, Jacob Reagan, Gary Fenwick, and Adam Simonton.

The jury finds against plaintiff Mark Holliman and in favor of defendants Michelle Basham, Carl Hart, David Vandergriff, and Matt Raymond.

The jury finds in favor of plaintiff Montrell Moore and against defendants Michelle Basham, Carl Hart, and Gary Fenwick.

### Count IV – Eighth Amendment Deliberate Indifference under § 1983

The jury finds in favor of plaintiffs Reginald Clemons, Steven Stafford, Wendell Harris, and Marcus Howard's and against defendants Michelle Basham, Carl Hart, Dennis Spradling, Jacob Reagan, Gary Fenwick, Adam Simonton, David Vandergriff, and Matt Raymond.

The jury finds in favor of plaintiff Montrell Moore and against defendants Michelle Basham, Carl Hart, Gary Fenwick, David Vandergriff, and Matt Raymond.

### Count V – Fourteenth Amendment Equal Protection

### (on the basis of religion)

The jury finds in favor of plaintiffs Reginald Clemons, Steven Stafford, Wendell Harris, Marcus Howard, Vincent Hood, Montrell Moore, and Mandell Kent and against defendants Michelle Basham, Carl Hart, Dennis Spradling, Jacob Reagan, Gary Fenwick, Adam Simonton, David Vandergriff, Matt Raymond, Trevor Foley, Travis Terry, Valarie Mosely, Aaron Davis, Richard Adams, Jennifer Shankle, Kelly Morris, Gregory Hancock, Patricia Wickey, Teri Vandergriff, and Craig Crane.

### Count VII – Missouri State Tort Law Battery

The jury finds in favor of plaintiff Reginald Clemons and against defendants Carl Hart.

### Damages

We find plaintiff Reginald Clemons' damages to be:

$75,000.00

We find plaintiff Steven Stafford's damages to be:

$185,000.00

We find plaintiff Montrell Moore's damages to be:

$95,000.00

-3-

We find plaintiff Vincent Hood's damages to be:

$68,500.00

We find plaintiff Wendell Harris' damages to be:

$85,000.00

We find plaintiff Mark Holliman's damages to be:

$55,000.00

We find plaintiff Pre'Marcus Howard's damages to be:

$75,000.00

We find plaintiff Mandell Kent's damages to be:

$28,500.00

March 9, 2026  
Date

*Nathan M. Graves*                  /  
Clerk of Court

/s/ Kelley Shirley          /  
By:   KELLEY SHIRLEY  
       Deputy Clerk