**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| **REGINALD CLEMONS**, *et al.,*<br><br>*Plaintiffs*,<br><br>v.<br><br>**MICHELLE BASHAM**, *et al.,*<br><br>*Defendants*. | Case No.: 4:22-cv-00158-SRW |

**[PROPOSED] ORDER**

The Court, having reviewed Plaintiffs' Motion for Award of Attorneys' Fees, grants the motion.

It is hereby ORDERED that Plaintiffs' Motion for Award of Attorneys' Fees and Expenses is Granted and that Plaintiffs are awarded $344,031.22 in Attorney's Fees and Expenses.

IT IS SO ORDERED.

Dated: __________ ____________________________