# Exhibit B

Lena Masri's Hours:

| Task | Hours | Date | Notes |
|---|---|---|---|
| Client Meetings | 6 | 2/7/2023 | Meeting with Clients for fact gathering |
| Strategy and Organzing Facts | 6 | 2/7/2023 | Reviewing and organizing facts for complaint |
| Client Meetings | 6 | 2/8/2023 | Meeting with Clients for fact gathering |
| Strategy and Organzing Facts | 6 | 2/8/2023 | Reviewing and organizing facts for complaint |
| Strategy and Organzing Facts | 8 | 2/9/2023 | Reviewing and organizing facts for complaint |
| Deposition Prep | 1 | 6/23/2025 | Prep |
| Deposition | 7 | 6/24/2025 | Raymond Deposition |
| Deposition Strategy | 2 | 6/24/2025 | Strategy and Prep before and after deposition |
| Total Hours: | 42 | | |