# Exhibit C

Gadeir Abbas's Hours:

| | | |
|---|---|---|
| **Complaint** | | |
| DATE | HOURS | TASK |
| 2/27/2023 | 3.5 | review draft complaint; edit fact sections; review grievances |
| 2/28/2023 | 1.5 | edit complaint; research elements and PLRA physical injury requirement |
| 3/1/2023 | 5.5 | finalize plaintiff-fact sections |
| 3/2/2023 | 1.2 | line-edit of complaint, finalize for filing |
| | | |
| | | |
| **Depositions** | | |
| DATE | HOURS | TASK |
| 4/14/2024 | 4.5 | Defend Stafford deposition; debrief |
| 5/7/2025 | 3 | Defend Harris deposition |
| 5/19/2025 | 2.5 | Prepare for Vandergriff deposition; review case file, study facts and outline |
| 5/20/2025 | 4 | Prepare for and take Vandergriff deposition |
| 6/26/2024 | 1.7 | Prepare for Weber (30b6) deposition |
| 6/27/2024 | 3.5 | Prepare for and take Weber (30b6) deposition |
| | | |
| | | |
| **Hearings and Trial** | | |
| | | |
| DATE | HOURS | TASK |
| 8/13/2025 | 2 | prep for 8/14 hearing; review sanctions motion briefing |
| 8/14/2025 | 1.5 | prep for and argue at sanctions hearing; debrief |
| | | |
| 9/9/2025 | 1 | prep for and attend extension motion hearing |
| | | |
| 1/29/2025 | 1 | prep for and attend status conference hearing |
| 1/6/2026 | 5.5 | travel from Chicago to STL and prepare for pre-trial conference |
| 1/7/2026 | 1.5 | prepare for and attend pre-trial conference |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1/7/2026 | 5.5 | travel back, review pre-trial deadlines ordered by court, and logistics with team | | | | |
| | | | | | | |
| 2/11/2026 | 5.5 | travel from Chicago to St. Louis and prepare for pre-trial conference | | | | |
| 2/12/2026 | 2 | prep for, attend, and debrief pre-trial conference | | | | |
| 2/12/2026 | 5.5 | travel back to Chicago from STL | | | | |
| 2/23/2026 | 6 | study depositions, exhibit list, and policy documents | | | | |
| 2/24/2026 | 8 | review trial strategy, study case file, depositions, trial exhibits | | | | |
| 2/25/2026 | 3.5 | review trial strategy, study case file, depositions, trial exhibits | | | | |
| 2/25/2026 | 5.5 | travel from Chicago to St. Louis and prepare for final pre-trial conference | | | | |
| 2/26/2026 | 2.5 | prep for, attend, and debrief final pre-trial conference | | | | |
| 2/27/2026 | 4.5 | prep to examine trial witnesses | | | | |
| 2/28/2026 | 4.5 | prep Spradling cross | | | | |
| 3/1/2026 | 7 | travel from Chicago to St. Louis; prep for trial - review transcripts, trial schedule, case file | | | | |
| 3/2/2026 | 7 | prep for and attend trial | | | | |
| 3/2/2026 | 1.5 | review Spradling cross plan; prep for his cross | | | | |
| 3/3/2026 | 8.5 | prep for and attend trial | | | | |
| 3/4/2026 | 10 | attend trial, prep to cross MDOC witnesses | | | | |
| 3/5/2026 | 6.5 | prep for and attend trial | | | | |
| 3/5/2026 | 3.5 | prep closing statement | | | | |
| 3/6/2026 | 9 | prep closing statement, finalize ppt, attend trial | | | | |
| **total hours** | **149.4** | | | | | |
| | 113 | | | | | |