# Exhibit E

Nadia Bayado's Hours:

| Task | Hours | Date | Notes |
|---|---|---|---|
| Strategy Meeting | 1 | 5/1/2025 | Catie, Liz, Nadia |
| Strategy Meeting | 1 | 5/6/2025 | Catie, Nadia, Gadeir |
| Strategy Meeting | 1 | 5/20/2025 | Deposition prep |
| Vandergriff Deposition | 5.25 | 5/21/2026 | |
| Deposition Meeting | 0.5 | 5/21/2025 | Catie, Nadia, Liz |
| Ragan Deposition | 3 | 5/21/2025 | |
| Client Call | 1 | 5/28/2025 | Holliman re: Interrogatories |
| Client call | 1.5 | 5/28/2025 | Hood re: Interrogatories |
| Client call | 1 | 6/5/2025 | Smith re: Interrogatories |
| Client call | 1 | 6/9/2025 | Hood re: Interrogatories |
| Deposition Prep | 5.45 | 6/23/2025 | Raymond Dep Prep |
| Raymond Deposition | 7 | 6/24/2025 | |
| Deposition Prep | 2 | 6/24/2025 | Post deposition strategy call and debrief |
| Call with Opposing Counsel | 0.1 | 6/25/2025 | re: discovery |
| Call with Opposing Counsel | 0.1 | 6/25/2025 | re: discovery |
| 30(b)(6) Deposition | 3.7 | 6/27/2025 | |
| Client call | 0.5 | 7/10/2025 | Stafford |
| Strategy Meeting | 0.75 | 7/17/2025 | re: spoliation reply |
| Spoliation Reply Drafting | 2.1 | 7/23/2025 | |
| Moot and Strategy Call | 1 | 8/5/2025 | for 8/14/2025 hearing and general case strategy |
| Virtual Hearing | 0.5 | 8/14/2025 | Spoliation hearing |
| Call with Opposing Counsel | 0.1 | 8/20/2025 | re: discovery |
| Client call | 1 | 8/21/2025 | Call with Michael Smith |
| Virtual Hearing | 0.25 | 9/9/2025 | MTE hearing |
| Call with Opposing Counsel | 0.1 | 9/11/2025 | Re: discovery |
| Prep for Simonton Deposition | 6 | 9/23/2025 | |
| 30(b)(6) Deposition | 7 | 9/24/2025 | Part 2 |
| Simonton Depostion | 7 | 9/25/2026 | |
| Call with Opposing Counsel | 0.1 | 10/14/2025 | |
| Call with Opposing Counsel | 0.1 | 12/2/2025 | |
| Client Call | 0.5 | 12/17/2025 | Hood |
| Client call | 0.5 | 12/19/2025 | Clemons |
| Trial Prep Call | 0.5 | 1/5/2026 | |
| Co-Counsel Call | 0.4 | 1/9/2026 | Call with Co-Counsel |
| Strategy Call | 0.5 | 1/6/2026 | Trial Prep |
| Client Call | 0.5 | 1/13/2026 | Holliman |
| Pretrial Drafting | 5.5 | 1/17/2026 | Drafting and prep for pretrial deadlines |
| Co-Counsel Call | 0.5 | 1/21/2026 | Co-Counsel strategy call |
| Strategy Call | 0.5 | 1/22/2026 | trial prep |
| Pretrial Drafting | 6.6 | 1/24/2026 | Drafting for Pretrial deadlines |
| Pretrial Drafting | 8 | 1/25/2026 | Drafting for Pretrial deadlines |
| 30(b)(6) Deposition | 4.3 | 1/29/2026 | Thomas Reagan |

| | | | |
|---|---|---|---|
| Strategy Call | 0.5 | 1/20/2026 | Trial Prep |
| Direct Exam Prep | 4 | 1/31/2026 | preparing outlines |
| Direct Exam Prep | 6.5 | 2/1/2026 | preparing outlines and reviewing discovery |
| Meet and Confer | 1 | 2/2/2026 | re: stipulated facts |
| Client call | 0.5 | 2/3/2026 | Howard |
| Client Call | 0.3 | 2/4/2026 | Hood |
| Witness call | 0.2 | 2/4/2026 | witness scouting |
| Client Call | 0.5 | 2/4/2026 | Smith |
| Meet and Confer | 0.4 | 2/5/2026 | re stipulations |
| strategy Call | 0.5 | 2/5/2026 | Trial Prep |
| Client Call | 0.5 | 2/10/2026 | Harris |
| Co-Counsel Call | 0.75 | 2/19/2026 | Trial Prep |
| Direct Exam Prep | 5.75 | 2/21/2026 | working on outline and reviewing discovery |
| Trial Prep | 7.5 | 2/22/2026 | general trial prep (reviewing documents and discovery) |
| Client call | 1.1 | 2/23/2026 | Harris Trial Prep |
| Client Call | 1.3 | 2/23/2026 | Hood Trial Prep |
| Client Call | 2.25 | 2/24/2026 | Harris Trial Prep |
| Client Call | 1 | 2/25/2026 | Holliman trial logistics |
| Client Call | 1.25 | 2/24/2026 | All Client Conference Call |
| Client Call | 2 | 2/25/2026 | Hood Trial Prep |
| Research Qualified Immunity | 5.5 | 2/25/2026 | |
| Final Pretrial Conference | 1.1 | 2/26/2026 | In Person |
| Client Call | 1 | 2/27/2026 | Holliman trial logistics |
| Strategy Call | 1 | 2/27/2026 | Trial Prep |
| Trial Prep | 7 | 2/28/2026 | |
| Trial Prep | 8 | 3/1/2026 | |
| Trial | 8.3 | 3/2/2026 | Attend Trial |
| Trial | 6.75 | 3/3/2026 | Attend Trial |
| Trial | 5.1 | 3/4/2026 | Attend Trial |
| Trial | 6.75 | 3/5/2026 | Attend Trial |
| Prep Closing | 5.25 | 3/5/2026 | Draft Closing |
| trial | 4.25 | 3/6/2026 | Attend Trial |
| Client Call | 1 | 3/11/2026 | Harris |
| client call | 0.45 | 3/12/2026 | Moore |
| Draft MTE | 0.4 | 3/16/2026 | For Attorneys' Fees Motion |
| Client Call | 0.3 | 3/16/2026 | Harris |
| Research Qualified Immunity | 1.1 | 4/9/2026 | for JMOL |
| Draft MTE | 0.2 | 4/13/2026 | Attorneys Fees Motion |
| **2025 Hours** | 62.1 | | |
| **2026 Hours** | 128.55 | | |
| **Total Hours** | 190.65 | | |