# Exhibit F

Catherine Keck's Hours:

| Task | Hours | Date | Notes |
|---|---|---|---|
| Strategy Meeting | 1 | 5/1/2025 | Catie and Nadia |
| Strategy Meeting | 1 | 5/6/2025 | Catie, Nadia, and Gadeir |
| meeting to discuss depositions and dep prep | 0.75 | 5/20/2025 | Meeting with Gadeir to discuss deposistions |
| reviewing case materials | 4 | 5/20/2025 | reviwing discovery, complaint, and case materials |
| Vandergriff Deposition | 5.25 | 5/20/2025 | |
| Deposition Meeting | 0.5 | 5/20/2025 | Catie, Liz, Nadia |
| Ragan Deposition Prep | 6.75 | 5/20/2025 | Prepping outline and reviewing complaint |
| Ragan Deposition | 3 | 5/21/2025 | |
| Ragan Deposition Prep/Strategy | 1.5 | 5/21/2025 | prep during deposition breaks |
| Client call | 1 | 5/28/2025 | Call with Marcus Howard |
| Client call | 1 | 5/29/2025 | Call with Michael Smith |
| Interrogatory Drafting | 3 | 5/20-6/9/2025 | Drafting responses to Defs ROGS |
| Motion for Sanctions/Spoliation Draft | 1.25 | 6/5-6/10/2025 | Drafting and filing |
| Raymond Dep | 7 | 6/24/2025 | Nadia conducted |
| Post-Deposition Strategy Call | 0.5 | 6/24/2025 | Catie, Nadia, and Lena |
| 30B6 Deposition | 3.7 | 6/27/2025 | |
| Drafting Response for Motion for Extension for SJ | 1.25 | 6/30/2025 | Opposing extension for Summary Judgment by Def |
| Strategy Meeting | 0.75 | 7/17/2025 | Re Spoliation Reply |
| Spoliation Reply editing | 1 | 7/24/2025 | Editing Reply |
| Moot | 1 | 8/5/2025 | Moot and strategy for 8/14 hearing |
| Strategy Meeting | 0.5 | 8/18/2025 | Strategy call with Nadia |
| reviewing proper defendants | 2.5 | 8/20/2025 | reviewing and clarifying proper defendants to dismiss dorris |
| Dissmissal of extraneous defendants | 0.75 | 8/22/2025 | Dismissing Dorris Falkenrath |
| Hearing on Motion for Extension of Time | 0.25 | 9/9/2025 | virtual hearing |
| prep and discussion for hearing | 0.75 | 9/9/2025 | prep for hearing and team strategy call |
| 30B6 Deposition | 6 | 9/24/2025 | Part 2 |
| Simonton Dep | 6 | 9/25/2025 | Nadia conducted |
| client call | 0.45 | 12/8/2025 | ERDCC client call-case update and fact gathering |
| petitions for writs of ad testificandum | 1.25 | 1/1/2026 | writs of habeas for all PLs and two witnesses |
| draft stipulations of fact | 6 | '20/2026-2/5/2026 | draft joint stipulations of facts |
| Meeting with Kent | 1 | 1/22/2026 | meeting with Kent (trial prep) |
| 30B6 Deposition | 3.5 | 1/29/2026 | |
| Weekly team strategy meeting | 6 | :9/2026-2/29/2026 | Weekly team trial strategy meeting |
| Co counsel meeting | 1 | 1/30/2026 | meeting trial strategy with co counsel |
| meet and confer with OC | 0.75 | 2/2/2026 | meet and confer with OC re stips of fact |
| review discovery for exhibits list | 10 | 1/30-2/3/2026 | review discovery to create exhibit list |
| create exhibit list | 1.25 | 2/1/2026 | exhibit list creation and edits |
| review depositions for designations | 12 | !/1/2026-2/4/2026 | reading and reviewing depositions |
| creating deposition designations | 2.5 | 2/3/2026 | putting together designation list |
| witness list discussion and strategy | 1.25 | 1/30-2/1 | discussing witnesses for trial |

| | | | |
|---|---|---|---|
| create witness list | 0.75 | 2/3/2026 | create list |
| client call | 0.75 | 2/3/2026 | ERDCC client call-trial prep and logistics |
| renewed motions for spoliation draft | 2 | 2/4/2026 | new motion for spoliation and for adverse inference (video deletion) |
| edit and review proposed jury instructions | 1 | 2/4/2026 | review and edit John and hufsa's proposed jury instructions |
| meet and confer with OC | 0.75 | 2/5/2026 | meet and confer for stip of facts |
| objections to exhibits list | 5 | 2/8/2026 | reviewing Def exhibit list and drafting exhibit list objections |
| client call | 0.75 | 2/10/2026 | re-trial logistics and prep |
| reply to motion for sanctions | 1.5 | 2/10/2026 | drafting and editing |
| repsonse in opp to motion for judgment on the plead | 2.5 | 2/22/2026 | response in opp to partial jmol |
| conference call with PLs | 1.25 | 2/24/2026 | strategy call with PLs |
| witness prep | 1.2 | 2/24/2026 | prep call with Michael Smith |
| prep with mandell Kent | 1 | 2/25/2026 | prep call |
| witness prep | 1.1 | 2/27/2026 | witness prep-Michael Smith |
| trial prep with co-counsel | 8 | 3/1/2026 | in STL |
| trial | 8.2 | 3/2/2026 | trial |
| trial prep | 6 | 3/2/2026 | dep prep and strategy |
| trial | 6.75 | 3/3/2026 | trial |
| trial prep with co-counsel | 6 | 3/3/2026 | cross prep and strategy |
| trial | 5.1 | 3/4/2026 | trial |
| trial prep with co-counsel | 4 | 3/4/2026 | cross prep and strategy |
| trial | 6.75 | 3/5/2026 | trial |
| trial prep with co-counsel | 7 | 3/5/2026 | preparing closing arguments |
| trial | 4.25 | 3/6/2026 | trial |
| trial | 0.6 | 3/9/2026 | trial verdict and final arguments |
| Call with Marcus Howard | 0.25 | 3/11/2026 | |
| JMOL research | 2.5 | 4/8/2026 | research for response to JMOL |
| JMOL drafting | 3.25 | 4/9/2026 | drafting part of JMOL |
| collecting hours | 1.5 | 7/13/2026 | collecting hours for motion for attorneys fees |
| Misc emails | 2 | 5/2025-7/2026 | emails with OC |
| 2025 Hours | 62.4 | | |
| 2026 Hours | 138.2 | | |
| **Total Hours:** | 200.6 | | |