# Exhibit G

Ahmad Kaki's Hours:

| Task | Hours | Date | Notes |
|---|---|---|---|
| Call with Holliman to Review Rog Responses | 1.1 | 6/9/2025 | |
| Draft, edit, file spoliation motion | 8.5 | 6/10/2025 | |
| Draft spoliation reply | 6.3 | 7/23/2025 | |
| Co-counsel meeting | 1 | 1/6/2026 | Trial Prep |
| Co-Counsel Meeting | 1 | 1/21/2026 | Trial Prep |
| Co-Counsel Meeting | 1 | 1/22/2026 | Trial Prep |
| Draft/edit trial brief | 3.3 | 27-Jan | |
| Draft/edit trial brief | 4 | 28-Jan | |
| Draft/edit trial brief | 3.1 | 29-Jan | |
| Draft/edit trial brief | 3 | 2/4/2026 | |
| Read and designate Basham deposition | 5.2 | 2/5/2026 | |
| Read and designate Reagan 30b6 deposition | 5.4 | 2/5/2026 | |
| Edit/file trial brief | 2.2 | 2/5/2026 | |
| Conference Call with all Plaintiffs | 1.3 | 2/11/2026 | Discussing trial, settlement offer, etc. |
| Draft sttlement Demand | 2.3 | 2/11/2026 | |
| Draft and send settlement demand | 1 | 2/12/2026 | |
| Draft Direct Examination outline for Steven Stafford | 3.1 | 2/12/2026 | |
| draft direct examination outline for Mandell Kent | 2.1 | 2/13/2026 | |
| Draft Direct examination outline for Reginald Clemons | 2.3 | 2/13/2026 | |
| Call with Plaintiff Reginald Clemons | 1 | 2/20/2026 | Trial Prep |
| Co-counsel meeting | 1.3 | 2/23/2026 | Trial Prep |
| Call with Plaintiff Marcus Howard | 1 | 2/24/2026 | Trial Prep |
| Call with Plaintiff Reginald Clemons | 1 | 2/24/2026 | Trial Prep |
| Conference Call with all Plaintiffs | 1.3 | 2/24/2026 | Discussing trial, settlement offer, etc. |
| Call with Plaintiff Reginald Clemons | 1 | 2/25/2026 | Trial Prep |
| Call with Plaintiff Reginald Clemons | 1.3 | 2/26/2026 | Trial Prep |
| Call with Plaintiff Marcus Howard | 1 | 2/26/2026 | Trial Prep |
| Call with Plaintiff Marcus Howard | 1 | 2/27/2026 | Trial Prep |
| Call with Plaintiff Mandell Kent | 1.1 | 2/27/2026 | Trial Prep |
| trial prep with co-counsel | 8 | 3/1/2026 | in STL |
| trial | 8.2 | 3/2/2026 | trial |
| trial prep | 6 | 3/2/2026 | dep prep and strategy |
| trial | 6.5 | 3/3/2026 | trial |
| trial prep with co-counsel | 4 | 3/3/2026 | cross prep and strategy |
| trial | 5.1 | 3/4/2026 | trial |
| trial prep with co-counsel | 2.2 | 3/4/2026 | cross prep and strategy |
| trial | 6.5 | 3/5/2026 | trial |
| Draft/finalize judgment as a matter of law | 5.2 | 3/5/2026 | |
| trial | 4.2 | 3/6/2026 | trial |
| | | | |
| **Total** | 109 hours | | |