# Exhibit J

# Ian Cross's Hours:

| date | task | hours | minutes |
|---|---|---|---|
| 01/22/26 | meet with CAIR attorneys to discuss joining the team as co-counsel for the trial | 0 | 30 |
| 01/22/26 | attempt to locate and make contact with various potential witnesses who were housed in H | 0 | 45 |
| 01/22/26 | read long-form Al-Jazeera article about the subject incident | 0 | 24 |
| 01/28/26 | draft and file motion to appear pro hac vice for Plaintiffs | 0 | 15 |
| 01/28/26 | research court's power to issue writs of habeas corpus ad testificandum to out-of-state pris | 1 | 25 |
| 01/28/26 | read Michelle Basham deposition | 3 | 30 |
| 01/29/26 | attend 30(b)(6) deposition of Thomas Reagan | 4 | 21 |
| 01/29/26 | Read Jacob Regan deposition | 1 | 51 |
| 01/29/26 | review surveillance videos and plaintiffs' institutional files | 1 | 35 |
| 01/29/26 | read Adam Simonton deposition | 1 | 43 |
| 01/30/26 | interview with Mark Holliman | 0 | 27 |
| 01/30/26 | Read Matthew Raymond personal-capacity deposition | 2 | 5 |
| 01/30/26 | Read Matthew Raymond 30(b)(6) deposition | 0 | 15 |
| 01/30/26 | Read Montrell Moore deposition | 0 | 37 |
| 01/30/26 | Read Carl Hart deposition | 2 | 13 |
| 01/30/26 | Review MDOC Use-of-force guidelines, use-of-force reports from the incident, and Plaintiff | 2 | 46 |
| 01/31/26 | read Scott Weber deposition | 1 | 17 |
| 01/31/26 | read Gary Fenwick deposition | 0 | 25 |
| 02/01/26 | Research RLUIPA statute, edit stipulations of fact and case summary for voir dire | 0 | 27 |
| 02/01/26 | read David Vandergriff deposition | 1 | 44 |
| 02/01/26 | review and analyze use-of-force spreadsheet | 1 | 12 |
| 02/01/26 | Read Steven Stafford deposition | 1 | 2 |
| 02/01/26 | Read Reginald Clemons deposition | 1 | 40 |
| 02/02/26 | Review portions of Defendants' document production, including but not limited to House R | 2 | 42 |
| 02/03/26 | Review and formulate responses to opposing counsel's proposed edits to the list of stipula | 0 | 20 |
| 02/03/26 | Research and begin drafting Plaintiff's motions in limine to exclude their convictions, priso | 7 | 24 |
| 02/03/26 | Edit Plaintiff's trial brief, re-write RLUIPA section | 1 | 21 |
| 02/03/26 | Read Wendell Harris deposition | 0 | 25 |
| 02/04/26 | Research and draft Plaintiff's motions in limine to exclude their convictions and prison mis | 7 | 7 |
| 02/04/26 | Research right to jury trial and damages against individual-capacity defendants under RLU | 1 | 12 |
| 02/04/26 | Read Toby Revels deposition | 0 | 18 |
| 02/04/26 | Read Darryl Wagganer deposition | 0 | 13 |
| 02/05/26 | meet with opposing counsel to discuss stipulations of fact and case summary for voir dire | 0 | 25 |
| 02/05/26 | Edit proposed stipulated facts and case summary for voir dire, email to opposing counsel r | 0 | 52 |
| 02/05/26 | Read defendant's MILs, trial brief, exhibit list and witness list | 0 | 21 |
| 02/05/26 | Select deposition designations for Adam Simonton | 0 | 51 |
| 02/05/26 | review and edit deposition designation selections for other deposed witnesses; file deposit | 2 | 13 |
| 02/05/26 | complete and file Plaintiff's motions in limine | 0 | 35 |
| 02/05/26 | edit and file Plaintiffs' amended witness list | 0 | 38 |
| 02/06/26 | edit motion for writ of habeas corpus ad testificandum for inmate witness Clayton Fisher | 0 | 14 |
| 02/08/26 | investigate non-defendant individuals on Defendant's witness list | 1 | 27 |
| 02/10/26 | read defendant's objections to Plaintiff's MILs, Plaintiff's witness list, and Plaintiff's deposi | 0 | 10 |
| 02/10/26 | Research and draft responses to Defendants' Motions in Limine regarding 404(b) evidence | 3 | 42 |
| 02/10/26 | review grievance records, records of criminal convictions, and conduct violation reports for | 2 | 16 |
| 02/11/26 | Research, draft, and file responses to Defendants' Motions in Limine | 10 | 51 |
| 02/11/26 | prepare for oral argument at pretrial conference | 0 | 35 |
| 02/12/26 | Attend pretrial conference and argue motions in limine | 1 | 15 |
