# Exhibit P

Kimberly Noe-Lehenbauer's Hours:

**Clemons v. Basham, et al. — Kimberly Noe-Lehenbauer Attorney Time (E.D. Mo. No. 4:22-cv-00158-SRW)**

| Date | ECF No. | Category | Task Description | Hours | Notes |
|---|---|---|---|---|---|
| 02/01/2023 | | Travel | DC to Missouri | 6.5 | |
| 02/02/2023 | | Client Meeting | Meet with plaintiffs | 8.0 | |
| 02/03/2023 | | Client Meeting | Meet with plaintiffs | 8.0 | |
| 02/04/2023 | | Travel | Missouri to DC | 6.5 | |
| 02/06/2023 | | Document Review | Review client documents | 11.0 | |
| 02/07/2023 | 1 | Pleadings | Legal research re: prisoner civil-rights claims under 42 U.S.C. § 1983 | 9.7 | |
| | | | | | |
| 02/08/2023 | 1 | Pleadings | Legal research re: prisoner civil-rights claims and administrative exhaustion under 42 U.S.C. § 1983 | 2.0 | |
| 02/10/2023 | 23 | Case Administration | Prepare and file Entry of Appearance for Plaintiffs | 0.2 | |
| 02/15/2023 | 26 | Motions & Briefing | Draft and file motion for leave to amend pro se complaint, with proposed order | 2.6 | |
| 02/21/2023 | 27 | Court Orders (Review) | Review order granting leave to amend; calendar 30-day deadline | 0.2 | |
| 02/26/2023 | | Travel | DC to Missouri | 6.5 | |
| 02/27/2023 | | Client Meeting | Meet with plaintiffs | 5.0 | |
| 03/02/2023 | 28 | Pleadings | Legal research re: claims and defendants added in Second Amended Complaint | 11.2 | |
| 03/02/2023 | 28 | Pleadings | Draft Second Amended Complaint (multiple plaintiffs and defendants, jury demand) | 15.7 | |
| 04/21/2023 | 36 | Motions & Briefing | Review and consent to defendants' motion for extension of time to respond to | 0.2 | |
| 04/24/2023 | 37 | Court Orders (Review) | Review order granting defendants' extension of time | 0.1 | |
| 05/10/2023 | 38 | Discovery/ADR | Coordinate and file executed waivers of service for multiple plaintiffs and defendants | 1.0 | |
| 05/30/2023 | 39 | Discovery/ADR | Coordinate and file executed waiver of service (defendants Hart and Williams) | 0.3 | |
| 06/12/2023 | 41 | Motions & Briefing | Review and consent to defendants' motion for leave to file in excess of page limitation | 0.1 | |
| 06/13/2023 | 42 | Court Orders (Review) | Review order granting defendants' motion for excess pages | 0.1 | |
| 06/14/2023 | | OC Communications | Meet and confer re: motion for leave to amend | 0.3 | |
| 06/15/2023 | 43 | Motions & Briefing | Draft and file unopposed motion for leave to amend complaint | 0.5 | |
| 06/16/2023 | 44 | Court Orders (Review) | Review order granting leave to amend complaint | 0.1 | |
| 06/20/2023 | 45 | Pleadings | Draft Third Amended Complaint | 6.0 | |
| 06/27/2023 | 46 | Motions & Briefing | Review defendants' motion to dismiss | 1.5 | |
| 06/27/2023 | 47 | Motions & Briefing | Review memorandum in support of motion to dismiss and exhibits | 1.5 | |
| 06/27/2023 | 48 | Pleadings | Review defendants' partial answer to Third Amended Complaint | 0.5 | |
| 07/05/2023 | 49 | Motions & Briefing | Draft and file motion for extension of time to respond to motion to dismiss | 0.3 | |
| 07/06/2023 | 50 | Court Orders (Review) | Review order granting extension of time | 0.1 | |
| 07/24/2023 | 51 | Motions & Briefing | Draft and file consent motion for leave to file in excess of page limitation | 0.2 | |

