**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| REGINALD CLEMONS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 4:22-CV-158 SRW |
| | ) | |
| MICHELLE BASHAM, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This matter comes before the Court on Plaintiffs' Motion for Award of Attorneys' Fees and Costs (ECF No. 270). The parties have agreed that Defendants will pay Plaintiffs' attorneys' fees and costs in the amount of $156,586.07. Accordingly, the Court will grant Plaintiffs' Motion, in part, and award attorneys' fees and costs in the amount of $156,586.07.

So Ordered this 1st day of September, 2026.

**STEPHEN R. WELBY**
**UNITED STATES MAGISTRATE JUDGE**