| 02/12/26 | interview potential witness Carl Sutherland | 0 | 18 |
| 02/13/26 | Review and edit Plaintiffs' settlement demand letter | 2 | 6 |
| 02/13/26 | create trial schedule, select witness order, assign witnesses to CAIR attorneys | 0 | 39 |
| 02/16/26 | prepare trial subpoenas for Darryl Wagganer and Brian Wagganer | 0 | 12 |
| 02/17/26 | Create first draft of opening statement and opening powerpoint | 3 | 12 |
| 02/18/26 | create/edit video clips from Reagan 30(b)(6) deposition to play in opening slideshow | 0 | 18 |
| 02/18/26 | Email defense counsel re: refusal to accept service of trial subpoenas for Defendants, pre | 0 | 19 |
| 02/19/26 | prepare 404(b) notice for defense counsel and shorter case summary for voir dire | 0 | 49 |
| 02/19/26 | meeting with co-counsel to discuss trial strategy and how to prepare Plaintiffs to avoid "ope | 0 | 45 |
| 02/19/26 | Select voir dire questions to be asked by the Court, draft and file proposed voir dire | 0 | 27 |
| 02/19/26 | Call with Wendell Harris to prepare trial testimony | 0 | 25 |
| 02/20/26 | prepare first draft of direct examination questions for Brian Wagganer | 1 | 22 |
| 02/20/26 | Call with Mark Holliman to discuss prison operations and facts of the incident | 0 | 51 |
| 02/22/26 | Prepare for direct examination of Defendant Carl Hart, review Defendant Hart's prior stater | 3 | 43 |
| 02/23/26 | Call with Carl Sutherland to prepare trial testimony | 0 | 59 |
| 02/23/26 | Discuss and obtain approval from co-counsel/clients to voluntarily dismiss retaliation claim | 1 | 10 |
| 02/23/26 | call with Vincent Hood to prepare trial testimony | 1 | 17 |
| 02/24/26 | Draft stipulation to voluntarily dismiss count III and email to opposing counsel | 0 | 9 |
| 02/24/26 | Call with Reginald Clemons to prepare trial testimony | 1 | 32 |
| 02/24/26 | Conference call with all incarcerated plaintiffs to discuss trial strategy and potential settlem | 1 | 15 |
| 02/24/26 | Zoom meeting with Mark Holliman to discuss facts of case and prepare trial testimony | 1 | 0 |
| 02/25/26 | call with Clayton Fisher to interview witness and discuss trial testimony | 1 | 0 |
| 02/25/26 | prepare questions for Clayton Fisher direct examination | 2 | 14 |
| 02/25/26 | call with Michael Smith to prepare trial testimony | 0 | 40 |
| 02/25/26 | prepare spreadsheet of witnesses that Defendants have objected to with the dates and me | 2 | 33 |
| 02/25/26 | prepare for oral argument at final pretrial on 404(b) issues | 0 | 55 |
| 02/26/26 | Attend final pretrial conference | 1 | 10 |
| 02/26/26 | Meet in person with trial witness Brian Wagganer to interview him and prepare his trial test | 1 | 6 |
| 02/26/26 | prepare for direct examination of Brian Wagganer | 1 | 50 |
| 02/26/26 | Call with Steven Stafford to prepare for trial testimony | 0 | 39 |
| 02/26/26 | Zoom meeting with Mandell Kent to prepare his trial testimony | 0 | 54 |
| 02/27/26 | prepare alternative direct exam of Carl Hart in the event he takes the Fifth for some/all que | 1 | 5 |
| 02/27/26 | Select the deposition designations that will actually be read into evidence and the dates th | 0 | 36 |
| 03/01/26 | Plan voir dire strategy, select voir dire questions | 2 | 31 |
| 03/01/26 | prepare demonstratives for trial | 0 | 44 |
| 03/01/26 | revise opening powerpoint | 2 | 28 |
| 03/01/26 | revise, practice and memorize opening statement, sychronize statement with powerpoint | 3 | 25 |
| 03/02/26 | Attend trial | 8 | 18 |
| 03/02/26 | additional preparation for direct exam of Carl Hart | 1 | 10 |
| 03/03/26 | Attend trial | 6 | 46 |
| 03/04/26 | Attend trial | 5 | 10 |
| 03/04/26 | prepare outlines for cross examinations of Jacob Ragan and Gary Fenwick, review their de | 3 | 15 |
| 03/05/26 | Attend trial | 6 | 45 |
| 03/05/26 | Research and write initial draft of motion for judgment as a matter of law | 2 | 48 |
| 03/05/26 | prepare closing arguments w/ Gadeir Abbas | 1 | 33 |
| 03/06/26 | Attend trial | 4 | 15 |
| | | | |
| | | | |
| | | | |
| | **Total hours:** | **166.566667** | |