| | | | | | |
|---|---|---|---|---|---|
| 07/25/2023 | 52 | Court Orders (Review) | Review order granting motion for excess pages | 0.1 | |
| 07/25/2023 | 53 | Motions & Briefing | Legal research re: motion to dismiss issues (exhaustion, qualified immunity, pleading | 4.0 | |
| 07/25/2023 | 53 | Motions & Briefing | Draft and file response in opposition to motion to dismiss | 10.9 | |
| 08/02/2023 | 54 | Motions & Briefing | Review defendants' reply in support of motion to dismiss | 1.0 | |
| 08/04/2023 | 55 | Court Orders (Review) | Review reassignment order (case reassigned to Chief Judge Clark) | 0.1 | |
| 08/29/2023 | 56 | Court Orders (Review) | Review order confirming magistrate judge consent jurisdiction | 0.1 | |
| 12/13/2023 | 67 | Court Orders (Review) | Review memorandum and order granting in part/denying in part motion to dismiss; | 2.0 | |
| 12/13/2023 | 68 | Court Orders (Review) | Review order of partial dismissal | 0.3 | |
| 12/14/2023 | 69 | Court Orders (Review) | Review order setting Rule 16 conference; calendar joint scheduling plan deadline | 0.2 | |
| 01/02/2024 | 71 | Motions & Briefing | Draft and file consent motion for extension of time for joint scheduling plan and Rule | 0.3 | |
| 01/02/2024 | 72 | Court Orders (Review) | Review order granting extension; calendar continued Rule 16 conference | 0.1 | |
| 01/17/2024 | 74 | Discovery/ADR | Confer with defense counsel and draft Joint Scheduling Plan | 1.5 | |
| 01/24/2024 | 75 | Court Orders (Review) | Review Case Management Order; calendar discovery, dispositive-motion, and trial | 0.4 | |
| 03/05/2024 | 76 | Discovery/ADR | Review and negotiate stipulated protective order | 1.6 | |
| 03/06/2024 | 77 | Court Orders (Review) | Review signed stipulated protective order | 0.1 | |
| 07/31/2024 | 81 | Discovery/ADR | Review order referring case to mediation; calendar ADR deadlines | 0.2 | |
| 08/19/2024 | 82 | Motions & Briefing | Draft and file consent motion for extension of time to amend | 0.3 | |
| 08/20/2024 | 83 | Case Administration | Correct and re-file per notice of filing deficiency (signature block) | 0.2 | |
| 08/20/2024 | 84 | Court Orders (Review) | Review order granting extension of time to amend | 0.1 | |
| 08/29/2024 | 85 | Case Administration | Review pro se filing by co-plaintiff Stafford; confer with client | 1.5 | |
| 09/03/2024 | 86 | Discovery/ADR | Confer with mediator and opposing counsel; draft designation of neutral and ADR | 0.5 | |
| 10/03/2024 | 88 | Pleadings | Draft Fourth Amended Complaint with redlines | 5.0 | |
| 10/03/2024 | 88 | Motions & Briefing | Draft and file consent motion for leave to file Fourth Amended Complaint | 0.3 | |
| 10/04/2024 | 89 | Court Orders (Review) | Review order granting leave to file Fourth Amended Complaint | 0.1 | |
| 10/08/2024 | 90 | Pleadings | Finalize and file Fourth Amended Complaint | 0.5 | |
| 10/22/2024 | 91 | Motions & Briefing | Review and respond to defendants' motion for extension of time | 0.2 | |
| 10/23/2024 | 92 | Court Orders (Review) | Review order granting defendants' extension of time | 0.1 | |
| 11/12/2024 | 96 | Pleadings | Review defendants' answer to Fourth Amended Complaint | 0.8 | |
| 11/01/2024 | | Discovery/ADR | Draft and send discovery requests | 4.3 | |
| 11/02/2024 | | Discovery/ADR | Draft and send deposition notices | 3.4 | |
| 11/15/2024 | | Discovery/ADR | Deposition of Michelle Basham | 8.0 | |
| 11/16/2024 | | Discovery/ADR | Deposition of Carl Hart | 8.0 | |
| 11/17/2024 | | Discovery/ADR | Deposition of chaplain | 8.0 | |
| 01/15/2025 | 98 | Motions & Briefing | Draft and file consent motion for extension of discovery deadlines | 0.4 | |
| 01/17/2025 | 99 | Court Orders (Review) | Review order setting status conference; calendar hearing | 0.1 | |

| | | | | | |
|---|---|---|---|---|---|
| 01/22/2025 | 100 | Court Orders (Review) | Review order converting status conference to Zoom | 0.1 | |
| 01/29/2025 | 101 | Court Appearances | Prepare for and attend status conference before Magistrate Judge Welby | 1.0 | |
| 02/12/2025 | 105 | Discovery/ADR | Confer with defense counsel and draft Joint Scheduling Plan clarifying parties | 1.0 | |
| 02/18/2025 | 107 | Court Orders (Review) | Review Case Management Order (Track 2); update case calendar with new deadlines | 0.3 | |
| 02/28/2025 | 109 | Pleadings | Draft and file notice clarifying parties per court's January 29, 2025 order | 0.5 | |

| | |
|---|---|
| **TOTAL HOURS** | **173.5** |
| *NUMBER OF TASK ENTRIES* | *64* |